# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Dustin Howard Russell

_____

_____

(Full name of the Plaintiff(s) in this action)

v.

Jamie Underwood
Mindy Tucker
Russell McCoy
Mellisa Johnson

_____

(Full name of the Defendant(s) in this action)

VANESSA ARMSTRONG

SEP - 3 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CIVIL ACTION NO. 3:20-cv-627-RGJ
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(X) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Dustin Howard Russell

Place of Confinement: Larue County Detention Center

Address: 209 W. High St. Hodgenville, Ky 42748

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE (__)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )  PRETRIAL DETAINEE ( __ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )  PRETRIAL DETAINEE ( __ )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Jamie Underwood** is employed as **Jailer** at **Larue County Detention Center**

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2) Defendant **Mellisa Johnson** is employed as **Nurse** at **Larue County Detention Center**

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(3) Defendant **Mindy Tucker** is employed as **Captain** at **Larue County Detention Center**

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(4) Defendant **Russell McCoy** is employed as **Lieutenant** at **Larue County Detention Center**

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.   PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S) ① Retaliation

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On 2-23-13 I was transfered to LaRue Co, Where I was housed in Cell 111A, During this time the cell had Major plumbing issues that needs to be addressed, (1) button between (2) sinks worked sometimes, to get a drink of water or wash our hands, shower only with cold water. After many attempts of following the procedures of the grievance process, No attempts to fix the issues was of any concern to staff. Around middle of March the D.O.C. Jail inspector, conducted a inspection, made note of the issues and requested to be fixed, To Jailer Underwood. After a a conversation with her, she requested for us to call if the issues continued. Nothing changed after her visit and with the concerns of the current pandemic, I started reaching for help on the outside along with (3) other inmates. Our families started calling the jailer, and elected officals in this area, Messages were left unanswered, over (100) emails were sent to state officals, and the Non compliance hot line was called, On 4-3-20 Underwood and staff entered 111A and directed us to library for cell search, while staff were

4

## ④ Due Process
### Continued Retaliation Claim

Searching Staff called me out of libary and back to cell where i was ordered to pack my property, I was then moved to cell 223, where there wasn't a phone or Kiosk, I sent my wife a text explaining what was going on and gave her the number to the Doc Jail inspector, she contacted her and informed her of the current situation, A short time later Jailer and staff returned very angry about contacting her, He threatened to take my chirp away and i was put on ecig restriction until futher notice, along with the (3) inmates who had been in cell IIIA and contacted their families, Jailer made the comments that we were trouble makers and we were the ones tearing things up, He can move us anywhere he wants its his jail, We are ordered to pack our property again this time moved to cell 106 out of general population and isolated. We were being punished for contacting our families about the situations inside the jail thats been a ongoing issue for a long time the evidence to support the facts of the complaints are on the kiosk and through records my wife has kept emails messages to DOC and officals local and statewide. On 4-22-20 I got legal mail that was opened and removed due to the stapels being on the documents, which contained medical information and a letter explaing the process of claims, marked confidental and letter head A.C.L.U. on the envelope as well. with attorney name number

First Amendment - legal Mail

I filed a grievance and got a response that it was a mistake, Lt. Russell McCoy is the one who responds to grievances. On 4-23-20 Lt. McCoy Sgt. Tori Childers and Sgt. Nuttall came to cell 106 and proceeded to explain that it was a mistake and it wasn't read. Capt. Mindy Tucker is the Mail room supervisor. 4-24 After this situation with legal mail i had asked for copies of my documents that has been filed through the kiosk due to the fact that after i open a response from a grievance i cannot open it again, I was told that i couldn't obtain the 60 pages due to it being a fire hazard, by Janie Underwood, I think that information is and will be used in proceedings.

— Denied Medical —

Feb - I had requested to see a Mental Health Doctor during my intake process where i made them aware of my past and medications i was taking prior. The nurse that took my blood pressure made record of it and said i would be see a doctor. I signed a medical release for my records from prison as the days followed and with my wife calling the prison nurse got my records and said they could not put me on the current meds i was taking, so i asked through the sick call process to see a mental health doctor and i was told they don't offer mental health services here.

## Denied Medical

I had filed grievances about this and offered to pay with my insurance or through accounts through a outside visit, and was denied. I continued to file grievances over the grievances that wasn't answered and was told by Lt. Russell McCoy he turned the grievances over to Medical to be answered and i still haven't gotten a response from Medical about the grievances. The inmate handbook states that Mental health visits are the same cost as Dental visits, Nurse is Mellisa Johnson. I also requested to have a copy of my medical records and was told to have my attorney get them which occured after the legal mail i had gotten that was opened. All the evidence is on the Kiosk through request to talk, Grievances, Accounts, and Sick Call.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 50,000

✓ grant injunctive relief by Providing Mental Health Services, for inmates

✓ award punitive damages in the amount of $ 50,000

✓ other: A write up process, within the jail, Due process

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 31 day of August, 2020

_Justin H. Russell_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 8-31-20.

_Justin H. Russell_
(Signature)

6

Dustin Russell
209 W. High St. #17
Hodgenville, Ky 42748

VANES... ...RONG
SEP -3 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Office of Clerk

United States District C[ourt]

106 Gene Snyder U.S. Co[urthouse]

Louisville, Ky

40202-22

LOUISVILLE KY 402
WED 02 SEP 2020 PM

UNCENSORED INMATE MAIL