

# Case Assignment
## Standard Civil Assignment

Case number **3:20CV-627-RGJ**

Assigned : Judge Rebecca Grady Jennings
Judge Code : A961

Assigned on 9/4/2020 2:07:47 PM
Transaction ID: 40186

Request New Judge    Return