UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DUSTIN HOWARD RUSSELL                                                                                       Plaintiff

v.                                                                                   Civil Action No. 3:20-CV-P627-RGJ

JAMIE UNDERWOOD et al.                                                                              Defendants

\* \* \* \* \*

## ORDER FOR PAYMENT OF INMATE FILING FEE

The plaintiff Dustin Howard Russell filed an application to proceed without prepayment of fees with a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, **IT IS ORDERED** that the application (DNs 2 & 3) is **GRANTED**. Pursuant to 28 U.S.C. § 1915(b)(1), however, the plaintiff is required to pay the statutory filing fee under an installment plan. *See McGore v. Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997) ("When an inmate seeks pauper status, the only issue is whether the inmate pays the entire fee at the initiation of the proceeding or over a period of time under an installment plan."), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007).

An initial partial filing fee of **$20.00** will be assessed by this Order. 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, the plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to his trust account. To accomplish collection, the **Larue County Detention Center (LCDC)** is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from the plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

**IT IS FURTHER ORDERED** that:

1. The **LCDC** shall collect from the plaintiff's prison trust account an initial partial filing fee in the amount of **$20.00** and shall forward the amount to the Clerk of the Court. Said payment shall be clearly identified by the plaintiff's name, Inmate Identification Number, and number assigned to this action.

2. Thereafter, the **LCDC** shall collect the **$330.00** balance of the filing fee by collecting monthly payments from the plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to his trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2).

3. The institution need not issue separate checks for individual plaintiffs. Payment may be forwarded by the institution in a single check for all plaintiffs in its custody. However, the institution must clearly delineate each prisoner, his/her case number, his/her Inmate Identification Number, and the amount to be paid on a ledger accompanying each payment from the institution.

4. All payments shall be made payable to **Clerk, U.S. District Court** and sent to the following address:

> Office of the Clerk
> United States District Court
> Western District of Kentucky
> 601 West Broadway, Ste. 106
> Louisville, Kentucky 40202-2249

5. **The Clerk of Court is directed to open an account** for the payment of the filing fee in this action.

Having addressed the filing fee issue, the Court must now undertake a preliminary review of the plaintiff's complaint under 28 U.S.C. § 1915A. Once the review is complete, an Order will be entered informing the parties of what steps, if any, must be taken.

Date: October 5, 2020

ENTERED BY ORDER OF COURT:

JUDGE REBECCA GRADY JENNINGS
UNITED STATES DISTRICT COURT

VANESSA L. ARMSTRONG, CLERK

    s/ Vanessa L. Armstrong

cc:     Plaintiff, *pro se*
       Financial Section, USDC, WDKY
       LCDC, Attn: Inmate Accts. #191746, 209 W. High St., Hodgenville, KY 42748
A961.009