Office of the clerk, My name is Dustin Russell #191746, I am writing the court to inform you about address change, Along with a status of civil Case # 3:20-CV-P627-RGJ My new address is below.
Thank you for your time with this matter.

*Dustin Russell*

Dustin Russell #191746 A-8
Southeast State Correctional Complex
P.O. Box 1600
Wheelwright, Ky 41669

FILED (JS)
JS DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 MAR 29 PM 2:29

Dustin Russell #191746 Dorm#A
Southeast State Correctional Complex
P.O. Box 1600
Wheelwright, Ky 41669

CHARLESTON WV 250
25 MAR 2021 PM 3 L

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 MAR 29 PM 2:29

SSCC INMATE MAIL
NOT RESPONSIBLE
FOR CONTENTS

Office of the Clerk
United States District Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, Ky 40202-2249