# FILED

JAMES J. VILT, JR. - CLERK

APR - 8 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Judge Rebecca Grady Jennings
My name is Dustin Russell I'm writing
you about case number 3:20 CV-627-RGJ
Due to the on going pandemic, and my
recent transfer, my legal mail is behind.
Please forgive me.
According to the prisoner pro se handbook
I'm to explain why this case should go
foward.
I want the court to know that my
past has been fueled by drugs and
I'm not proud of any of it, But I've
always addmitted my wrongs and paid
the consquences for them. I've never
filed complaints, I've never had the
circumstances i was in at Larue Co.
I was punished along with 3 other
men for fileing complaints, and for
contacting our famlies to do the
same, and I've never been denied
medical/ and mental care until i
endend up in Larue Co.
After getting some of the discovery
the inspection report clearly says
everything my claim states, and the
docuements i filed inside the jails

Kiosk, which supports my attempts to resolve all the claims i made with medical and the grievances. sick calls, and request to talk. Judge I'm asking that you let this case go foward so that others dont have to go through the things ive went through. The tactics they used that arent mentioned in any of my statements should be brought out and be stopped. I can produce everything I've claimed about the case and im willing to do what the court request.

Thank you for your time and service.

Justin Russell

Please be advised i dont have access to legal libary due to quarntiene.

Dustin Russell #191746 1A·08B
Southeast State Correctional Complex
P.O. Box 1600
Wheelwright, Ky
41669

CHARLESTON WV   250
6 APR 2021   PM 1  L



SSCC INMATE MAIL
NOT RESPONSIBLE
FOR CONTENTS

Office of the clerk
United States District Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, Ky  40202-2249