R. Keith Bond, My name is Dustin Russell, I'm writing about the Disclosure that was provided to me. After inspecting it there are many documents missing. I request the Grievances, Sick call, Request to talk, class D, Request and Accounts along with, Any other Fowarded, Reply. With the Comments on each Message from 2-13-20 upon intake until 12-22-20 my transfer. This is the second attempt to obtain these documents, If Defendants Cant provide these documents then i would request the court to order the Company who Manages the Kiosk to provide them.

Thank you for your time with this Matter.

Dustin Russell

Civil Action No 3:20-CV-P627-RGJ

Kristy Shatton KYNP21969
Notary
My. Commission exp. 1/19/25