UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:20-CV-P627-RGJ

DUSTIN HOWARD RUSSELL                                                    PLAINTIFF

VS.        **DEFENDANT'S SUPPLEMENTAL RULE 26(A)DISCLOSURES**

JAMIE UNDERWOOD, et al.                                                  DEFENDANT

* * * * * * * * * * * *

Come the Defendants, JAMIE UNDERWOOD, by counsel and for their Rule 26(a)(1) Disclosures states as follows:

1.   FRCP 26(a)(1)(A): The name, and, if known, the address telephone number of each individual likely to have discoverable information that disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

Each of the individuals listed below is expected to testify regarding their knowledge, or lack thereof, concerning events alleged in the Plaintiff's Complaint and/or injuries allegedly sustained by the Plaintiff resulting from the Defendants alleged actions:

   a. JAMIE UNDERWOOD- testimony regarding the alleged incident;

   b. Any employee of the Larue County Detention Center who has knowledge of Plaintiff's allegations;

   c. Any witness listed in Plaintiff's and/or Co-Defendant's 26(a)(1) Disclosures;

      d. Any witness identified in discovery;

      e. Any and all persons who it may be necessary to call to rebut the testimony of any other party and or witness;

      f. Any witness whose testimony is necessary to authenticate and/or lay a foundation for any document or exhibit; and

      g. Any person's deposition to be taken in this action.

Defendants reserve the right to update this witness list. These initial disclosures are based upon information available as of this date. Any other witnesses and/or individuals who may become known to have knowledge or information concerning the events alleged in the Plaintiffs' Complaint and/or injuries alleged sustained by the Plaintiffs resulting from the subject incident will be properly supplemented.

    2.   FRCP 26(a)(1)(B): A copy of, or a description by category and location of, all documents, date of compilation, and tangible things that are in the possession, custody, or control of the party and the disclosing party may use to support its claims or defense, unless solely for impeachment.

    **RESPONSE:**

      a. All hospital and medical records of Plaintiff to include any physician or doctor who is identified as a witness herein or by any other party obtained as of the date of filing;

      b. Any Exhibit which may be necessary to introduce to rebut evidence presented by any other party or his or her witnesses;

c. Any exhibits identified by the Plaintiff and/or Co-Defendant obtained as of the date of filings or hereafter;

d. All written or transcribed statements of all parties and witnesses obtained as of the date of filing or hereafter;

e. All pleadings obtained as of the date of filings or hereafter;

f. All Responses and Answers to Interrogatories, Request for Production of Documents and Request for Admissions to include all documents and exhibits produced during discovery;

g. All records of any kind obtained and certified in accordance with the applicable Federal Rules of Civil Procedure provided to or made available to adverse parties as to the date of filing;

h. ***Additional Inmate File of DUSTIN RUSSELL;***

i. Medical Inmate File of DUSTIN RUSSELL;

j. ***Maintenance Receipts;***

k. Policies and Procedures of Larue County Detention Center;

l. Department of Corrections Inspection dated March 19, 2020; and

m. Any document of Larue County Detention Center associated with Plaintiff's incarceration.

Such documents and items, if any are in the possession of Counsel for the Defendants and are available for inspection and/or copying and will be provided if requested(copy provided due to Plaintiff's incarceration). Moreover, Defendants reserve the right to update and/or supplement the exhibit list at a later date and

in the event other records become known throughout the discovery process, these disclosures will be supplemented.

3. FRCP 26(a)(1)(C): A Computation of any category of damages claimed by the disclosing party, making available for inspection and copying under Rule 34 and the documents or other evidentiary materials, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

**RESPONSE:** Not Applicable

4. FRCP 26(a)(1)(D): For inspection and copy as under Rule 34, any Insurance Agreement under which any person carrying on an insurance business may be liable to satisfy part of all of the judgment which may be entered in the action or indemnity or reimburse for payments made to satisfy the judgment.

**RESPONSE:** Requested and will be made available for inspection and viewing.

/s/ R. Keith Bond
R. KEITH BOND
COLEMAN LOCHMILLER & BOND
P.O. BOX 1177
ELIZABETHTOWN, KY  42702-1177
(270) 737-0600
ATTORNEY FOR UNDERWOOD

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 26, 2021, I electronically filed the foregoing with the Clerk of the Court by using the ECF document filing system of the Western District of Kentucky, which will provide electronic service to the following:

Also Mailed the foregoing to:

Dustin Howard Russell
Roederer Correctional Complex
P.O. Box 69
LaGrange, KY 40031

Melissa Johnson
Larue County Detention Center
209 West High Street
Hodgenville, KY 42748

                                           */s/ R. Keith Bond*_____
                                           R. KEITH BOND