UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:20-CV-P627-RGJ

DUSTIN HOWARD RUSSELL                                               PLAINTIFF

VS.                     **NOTICE OF RETURNED MAIL**

JAMIE UNDERWOOD, et al.                                             DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \*

Comes the Defendant, JAMIE UNDERWOOD, by Counsel, and hereby notifies the Court of Returned Mail sent to DUSTIN HOWARD RUSSELL at the following address:

Dustin Howard Russell
Roederer Correctional Complex
P.O. Box 69
LaGrange, KY 40031

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2021, I electronically filed the foregoing with the Clerk of the Court by using the ECF document filing system of the Western District of Kentucky, which will provide electronic service to the following:

Also Mailed the foregoing to:

Dustin Howard Russell
Southeast State Correction Complex
PO Box 1600
Wheelwright, KY 41669

Melissa Johnson
Larue County Detention Center
209 West High Street
Hodgenville, KY 42748

*/s/ R. Keith Bond* _____
R. KEITH BOND