*RTS*

Legal Mail

Gone Longer Than 30 days!

**COLEMAN LOCHMILLER & BOND**
ATTORNEYS AT LAW
POST OFFICE BOX 1177
ELIZABETHTOWN, KY 42702-1177

TO:
Dustin Howard Russell

Need FB#

Legal Mail

-R-T-S-   400315005-1N        05/05/21

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
RETURN TO SENDER