Judge Jennings,

My name is Dustin H. Russell I am writing you about Civil Action No. 3:20-CV-P627-RGJ, I had recently requested documents supporting my claims from the defendants lawfirm. I asked for all the sick call request that i filed, with the answers and replys from the staff, along with the grievances about medical not treating me 3 Total, and the last grievance exhausting my remedies.

I don't know what else to do and i can't finish my discovery unless i have these documents.

Could you please request these for court records.

Thank you
for all your time.

Dustin H. Russell

**FILED**
JAMES J. VILT, JR. - CLERK

JUN - 1 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Dustin H. Russell #191746
SouthEast State Correctional Complex
P.O. Box 1600
Wheelwright, Ky 41669

CHARLESTON WV 250
24 MAY 2021 PM 2 L

SSCC INMATE MAIL
NOT RESPONSIBLE
FOR CONTENTS

FILED
JAMES J. VILT, JR., CLERK
JUN - 1 2021
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

Office of the Clerk
United States District Court
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, Ky 40202-2249