UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:20-CV-P627-RGJ

DUSTIN HOWARD RUSSELL                                                    PLAINTIFF

VS.                    **NOTICE OF CERTIFCATE OF SERIVCE**

JAMIE UNDERWOOD, et al.                                                  DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \*

Comes the Defendant, JAMIE UNDERWOOD, by Counsel, and hereby notifies the Court of resubmission of documents originally filed on April 27, 2021 to Plaintiff DUSTIN HOWARD RUSSELL at the following address:

Dustin Howard Russell
Southeast State Correction Complex
PO Box 1600
Wheelwright, KY 41669

Undersigned counsel contacted Southeast State Correction Complex and confirmed they did not receive the above mentioned documents. Counsel will remail Supplemental Rule 26(a) Disclosure filing with attached documents.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2021, I electronically filed the foregoing with the Clerk of the Court by using the ECF document filing system of the Western District of Kentucky, which will provide electronic service to the following:

Also Mailed the foregoing to:

Dustin Howard Russell
Southeast State Correction Complex
PO Box 1600
Wheelwright, KY 41669

Melissa Johnson
Larue County Detention Center
209 West High Street
Hodgenville, KY 42748

                                           */s/ R. Keith Bond* _____
                                           R. KEITH BOND