```
                   UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF KENTUCKY
                         LOUISVILLE DIVISION
                  CIVIL ACTION NO. 3:20-CV-P627-RGJ
```

DUSTIN HOWARD RUSSELL                                      PLAINTIFF

VS.                        **NOTICE OF SERIVCE**

JAMIE UNDERWOOD, et al.                                    DEFENDANT

                        * * * * * * * * * * * *

The undersigned counsel resent the Supplemental Rule 26(a) Disclosures to Plaintiff via Certified mail on or about June 14, 2021 to Southeast State Correction Complex. The attached green card shows proof of delivery of said document.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2021, I electronically filed the foregoing with the Clerk of the Court by using the ECF document filing system of the Western District of Kentucky, which will provide electronic service to the following:

Also Mailed the foregoing to:

Dustin Howard Russell
Southeast State Correction Complex
PO Box 1600
Wheelwright, KY 41669

Melissa Johnson
Larue County Detention Center
209 West High Street
Hodgenville, KY 42748

                                   /s/ R. Keith Bond_____
                                   R. KEITH BOND