**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.: 3:20-cv-00627-RGJ**

**ELECTRONICALLY FILED**

**DUSTIN HOWARD RUSSELL**                                                              **PLAINTIFF**

**v.**

**JAMES UNDERWOOD;**
**MELISSA JOHNSON**                                                                        **DEFENDANTS**

---

**DEFENDANT, MELISSA JOHNSON'S, CERTIFICATION**

---

Comes the Defendant, Melissa Johnson, by counsel, and hereby certifies that she has produced to Plaintiff all records or documentation within her possession which is relevant to the claim set forth in Plaintiff's Complaint that were allowed to proceed.

                                                                 Respectfully submitted,

                                                                 /s/ Robert J. Shilts
                                                                 Robert J. Shilts – KY 91267
                                                                 James E. Smith – KY 90979
                                                                 Gazak Brown, P.S.C.
                                                                 3220 Office Pointe Place
                                                                 Suite 200
                                                                 Louisville, Kentucky 40220
                                                                 (502) 412-5020 Tel.
                                                                 (502) 412-1004 Fax
                                                                 rshilts@gazakbrown.com
                                                                 jsmith@gazakbrown.com
                                                                 Service Email:
                                                                 pleadings@gazakbrown.com
                                                                 sjacobsvaldes@gazakbrown.com
                                                                 *Counsel for Defendant, Melissa Johnson*

## **CERTIFICATE OF SERVICE**

        I hereby certify that a copy of the foregoing was sent via U.S. Mail, postage pre-paid, and/or via electronic service this 23rd day of June, 2021 to the following:

| | |
|---|---|
| **Legal Mail: Inmate # 191746**<br>Dustin Howard Russell<br>Southeast State Correctional Complex<br>P.O. Box 1600<br>Wheelwright, Kentucky 41669<br>*Pro Se Plaintiff* | R. Keith Bond<br>Coleman Lochmiller & Bond<br>P.O. Box 1177<br>Elizabethtown, Kentucky 42702<br>270-737-0600 Tel.<br>*Counsel for Defendant, Jamie Underwood* |

/s/ Robert J. Shilts
Robert J. Shilts
James E. Smith
*Counsel for Defendant,*
*Melissa Johnson*