**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.: 3:20-cv-00627-RGJ**

**ELECTRONICALLY FILED**

**DUSTIN HOWARD RUSSELL**                                                           **PLAINTIFF**

**v.**

**JAMES UNDERWOOD;**
**MELISSA JOHNSON**                                                                 **DEFENDANTS**

---

**DEFENDANT, MELISSA JOHNSON'S, MOTION FOR SUMMARY JUDGMENT**

---

Comes the Defendant, Melissa Johnson, by counsel, and moves the Court, pursuant to Federal Rule of Civil Procedure 56(b) for summary judgment for all claims asserted against her by the Plaintiff.  As grounds for this motion, this Defendant states that there is no genuine issue as to any material fact and this Defendant is entitled to summary judgment as a matter of law.  This motion is based upon the pleadings, the attached Memorandum of Law, and the records and papers attached thereto.

        Respectfully submitted,

        /s/ Robert J. Shilts
        Robert J. Shilts – KY 91267
        James E. Smith – KY 90979
        Gazak Brown, P.S.C.
        3220 Office Pointe Place
        Suite 200
        Louisville, Kentucky 40220
        (502) 412-5020 Tel.
        (502) 412-1004 Fax
        rshilts@gazakbrown.com
        jsmith@gazakbrown.com
        Service Email:
        pleadings@gazakbrown.com

sjacobsvaldes@gazakbrown.com
*Counsel for Defendant, Melissa Johnson*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was sent via U.S. Mail, postage pre-paid, and/or via electronic service this 20th day of July, 2021 to the following:

| | |
|---|---|
| **Legal Mail: Inmate # 191746** | R. Keith Bond |
| Dustin Howard Russell | Coleman Lochmiller & Bond |
| Southeast State Correctional Complex | P.O. Box 1177 |
| P.O. Box 1600 | Elizabethtown, Kentucky 42702 |
| Wheelwright, Kentucky 41669 | 270-737-0600 Tel. |
| *Pro Se Plaintiff* | *Counsel for Defendant, Jamie Underwood* |

/s/ Robert J. Shilts
Robert J. Shilts
James E. Smith
*Counsel for Defendant,*
*Melissa Johnson*