**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.: 3:20-cv-00627-RGJ**

**ELECTRONICALLY FILED**

| | |
|---|---|
| **DUSTIN HOWARD RUSSELL** | **PLAINTIFF** |
| **v.** | |
| **JAMES UNDERWOOD;** | |
| **MELISSA JOHNSON** | **DEFENDANTS** |

**PROPOSED ORDER**

Upon motion of the Defendant, Melissa Johnson, for summary judgment, all parties having the opportunity to respond, and this Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Defendant, Melissa Johnson's, Motion for Summary Judgment is hereby GRANTED, and all applicable claims set forth in Plaintiff's Complaint (DN 1) shall be dismissed with prejudice.

There is no just reason for delay, and this is a final and appealable order.