# Standard Medical Questions

**Name:** RUSSELL, DUSTIN (119490)
**Date of Birth:** [REDACTED]

Interviewer: Porter, Wesley                                Date / Time: 02/13/2020 15:19

| Answer | Question |
|---|---|
| YES | DOES THE PERSON APPEAR TO BE CONSCIOUS AND ALERT? |
| NO | ARE THERE VISIBLE SIGNS OF TRAUMA OR ILLNESS REQUIRING EMERGENCY OR DOCTOR CARE? |
| NO | DOES THE PERSON HAVE OBVIOUS PAIN OR BLEEDING OR OTHER SYMPTOMS SUGGESTING NEED FOR EMERGENCY CARE? |
| NO | DOES THE PERSON APPEAR TO BE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS? |
| NO | DOES PERSONS BEHAVIOR POSE A THREAT TO THEMSELVES OR OTHERS? |
| NO | ARE THERE SIGNS OF ALCOHOL OR DRUG WITHDRAW SYMPTOMS? |
| YES | IS THE SKIN AND HAIR IN GOOD CONDITION AND FREE OF VERMIN? |
| NO | DO YOU HAVE A SPECIAL DIET PRESCRIBED BY A PHYSICIAN OR RELIGION? |
| YES | ARE YOU ALLERGIC TO ANY MEDICATION OR FOODS? BACTRIN |
| NO | DO YOU HAVE OR HAVE YOU BEEN EXPOSED TO AIDS, TB, VD, MRSA, OR ANY OTHER COMMUNICABLE DISEASE? |
| NO | HAVE YOU BEEN EXPOSED TO HEPATITIS A, B OR C? |
| NO | HAVE YOU HAD THE HEP A VACCINE; IF SO WHEN? |
| YES | HAVE YOU EVER HAD A TB SKIN TEST? 2019 NEG |
|  | IF FEMALE, ARE YOU PREGNANT, RECENTLY DELIVERED OR ABORTED, HAVING ABDOMINAL PAIN OR DISCHARGE? |
|  | DO YOU HAVE ANY CURRENT DENTAL PROBLEMS? |
|  | INSURANCE COMPANY? |

Offender's Signature _____     Officer's Signature _____

# Standard Triage Questions

Name: RUSSELL, DUSTIN (119490)
Date of Birth:

Interviewer: Porter, Wesley                             Date / Time: 02/13/2020 15:21

| Answer | Question |
|---|---|
| NO | WILL YOU BE DETOXING OFF OF DRUGS AND/OR ALCOHOL? IF SO FROM WHAT AND WHEN WAS YOUR LAST DRINK OR DRUG INGESTION? |
| YES | HAVE YOU UNDERSTOOD ALL THE QUESTIONS I HAVE ASKED YOU? |
| NO | HAVE YOU RECENTLY INGESTED POTENTIALLY DANGEROUS LEVELS OF DRUGS AND/OR ALCOHOL? |
| YES | HAVE YOU PROVIDED US WITH ALL THE INFORMATION THAT YOU WANT US TO BE AWARE OF WHILE YOU ARE HERE? |
| NO | HAVE YOU EVER REQUIRED SEPARATION FROM ANOTHER INMATE WHILE INCARCERATED IN ANOTHER FACILITY OR THIS FACILITY? |
| NO | HAVE YOU EVER HAD A CLOSED HEAD INJURY THAT REQUIRED HOSPITALIZATION? |
| NO | HAVE YOU EVER EXPERIENCED DT'S OR OTHER WITHDRAWAL SYMPTOMS FROM DRUGS OR ALCOHOL? |
| NO | HAVE YOU ATTEMPTED SUICIDE IN THE LAST 6 MONTHS? |
| NO | HAVE YOU BEEN HOSPITALIZED FOR EMOTIONAL AND/OR SERIOUS MEDICAL CONCERNS WITHIN THE LAST YEAR? |
| YES | DO YOU UNDERSTAND THAT YOU CAN REQUEST MEDICAL CARE AT ANY TIME WHILE YOU ARE HERE BY PUTTING IN A SICK CALL TO SEE THE NURSE OR PROVIDER? |
| NO | DO YOU HAVE A SERIOUS MENTAL HEALTH AND/OR MEDICAL CONDITION THAT MAY REQUIRE ATTENTION WHILE YOU ARE HERE? |
| NO | DO YOU HAVE A LEARNING OR OTHER DISABILITY THAT WILL IMPACT YOUR ABILITY TO UNDERSTAND INSTRUCTIONS WHILE YOU ARE HERE? |
| NO | ARE YOU CURRENTLY THINKING ABOUT SUICIDE? |
| NO | ARE YOU CURRENTLY TAKING A PRESCRIPTION MEDICATION THAT MAY NEED CONTINUED WHILE YOU ARE HERE? |

_____                               _____
Offender's Signature                                    Officer's Signature