## ADMISSION DATA / HISTORY AND PHYSICAL FORM

**Southern Health Partners**
*Your Partner in Affordable Inmate Healthcare*

SHP Form 12/2013
Revised MAR 2016

Medical Staff: Review Intake Screening Information prior to completing this form. *Check when done:* ___
The following information is to be completed by the medical staff upon interview with Patient.

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Exam Date | 2/23/20 | Patient Name (Last, First, Middle Initial) | RUSSELL, DUSTIN | | |
| Booking Date | 02/13/2020 | Birthdate: | [redacted] | Soc. Sec. # | [redacted] |
| Marital Status | MARRIED | Religion: | N/A | Education Level: | high school / ged / (college) | Race: (white) / black / hispanic / other |
| Read/Write English: (YES) / NO | | Sex: (MALE) / FEMALE | | Previous Incarcerations (Facility/Date): Kenton Co |

### MEDICAL HISTORY

| | |
|---|---|
| Emergency Contact Info (Name/Relationship): | ✓ |
| Phone No | No |
| Health Ins. Info: | BCBS |
| Family Phys Name | — |
| Family Phys City/State: | — |
| Past Hospitalizations: | None |
| Last Tetanus: | unsure |
| Immunizations Current: | yes |
| Any Allergies: | Bactrim |
| Current Medications: | No |
| Name current medical conditions/diagnoses you have: | anxiety, depression, migraine |
| Have you fainted or had a head injury in the last 72 hours? | No |
| Have you been exposed to TB, HIV, Hepatitis, Ebola, Venereal Disease, or have you recently traveled to a foreign country? | No |

### MENTAL HEALTH QUESTIONNAIRE

| | |
|---|---|
| Any Mental Health Hospitalizations (if yes, where/when): | yes 2000 |
| Any prior counseling/outpatient Mental Health Tx? (if yes, where/when): | No |
| Have you ever attempted Suicide: How/When? | yes 2000 |
| Have you recently considered committing suicide? | No |
| Do people consider you a violent person? | No |
| Have you ever been arrested for a violent crime/sexual offense? Specify | yes 2000 |
| Do you drink alcohol? If yes, what kind, how much, how often, last time used? | Not recently |
| Do you smoke? If yes, how much, how often, last time used? | yes pack/day |
| Do you use drugs? If yes, what kind, how much, how often, last time used? | yes - "meth" |
| Does inmate appear to be under the influence of, or withdrawing from drugs or alcohol? | ∅ |

I will/have answered all questions truthfully. I have been told and shown how to obtain medical services and advised on how to obtain medication upon release. I hereby give my consent for professional services to be provided to me by and through Southern Health Partners, Inc. Further, I release Southern Health Partners, Inc., its staff, the County, the Sheriff, Jailer, and his/her staff from all responsibility and I assume personal responsibility for conditions that may occur as a result of my not requesting services and/or refusing treatment as prescribed by the medical staff of the facility and/or outside consultation services.

Inmate's Signature: *Dusty Russell*     Date: 2-23-20

Interviewer's Signature: *Melissa Johnson MA/LPN*     Date: 2/23/20

Witness: (if physical is refused): _____ Date: _____

Exhibit 2

## MEDICAL HISTORY

| Problems | Yes | No | Problems | Yes | No | Problems | Yes | No |
|---|---|---|---|---|---|---|---|---|
| Balance/Dizziness | | ✓ | Stomach Pain | | ✓ | Gonorrhea | | ✓ |
| Blackouts | | ✓ | Heartburn | ✓ | | Syphilis | | ✓ |
| DT's/Withdrawal | | ✓ | Ulcer | | ✓ | Muscle Problem | | ✓ |
| Headaches | | ✓ | Nausea/Vomiting | | ✓ | Joint Problem | ✓ | |
| Seizures | | ✓ | Gall Bladder | | ✓ | Arthritis | ✓ | |
| Nervous Disorder | ✓ anxiety | | Liver | | ✓ | **FOR FEMALES ONLY:** | | |
| Asthma | | ✓ | Hepatitis | | ✓ | Regular Menstrual Period | | |
| Hay Fever | | ✓ | Diabetes | | ✓ | Irregular Menstrual Period | | |
| Pneumonia | | ✓ | Kidney Disease | | ✓ | # of days Menstrual Period | | |
| Tuberculosis | | ✓ | Bladder Infection | | ✓ | LMP | | |
| Heart | | ✓ | Trouble Voiding | | ✓ | Gravida/Para | | |
| Hypertension | ✓ | | Pediculi (lice) | | ✓ | Last Pap | | |
| Anemia/Blood | | ✓ | | | | Contraception | | |

(margin note: "Recheck Manual 144/98")

| Height | Weight | Pulse | BP | Temp | Resp | O2 Sat |
|---|---|---|---|---|---|---|
| 65 | 203.5 | 72 | 142/102 | 98.1 | 16 | 98 |

**MEDICAL STAFF QUESTIONNAIRE** – Ask Patient if any problem areas:

| Area/Type | ASSESSMENT NOTES | Area/Type | ASSESSMENT NOTES |
|---|---|---|---|
| Skin: Color, Condition, Turgor, Recent Inj. | race appropriate, scattered tattoos | Chest (Breasts): Configuration, Auscultation, Respirations, Cough/Sputum | CTA bilat, ø cough/congestion |
| Head: Glasses, Pupils, Sclera, Conjunctiva, Vision | glasses, PERRLA | Heart: Auscultation, Radial pulses, Apical pulse, Rhythm | HR reg, ⊕ pulses |
| Neuro: Pupils, EOM, Orientation | A&Ox3 | Extremities: Pulses, Edema, Joints | ⊕ pulses ø edema |
| Ears: Appearance, Canals, Hearing | Denies issues | Spine | |
| Mouth: Teeth/Gums, Dentures, Plates, Throat, Tongue, Tonsils | ø dentures, Denies issues | Abdomen: Shape, Palpation, Hernia, Bowel sounds | BS ⊕ 4 quads |
| Nose | ø drainage | Genital/Urinary: | Denies issues |
| Neck: Veins, Mobility, Thyroid, Carotids, Lymph nodes | ø JVD | | |

## LABORATORY TESTS

| | Date & Initial | Results |
|---|---|---|
| TB Screening Done? | 2/23/20 | MJ |
| VDRL / RPR | | |
| Pregnancy Test? | | |
| HGB A1C? | | |
| Drug Levels Drawn: ex. Lithium/Dilantin | | |

## MENTAL HEALTH OBSERVATION

| | N | A/Comment |
|---|---|---|
| General appearance (motor behavior, mannerisms) | | cooperative |
| Affect (mood) | ✓ | calm |
| Content of thought | ✓ | structured |
| History of suicide; present thoughts of suicide | ✓ | Hx tty Denies SI/NO |

PATIENT REFERRAL BASED ON INFO (circle that apply): MD   DENTIST   MENTAL HEALTH

CHRONIC CARE: Based on H&P, is patient to be added to Chronic Care List: (Y) or N

Initial here after patient has been added to Chronic Care listing: _Hems_

Physical Examiner's Signature: _Malissa Johnson MTA/LPN_   Date: 2/23/20

Physician/Provider Signature: _[signature]_   Date: 3/4/20

Exhibit 2