
**Southern Health Partners**
Your Partner In Affordable Inmate Healthcare

## PATIENT'S CONSENT FOR TREATMENT

The undersigned, being in the custody of the County Jail, hereby authorize and request that all medical records and/or information, wherever located, including any hospital or medical doctor or any other place where medical records may be located, be released to the County Jail medical department for use by the medical department regarding any treatment to be reviewed while in custody. I understand I will provide this information to the medical department.

I further authorize the County Jail medical department to evaluate and treat any condition that I may have or develop while in the custody of the County Jail. My signature below hereby authorizes other healthcare providers to provide medical information regarding my medical condition to the staff of Southern Health Partners while in the custody of the County Jail. This care may result in services being provided outside the County facility which may include but not be limited to hospitals, clinics and physicians' offices. Furthermore, my signature below provides consent for medical photographs to be made of me. I understand that the photographs and information may be used in my medical record for the purposes of documentation and/or treatment. I acknowledge no guarantee or assurance has been made as to the desired result that may be obtained.

I have been made aware of how to request medical services while incarcerated, and am aware I have the right to refuse treatment. I may be required to sign a Refusal of Treatment form should I refuse medical treatments and/or medications.

I release Southern Health Partners, Inc., its staff, the County, the Sheriff (where applicable), his/her staff from all responsibility and I assume personal responsibility for the conditions that may occur as a result of my not requesting services and/or refusing treatment as prescribed by the medical staff of the facility and/or outside consultation services.

Patient's Signature: _____ Date: 2-23-20

Printed Name: RUSSELL, DUSTIN _____ Patient's DOB: ████████

Witness: _Melissa Johnson MTA/LPN_____ (Officer/Medical Signature)

Note: This completed form must be given to the medical department for inclusion in the patient's confidential medical file. Please provide a copy of this form, upon request, if patient is transported for outside medical services.

SHP Form 12/06; Updated January 2015

Exhibit 3