022222309   Medical                                                          10:02:41 a.m.   03-05-2020   2/7

03/03/2020 2:57 PM FAX 5067380344        LITTLE SANDY CORRECTION                      ☑ 0002/0003
02/25/2020 MON 7:24 FAX 270 358 1523 Larue County Jail                                 001/001

Medical 604-788-6143

502-225-0084

19 MAG

**Southern Health Partners**

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION TO CORRECTIONAL FACILITY

To: _Little Sandy Correctional Complex_
    _Roeder Correctional Complex_

RECEIVED 3-5-20

I hereby authorize any hospital, clinic, physician's office, and/or health agency to provide any information they may have acquired while attending me for a medical, dental, or psychiatric problem to Southern Health Partners, Inc., who is the medical care provider of this Correctional Facility. Such information may include the following items:

Summary of positive findings, most recent history, physical exam including any diagnostic tests; medical/dental/psychiatric/psychological diagnosis and treatment regimen when last treated; Drug or ETOH treatment records; HIV/AIDs testing and diagnosis records; Hospital discharge summary for any/all hospitalization(s); Laboratory and/or Special Study Reports; any other medical/dental/psychiatric services I may have previously had, currently seeking, or future treatment plans;

Other Records: _Meds_

This consent is subject to revocation at any time except to the extent SHP has already taken action in reliance on it. If not previously revoked, this consent will terminate within 120 days of the inmate's signature below.

I understand my records are protected under state and/or federal privacy laws and cannot be disclosed to any other outside party without my written consent unless otherwise provided for by state or federal law. Records received will be kept within the patient's medical file within the correctional medical unit and be used in the on-going provision of health care services.

I release responsibility and/or liability from the correctional facility for the release of the above requested medical information to the medical unit to the extent indicated and authorized.

Please send requested documents to the following address:

ATTN: MEDICAL UNIT/SOUTHERN HEALTH PARTNERS
County Name: Larue County Detention Center
Street Address: 209 W. High Street Suite 17
City/State/Zip: Hodgenville, KY 42748   Phone/Fax: (P) 270-358-3876

Patient Name: _Russell, Dustin_                    Birth Date: ▮▮▮
Social Security Number: ▮▮▮           Date(s) of Service(s): 2/22/20
Inmate's Signature: _Dustin A. Russell_            Date: 2/22/20
Witness: _B[illegible]_                             Date: 2/23/20

Final Privacy Rule (page xxxxx, HIPAA) states while individuals are in a correctional facility or in the lawful custody of a law enforcement official, covered entities (i.e., jail medical units) can use, request or disclose protected health information about those individuals without authorization to the correctional facility having custody as necessary for: the provision of health care to such individuals; for the health and safety of such individual and other inmates; and the health and safety of the officers, employees of or other at the correctional institution. Covered entities are allowed to disclose protected health information about those individuals if the correctional institution represents that protected health information is necessary for these purposes.

FAXED   RECEIVED MAR 03 2020   [signature]   SHP Form 1205

Exhibit 4