# SICK CALL SLIP – MEDICAL REQUEST

**TO BE COMPLETED BY PATIENT:** Please complete the top half of the Sick Call Slip and return it to the correctional and/or medical staff for submission and review by the medical staff. The medical staff will arrange for you to be seen by the appropriate medical staff member. You will be charged in accordance with the medical co-pay system of the facility.

Date: 02/27/2020   Pod/Location: 111a   Cell: 111a   ID#: 191746

Patient's Full Name: DUSTIN RUSSELL

Complaint/Problem:

needing medication i have recently signed medical release records from little sandy correctional complex i appreciate everything medical staff is doing to get my records if not received by the institution could i please see

How long have you had this problem? lifelong

Patient's Signature: DustinRussell   Date: 2/27/2020

****************************************************************

**TO BE COMPLETED BY MEDICAL STAFF:**

Medical staff received Sick Call on this date: _____ by Nurse (Signature): _____

☐ Patient was seen on this date: _____ by: _____

Patient's Vital Signs: Temp_____ Resp_____ Pulse_____ B/P_____

☐ Patient was referred to _____ for further evaluation/treatment plan.

☐ See Clinical Pathway for Documentation/Response to patient's complaint/problem.

☐ Patient will be treated according to Treatment Protocol and/or Physician's Order.

☐ See Progress Note for Response to this Patient Sick Call Request.

☐ Patient was given medical instruction in regard to treatment plan.

☐ Patient advised to alert medical staff if condition worsens.

☐ Patient refused treatment – See Refusal of Treatment Form.

☐ Follow-Up Required? If checked, date to be seen again _____

☐ Patient to be charged through medical co-pay for this visit.

Place original form in patient's medical record.
SHP Form 11/2014

Exhibit 5