

| COMMISSIONER | COMMONWEALTH OF KENTUCKY<br>**DEPARTMENT OF CORRECTIONS**<br>**LITTLE SANDY CORRECTIONAL COMPLEX**<br>505 Prison Connector<br>Sandy Hook, Kentucky 41171<br>(606) 738-6133<br>www.corrections.ky.gov<br><br>ANDY BESHEAR, GOVERNOR | KEITH HELTON<br>WARDEN |
|---|---|---|

March 3, 2020

Larue County Detention Center
209 W. High Street, Suite 17
Hodgenville, KY 42748

Re:   Dustin Russell        D.O.B: ███

I have received your request for medical records on the above named client. Mr. Russell has been released from our facility for more than 90 days, therefore all medical record request must be submitted to the address listed below.

> Roederer Correctional Complex
> P.O. Box 69
> LaGrange, Kentucky 40031
> (Oldham County)
>
> Phone: (502) 222-0170/222-0173
> Fax: (502) 225-0084

You may contact me at (606) 738-6133 Ext. 1308, should you have questions or concerns.

Sincerely,

*Pam Harris* (signature)

Pam Harris
Medical Records Clerk
Little Sandy Correctional Complex
Phone: (606) 738-6133  Ext: 1308

**Kentucky**
UNBRIDLED SPIRIT

AN EQUAL OPPORTUNITY EMPLOYER M/F/D

Exhibit 6