022222309        Medical                                           10:03:09 a.m.     03-05-2020        4/7

## Medication Management

| | Medication | Action | Dur. | Dsp. | Ref. | Source | Stop Dt |
|---|---|---|---|---|---|---|---|
| **Medications as of Today (03/05/2020)** | | | | | | | |
| | -- NONE -- | | | | | | |
| **Medications on: 03/23/2016 (TEL)** | | | | | | | |
| | Amitriptyline HCl 25 mg tablet (Start Date: 03/23/2016) | Start | 180 | 3 | 0 | Willis Sam (sam) | 09/18/2016 |
| **Medications on: 01/04/2016 (TEL)** | | | | | | | |
| | Amitriptyline HCl 25 mg tablet (Start Date: 01/04/2016) | Stop | 180 | 2 | 0 | Willis Sam (sam) | 03/23/2016 |
| | BuPROPion HCl 75 mg tablet (Start Date: 01/04/2016) | Stop | 180 | 2 | 0 | Willis Sam (sam) | 03/23/2016 |
| | Ranitidine HCl 150 mg tablet (Start Date: 01/04/2016) | Stop | 90 | 1 | 0 | Willis Sam (sam) | 04/02/2016 |
| **Medications on: 12/07/2015 (TEL)** | | | | | | | |
| | Acetaminophen 500 mg tablet (Start Date: 12/07/2015) | Taking | 14 | 1 | 0 | Willis Sam (sam) | 12/20/2015 |
| | Ranitidine HCl 150 mg tablet (Start Date: 12/07/2015) | Taking | 14 | 1 | 0 | Willis Sam (sam) | 12/20/2015 |
| **Medications on: 11/14/2013 (TEL)** | | | | | | | |
| | Buproban 150 mg tablet, extended release (Start Date: 11/14/2013) | Taking | 358 | 1 | 0 | Willis Sam (sam) | 11/06/2014 |
| | HydrOXYzine Pamoate pamoate 50 mg capsule (Start Date: 11/14/2013) | Taking | 358 | 1 | 0 | Willis Sam (sam) | 11/06/2014 |
| **Medications on: 08/15/2013 (TEL)** | | | | | | | |
| | Ranitidine HCl 150 mg tablet (Start Date: 08/15/2013) | Stop | 358 | 1 | 0 | Willis Sam (sam) | 08/07/2014 |
| | BuPROPion HCl 75 mg tablet (Start Date: 08/15/2013) | Taking | 358 | 2 | 0 | Willis Sam (sam) | 11/14/2013 |
| | HydrOXYzine Pamoate pamoate 25 mg capsule (Start Date: 08/15/2013) | Taking | 358 | 1 | 0 | Willis Sam (sam) | 11/14/2013 |
| **Medications on: 07/03/2013 (TEL)** | | | | | | | |
| | PredniSONE 20 mg tablet (Start Date: 07/03/2013) | Stop | 3 | 2 | 0 | Willis Sam (sam) | 07/05/2013 |
| **Medications on: 06/29/2013 (TEL)** | | | | | | | |
| | Chlorpheniramine Maleate 4 mg tablet (Start Date: 06/29/2013) | Stop | 3 | 2 | 0 | Willis Sam (sam) | 07/01/2013 |
| | GG 200 NR 200 mg tablet (Start Date: 06/29/2013) | Stop | 3 | 3 | 0 | Willis Sam (sam) | 07/01/2013 |

Exhibit 7

3/5/2020