## GRIEVANCE FORM

**ALL REQUIRED INFORMATION MUST BE COMPLETED BEFORE THIS FORM CAN BE PROCESSED.**

**PRINT LEGIBLY.**

NAME: DUSTIN          CELL #: 111a          DATE: 03/11/202( CTRL 191746

CLASSIFICATION: (CIRCLE ONE) KY STATE   COUNTY   FEDERAL   OTHER STATE   OTHER COUNTY   HEALTH CARE

IN THE SPACE PROVIDED PRINT EACH GRIEVANCE (LIMIT THREE PER FORM)

My Constitutional protections against cruel and unusual punishment, regarding deficient medical care, are being violated because the jail/Southern Health Partners are denying me access to mental health treatment. I have a verifiable history of mental health issues and the medical staff has been made aware of everything. By not providing me with mental health care they are violating my Constitutional rights.

INMATES SIGNITURE: Dustin Russell          INTAKE DEPUTY'S SIGNITURE: _____

STAFF RESPONSE

REFER TO:_____          DATE ANSWERD:_____

RE-ROUTE FROM:_____ TO _____

## GRIEVANCE FORM

*ALL REQUIRED INFORMATION MUST BE COMPLETED BEFORE THIS FORM CAN BE PROCESSED.*

*PRINT LEGIBLY.*

NAME: DUSTIN    CELL #: 106    DATE: 04/24/202(   CTRL 191746

CLASSIFICATION: (CIRCLE ONE) KY STATE  COUNTY  FEDERAL  OTHER STATE  OTHER COUNTY  HEALTH CARE

IN THE SPACE PROVIDED PRINT EACH GRIEVANCE (LIMIT THREE PER FORM)

on 3/11/20 i filed a grievance against medical that wasnt answered along request to talk to someone about it and havent got a response about any of it grievance 923100

INMATES SIGNITURE: DustinRussell     INTAKE DEPUTY'S SIGNITURE:_____

STAFF RESPONSE

REFER TO:_____       DATE ANSWERD:_____

RE-ROUTE FROM:_____ TO _____

- Control Panel

Mail

| Approvals | Search Mail | Search PDF Forms | Attachments | New Mail | Edit Mail | Edit Request |

## Message

| Mail Type: | ◉ email ○ mail | | | ID: | 1068782 |

| Inmate: | RUSSELL, DUSTIN | | ALL ⌄ |

| Account: | Johnson, Melissa | | Edit New |

Direction: outbound

| Date Sent: | 4/23/2020 5:05:37 PM +00:00 | Date Received: [ ] |

| Status: | Delivered ⌄ | Form: -SELECT- ⌄ |

04/23/2020 01:05:37 - ProcessMailOutbound: Delivered

Notes:

Subject: RE: Sick Call

Message:

```
<img id="form_background" src="/documents/inmateforms/larueky/SickCall.png">
<br>ok thank you very much for your time

-----Original Message-----
From:Lcdc Nurse
To:DUSTIN RUSSELL
Subject:Re: Sick Call 1068307 {1068307}

you will need to get your attorney to get those records

On Thu, Apr 23, 2020 at 11:02 AM DUSTIN RUSSELL
wrote:

> Sick Call
> Date Submitted:4/23/2020 11:02:29 AM
> Print Form: Click here
```

Attachments:

[Update]

Each sick call request has Attachments and messages. Which your client isn't providing. I have requested these messages and Attachments (4) times. Along with grievances exhausting my remedies.

lcdcnurse1@gmail.com | My Profile | Log Off | Help

- Control Panel

Mail

| Approvals | Search Mail | Search PDF Forms | Attachments | New Mail | Edit Mail | Edit Request |

# Message

| Mail Type: | ⊙ email ○ mail | | ID: | 1068728 |

| Inmate: | RUSSELL, DUSTIN | ALL ⌄ |

| Account: | Johnson, Melissa | Edit New |

Direction: inbound

Date Sent:                   Date Received: | 4/23/2020 |

Status: | Delivered ⌄ | Form: | -SELECT- ⌄ |

Notes:
```
04/23/2020 12:54:00 - From: lcdcnurse1@gmail.com, To: wu9grxsj@cpcvisit.com,
counter:12558
04/23/2020 12:54:00 - Facility identified.
04/23/2020 12:54:00 - Email role identified.
04/23/2020 12:54:00 - DownloadInboundEMail from mail server.
04/23/2020 12:54:01 - ProcessMailInbound: IsServiceAccount Delivered
```

Subject | Re: Sick Call 1068307 {1068307}

Message
```
you will need to get your attorney to get those records

On Thu, Apr 23, 2020 at 11:02 AM DUSTIN RUSSELL
wrote:

> Sick Call
> Date Submitted:4/23/2020 11:02:29 AM
> Print Form: Click here
>
> -
> SubjectId: 475062245
> Inmate: DUSTIN RUSSELL
> Housing: 106
> Facility: LaRue KY
```

Attachments:

Update

Name: Russell, Dustin H.

DOC #: 191746  PID #: 0045137

CHSS041A

# Health Problems/Conditions

Tuesday June 08, 2021
02:46:47 PM

Show Active Problems/Conditions Only: ☐

**Health Problems/Conditions** (1 - 20 of 21)

| ID Number | Category | Type | Diagnosis Code | National HIE Code (s) | Status | Status Da |
|---|---|---|---|---|---|---|
| 002 | Other Diagnosis | Converted ICD9 Diagnosis | Alcohol abuse-unspec [305.00] | | Assessed | 09/19/20( |
| 003 | Other Diagnosis | Converted ICD9 Diagnosis | Tobacco use disorder [305.1] | | Assessed | 09/19/20( |
| 004 | Other Diagnosis | Converted ICD9 Diagnosis | Attn deficit w hyperact [314.01] | | Assessed | 09/24/20( |
| 005 | Other Diagnosis | Converted ICD9 Diagnosis | Migrne unsp wo ntrc mgrn [346.90] | | Assessed | 09/25/20( |
| 006 | Other Diagnosis | Converted ICD9 Diagnosis | Esophageal reflux [530.81] | | Assessed | 09/25/20( |
| 007 | Other Diagnosis | Converted ICD9 Diagnosis | Anxiety state NOS [300.00] | | Assessed | 10/03/20( |
| 008 | Other Diagnosis | Converted ICD9 Diagnosis | Alopecia [704.0] | | Assessed | 01/12/20 |
| 009 | Other Diagnosis | Converted ICD9 Diagnosis | Drug abuse NEC-unspec [305.90] | | Assessed | 01/12/20 |
| 010 | Other Diagnosis | Converted ICD9 Diagnosis | Bipolar disorder NOS [296.80] | | Assessed | 01/20/20 |
| 011 | Medical | Persons Encountering Health Services for Examinations | Encounter for general adult medical exam w abnormal findings [Z00.01] | SNOMED: 5902003 - History and physical examination, complete (procedure) | Verified | 01/22/20 |
| 012 | Medical | Persons Encountering | Encntr for exam of ears and hearing w oth | SNOMED: 427247008 - Hearing | Verified | 01/22/20 |

| | | Health Services for Examinations | abnormal findings [Z01.118] | assessment (procedure) | | |
|---|---|---|---|---|---|---|
| 013 | Medical | Musculoskeletal / Connective | Pain in right ankle and joints of right foot [M25.571] | SNOMED: 299447008 - Ankle joint - painful on movement (finding) | Verified | 01/22/20: |
| 014 | Medical | Digestive System | Constipation, unspecified [K59.00] | SNOMED: 14760008 - Constipation (disorder) | Verified | 01/22/20: |
| 015 | Allergies - Medication | Sulfa Drugs | | RxNorm: 313134 - sulfamethoxazole 100 MG / trimethoprim 20 MG per 2.5 ML Oral Suspension; ... | Assessed | 01/22/20: |
| 016 | Medical | Genitourinary System | Chronic prostatitis [N41.1] | SNOMED: 426135001 - Chronic prostatitis - chronic pelvic pain syndrome (disorder) | Verified | 01/22/20: |
| 017 | Mental Health | Mental, Behavioral and Neuro Disorders | Adjustment disorder with mixed anxiety and depressed mood [F43.23] | SNOMED: 17226007 - Adjustment disorder (disorder) | Verified | 02/15/20: |
| 018 | Chronic Conditions | Hypertension | Essential (primary) hypertension [I10] | SNOMED: 59621000 - Essential hypertension (disorder) | Assessed | 03/08/20: |
| 019 | Functional Limitations | Deaf | Unspecified hearing loss, left ear [H91.92] | SNOMED: 15188001 - Hearing loss (disorder) | Entered in Error | 03/09/20: |
| 020 | Functional Limitations | Deaf | Unspecified hearing loss, bilateral [H91.93] | SNOMED: 15188001 - Hearing loss (disorder) | Verified | 03/08/20: |
| 021 | Communicable Diseases | Hepatitis C | Unspecified viral hepatitis C without hepatic coma [B19.20] | SNOMED: 235872006 - Hepatitis C carrier (finding) | Verified | 04/20/20: |

Name: Russell, Dustin H.

DOC #: 191746  PID #: 0045137

OTRS010C

# Scanned Document/Photo Page

Tuesday June 08, 2021 02:31:52 PM

| | |
|---|---|
| Document Type: | Medical Records |
| Scanned Date: | 05/03/2021 |
| Document Title: | 04/25/2021 consent for psych Medication |
| Page#*: | 0004 |
| File Name*: | SCANNER |

Time:  02:32:53 PM

Seq Num:  01

 well

Consent for Psychotropic Medications

Name: **Dustin Russell**
Date/Time: **4-25-21**
ID#: **191746**
Allergies: **Sulfa**
DOB: **4-5-75**
Gender: **Male**

**Alternative Therapies:** It has been determined that this medication category should be the most effective treatment for the symptoms of this condition. [illegible]

**Approximate Length of Care:** [illegible text, largely unreadable]

**Mood Stabilizers**

- Valproic Acid (Depakene)
- Divalproex Sodium (Depakote)
- Carbamazepine (Tegretol)
- Oxcarbazepine (Trileptal)
- Lamotrigine (Lamictal)

**Common Side Effects:** The most common side effects are tremor, dizziness, sedation, nausea, vomiting, elevation of liver enzymes, some weight gain, abdominal pain and headaches.

**Valproic Acid Toxicity:** The development of extreme drowsiness, fatigue, fatigue, slow or slurred speech, mental confusion, or unsteadiness on your feet [illegible] requires immediate medical evaluation and intervention.

**Alternative Therapies:** It has been determined at this time that this category of medication is effective for treatment of bipolar disorder. It will help alleviate the symptoms quicker than other treatments available. Other treatments include activity therapy and talk therapy such as counseling or both individual and/or group programs.

**Approximate Length of Care:** This medication usually starts to act within a few days. Long-term usage of this medication may be required to gain maximum benefit. It is important that you take this medication regularly to get the full benefit of the treatment. You, together with your practitioner, will evaluate your original regimen and may change your medication dosage from time to time, as your condition warrants. The goal of treatment is to use the minimal amount of medication to relieve your symptoms. You will need periodic blood tests (Tegretol/Valproic Acid levels) for as long as you take this medication.

**Lithium:**

- Lithium Carbonate
- Lithium Citrate

**Common Side Effects:** Possible side effects are tremor, fatigue, nausea, weight gain, increased urination, sedation, thirst, increased thirst, thyroid disorder, and increased risk of seizure.

**Symptoms of Toxicity:** When taking a lithium medication your system can be depleted occasionally with an acute diarrhea, slurred speech, severe drowsiness, severe vomiting, and muscle twitches.

**Alternative Therapies:** It has been determined at this time that this category of medication is effective for treatment of bipolar disorder. It will help alleviate the symptoms quicker than other treatments available. Other treatments include activity therapy and talk therapy such as counseling or both individual and/or group programs.

**Approximate Length of Care:** This medication usually starts to act within a few days. Long-term usage of this medication may be required to gain maximum benefit. It is important that you take this medication regularly to get the full benefit of this treatment. You, together with your practitioner, will evaluate your original regimen and may change your medication dosage from time to time, as your condition warrants. The goal of treatment is to use the minimal amount of medication needed to relieve your symptoms.

Name: Russell, Dustin H.

DOC #: 191746  PID #: 0045137

# Scanned Document/Photo Page

OTRS010C

Tuesday June 08, 2021 02:31:23 PM

| | |
|---|---|
| Document Type: | Medical Records |
| Scanned Date: | 05/03/2021 |
| Document Title: | 04/25/2021 consent for psych Medication |
| Page#*: | 0002 |
| File Name*: | SCANNER |

Time:  02:32:53 PM

Seq Num:  01

✦ well

Consent for Psychotropic Medications

Name: Dustin Russell   ID# 191746   DOB 4-5-75

Date/Time: 4-25-21   Allergies: SeFA   Gender: Male

### SSRI/SNRI Antidepressants.

Fluoxetine (Prozac)
Citalopram (Celexa)
Sertraline (Zoloft)
Duloxetine (Cymbalta)
Mirtazapine (Remeron)

Venlafaxine (Effexor)
Escitalopram (Lexapro)
Paroxetine (Paxil)
Other

**Common Side Effects:** Short term side effects may, in some cases, start shortly after its use but may suppress anxiety, confusion, irritability, drowsiness, insomnia, weight gain or loss, and dysfunction.

**Less Common Side Effects:** Other side effects may experience more constipation, headache, blurred vision, confusion, dizziness, hot flashes.

**Alternative Therapies:** It has been determined at this time that this category of medication is effective for treatment of depression or other treatments include activity therapy and talk therapy such as counseling or behavior modification programs.

**Approximate Length of Care:** This medication usually starts to act within 10-14 days but may take as long as 4-6 weeks for significant changes in mood to occur. It is important that you take this medication regularly to get the full benefit of this treatment. Your health care practitioner will monitor you on a regular basis usually once a month and may adjust your medication dose or from time to time as your condition warrants. The goal of treatment is to use the minimal amount of medication to relieve your symptoms.

### Tricyclic or Tetracyclic Antidepressants

Amitriptyline (Elavil) NF
Nortriptyline (Pamelor)
Other

**Common Side Effects:** You may feel drowsy when first taking these medications. Get up slowly from sitting or lying positions as these medications may cause low blood pressure. Short term side effects may include drowsiness, blurred vision, tremors, nasal congestion, constipation, drowsiness, difficulty urinating, and lightheadedness. Sensitivity to sun or ultraviolet light including therapy and excessive exposure must be avoided.

**Less Common Side Effects:** An uncommon side effect with Trazodone is priapism which is a spontaneous erection which requires medical intervention.

**Alternative Therapies:** It has been determined at this time that this category of medication is effective for treatment of depression. Other treatments include activity therapy and talk therapy such as counseling or behavior modification programs.

**Approximate Length of Care:** This medication usually starts to act within a few days but may take as long as 4-6 weeks for significant changes in mood to occur. It is important that you take this medication regularly to get the full benefit of this treatment. Your health care practitioner will monitor you on a regular basis usually once a month and may adjust your medication dose or from time to time as your condition warrants. The goal of treatment is to use the minimal amount of medication to relieve your symptoms.

### Anti-Parkinsonian

Procyclidine (Kemadrin)
Diphenhydramine (Benadryl)
Trihexyphenidyl (Artane) NF
Other

**Common Side Effects:** Short term side effects may cause a dry mouth, dry nose, nausea, nervousness, blurred vision, drowsiness, weakness, depression, confusion and difficulty urinating, constipation, rapid heartbeat, heartburn, dizziness and rash.

Name: Russell, Dustin H.

DOC #: 191746  PID #: 0045137

CHSS037A

# Drug Prescription Orders

Tuesday June 08, 2021
02:46:57 PM

Show Active Medication Only: ☐

**Drug Prescription Orders** (1 - 17 of 17)

| Ordered Date | Effective Date | Prescription/Medication | National HIE Code(s) | Dosage | Frequency | Expiration Date |
|---|---|---|---|---|---|---|
| 05/18/2021 | 05/18/2021 | Indomethacin Cap (Indocin)/50MG ⓘ | RxNorm: 197818 - indomethacin 50 MG Oral Capsule; | 1 | TWICE DAILY AS NEEDED | 08/15/202 |
| 05/05/2021 | 05/05/2021 | Famotidine Tab (Pepcid)/20MG ⓘ | RxNorm: 310273 - famotidine 20 MG Oral Tablet; | 1 | TWICE DAILY | 06/18/202 |
| 04/25/2021 | 04/25/2021 | Buspirone Hcl Tab (Buspar)/30MG ⓘ | RxNorm: 866090 - buspirone hydrochloride 30 MG (buspirone 27.4 MG) Oral Tablet; | 1 | EVERY EVENING | 10/21/202 |
| 04/20/2021 | 04/20/2021 | Lisinopril-Hctz Tab (Prinzide)/20-12.5MG ⓘ | RxNorm: 197886 - HCTZ 12.5 MG / lisinopril 20 MG Oral Tablet; | 1 | EVERY DAY | 10/16/202 |
| 03/18/2021 | 03/19/2021 | Venlafaxine Cap (Effexor Xr)/75MG ER ⓘ | RxNorm: 313585 - 24 HR venlafaxine 75 MG Extended Release Oral Capsule; | 1 cap | EVERY EVENING | 09/14/202 |
| 02/15/2021 | 03/02/2021 | Venlafaxine Hcl Cap (Effexor Xr)/150MG ER ⓘ | RxNorm: 313581 - 24 HR venlafaxine 150 MG Extended Release Oral Capsule; | 1 cap | EVERY EVENING | 08/28/202 |
| 04/05/2021 | 04/06/2021 | Lisinopril Tab (Prinivil)/20MG ⓘ | | 1 tab | EVERY DAY | 10/02/202 |
| | | Afluria Quad Pre-Filled | | | USE AS | |

| | | | | | | |
|---|---|---|---|---|---|---|
| <u>04/05/2021</u> | 04/07/2021 | Syr Inj (Influenza Vaccine)/2020-21 *i* | | 1 | DIRECTED | 04/07/202 |
| <u>03/18/2021</u> | 03/18/2021 | Buspirone Hcl Tab (Buspar)/15MG *i* | | 1 tab | TWICE DAILY | 09/13/202 |
| <u>03/11/2021</u> | 03/23/2021 | Miralax Pkt (Polyethylene Glycol)/17G/DOSE *i* | | one pkt. | TWICE DAILY AS NEEDED | 05/21/202 |
| <u>02/15/2021</u> | 02/17/2021 | Venlafaxine Er Cap (Effexor Xr)/37.5 ER *i* | RxNorm: 313583 - 24 HR venlafaxine 37.5 MG Extended Release Oral Capsule; | 1 cap | EVERY EVENING | 02/23/202 |
| <u>02/15/2021</u> | 02/23/2021 | Venlafaxine Cap (Effexor Xr)/75MG ER *i* | RxNorm: 313585 - 24 HR venlafaxine 75 MG Extended Release Oral Capsule; | 1 cap | EVERY EVENING | 03/01/202 |
| <u>02/15/2021</u> | 02/17/2021 | Buspirone Hcl Tab (Buspar)/15MG *i* | | 0.5 tab | TWICE DAILY | 08/15/202 |
| <u>02/03/2021</u> | 02/03/2021 | Indomethacin Cap (Indocin)/50MG | RxNorm: 197818 - indomethacin 50 MG Oral Capsule; | one cap | TWICE DAILY | 05/03/202 |
| <u>01/22/2021</u> | 01/22/2021 | Ciprofloxacin Hcl Tab (Cipro)/500MG | | one tab | TWICE DAILY | 02/20/202 |
| <u>01/22/2021</u> | 01/22/2021 | Nabumetone Tab (Relafen)/500MG | | one tab | TWICE DAILY | 04/21/202 |
| <u>01/22/2021</u> | 01/22/2021 | Miralax Pkt (Polyethylene Glycol)/17G/DOSE | | one pkt. | TWICE DAILY AS NEEDED | 03/22/202 |

**Print this Screen**

Name: Russell, Dustin H.

DOC #: 191746  PID #: 0045137

## Scanned Document/Photo Page

OTRS010C

Tuesday June 08, 2021 02:31:38 PM

| | |
|---|---|
| Document Type: | Medical Records |
| Scanned Date: | 05/03/2021 |
| Document Title: | 04/25/2021 consent for psych Medication |
| Page#*: | 0003 |
| File Name*: | SCANNER |

Time:  02:32:53 PM     Seq Num:  01




well      Consent for Psychotropic Medications

Name: Dustin Russell
Date/Time: 4-25-21
DOC #: 191746
Allergies: Sufa
DOB: 45-5
Gender: Male

**Anxiolytics/Sedatives/Hypnotics**

Hydroxyzine (Vistaril)
BuSpar

**Common Side Effects:** You may feel drowsy when first taking these medications. Get up slowly, from a sitting or lying position as these medications may cause low blood pressure. Short-term side effects may include dizziness, weight gain, agitation, headache, anxiety, thirst, and muscle rigidity, increased urination, tremors that may lead to an increase in mouth dosage and milk production. Sensitivity to sun is a factor, thus avoid prolonged exposure to the sunlight.

**Less Common Side Effects:** Incontinence, stiffness, shakes, dizziness, cooling of the muscles, and increase of heart rate. In some people with heart problems, it is slow heartrate to a point, or up to those over 50 years, may cause serious and persistent cardiac elevation irregular action to the tongue, mouth, high blood glucose levels, and diabetes, thing from side effects persist, causes an involuntary muscular movement disorder called Tardive Dyskinesia.

**Alternative Therapies:** It has been determined at this time that this category of medication is effective for treatment of psychosis, bipolar mania, and schizophrenia. It can help alleviate the symptoms, are not than other treatments available. Other treatments include activity therapy and task therapy such as counseling or behavior modification programs.

**Approximate Length of Care:** This medication usually starts to act within a few days. Long-term usage of this medication may be required to gain maximum benefit. It is important that you take this medication regularly to get the full benefit of this treatment. Your health care practitioner will monitor you on a regular basis, usually once a month and may adjust your medication dosage from time to time as your condition warrants. The goal of treatment is to use the minimal amount of medication to relieve your symptoms.

**Antipsychotic Meds**

Haloperidol (Haldol)
Fluphenazine (Prolixin)
Trifluoperazine (Stelazine)

Prochlorperazine (Thorazine)
Chlorpromazine (Thorazine)
Others

**Common Side Effects:** You may feel drowsy when first taking these medications. Get up slowly from a sitting or lying position as these medications may cause low blood pressure. Use of sunscreen is recommended as it may cause some people develop photosensitivity when being taking these medications. Short-term side effects may include dry mouth, blurred vision, tremors, urination, constipation, drowsiness, difficulty urinating, muscle spasms, increase in appetite or weight gain, dilation or lack of menstrual periods in women, restlessness, stiffness and lightheadedness. Sensitivity to sun is a factor, thus may develop therefore, concerns and exposure in the sunshine.

**Less Common Side Effects:** Long-term use may also potentially cause an involuntary muscular movement disorder called Tardive Dyskinesia. Neuroleptic malignant syndrome (NMS) is a life-threatening reaction that can rarely occur in response to these drugs used in antipsychotic medications. Symptoms include high fever, confusion, rapid muscle, variable blood pressure, sweating, and fast heart rate.

**Alternative Therapies:** It has been determined at this time that this category of medication is effective for treatment of Psychosis and Schizophrenia. It will help alleviate the symptoms quicker than other treatments available. Other treatments include activity therapy and task therapy such as counseling or behavior modification programs.

**Approximate Length of Care:** This medication usually starts to act within a few days. Long-term usage of this medication may be required to gain maximum benefit. It is important that you take this medication regularly to get the full benefit of this treatment. Your health care practitioner will monitor you on a regular basis, usually once a month and may adjust your medication dosage from time to time as your condition warrants. The goal of treatment is to use the minimal amount of medication to relieve your symptoms.

Name: Russell, Dustin H.

DOC #: 191746  PID #: 0045137

## Scanned Document/Photo Page

OTRS010C

Tuesday June 08, 2021 02:31:06 PM

| | |
|---|---|
| Document Type: | Medical Records |
| Scanned Date: | 05/03/2021 |
| Document Title: | 04/25/2021 consent for psych Medication |
| Page#*: | 0001 |
| File Name*: | SCANNER |

Time: 02:32:53 PM   Seq Num: 01



**well**                          Consent for Psychotropic Medications

Name: Dustin Russell  ID# 191746        DOB 4-5-75
Date/Time 4-25-21   Alternate Suffa      Gender Male

**Wellbutrin** -
Bupropion (Wellbutrin SR)

**Common Side Effects** Possible side effects, the most common being nausea, weight gain, sexual dysfunction, dizziness and/or drowsiness, are listed in the product insert and may be reviewed at your care.

**Alternative Therapies** It has been determined that this treatment of this medication is effective for treatment of your issues. Alternative treatments include counseling therapy, and other therapies, such as a counseling and behavioral therapy programs.

**Approximate Length of Care** Generally, this medication will start to work in the weeks within therapeutic levels. However, longterm use of this medication may be required to gain maximum benefit. It is important that you take this medication regularly to get the full benefit of this treatment. If your health care practitioner will monitor you and adjusting dosages based upon observation and mental input to your medication dosages from time to time, as your condition warrants. The goal of this treatment is to use the minimal amount of medication needed to minimize your symptoms.

**Other Medications Not Listed Above (list here):** Buspar

**Risks and Hazards** During treatment of any of these medications, avoid alcohol, other drugs, etc. Avoid operating a motor vehicle or other activities that require alertness until you know how this drug affects you. To discontinue/taper off this medication please talk with medical staff prior to stopping this medication.

- I understand that I can choose to stop taking this medication at any time by telling the practitioner or any other health care staff who chose to discontinue by stop-take this medication in the event affects my ability to refuse other medical care services.
- I understand that by signing this form I am agreeing to be voluntarily treated with a psychotropic medication.
- I have been given and have had explained information about this treatment and alternative treatments the risks and hazards associated with this treatment the possible side effects that I may experience from this treatment, and the approximate length of time that I will be taking this medication.
- I have been given a chance to use and share about my treatment and have had all my questions answered.
- I understand that I can discontinue other possible side effects my treatment that the knowledge and that I may withdraw this consent in the future.

Patient Signature _____      Date/Time 4-25-21

QMHP Signature _____         Date/Time

QMHP Printed Name/Title

Patient has provided verbal consent

QMHP Signature _____         Date/Time

QMHP Printed Name/Title

Witness Signature _____      Date/Time

Witness Printed Name/Title

Name: Russell, Dustin H.

DOC #: 191746  PID #: 0045137

CHSS001

# Patient Record Synopsis

Tuesday June 08, 2021
02:35:52 PM

## Patient Description

DOC#: 191746

Race/Sex: White    Male

Location: Southeast State Corr. Complex

Medical Grade:

Admission Date: 10/15/2010

Inmate Name: Russell, Dustin H.

DOB: 04/05/1975

Bed: Dorm1  B    10B

Job Assignment: Substance Abuse Program & Counselii

## Current Health Problem/Conditions (1 - 20 of 20)

| ID# | Category | Type | National HIE Code(s) | Diagnosis Code | Reaction | Severity |
|-----|----------|------|----------------------|----------------|----------|----------|
| 022 | Communicable Diseases | Hepatitis C | SNOMED: 235866006 - Acute hepatitis C (disorder) | Acute hepatitis C without hepatic coma [B17.10] | | |
| 021 | Communicable Diseases | Hepatitis C | SNOMED: 235872006 - Hepatitis C carrier (finding) | Unspecified viral hepatitis C without hepatic coma [B19.20] | | |
| 020 | Functional Limitations | Deaf | SNOMED: 15188001 - Hearing loss (disorder) | Unspecified hearing loss, bilateral [H91.93] | | |
| 018 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | | |
| 017 | Mental Health | Mental, Behavioral and Neuro Disorders | SNOMED: 17226007 - Adjustment disorder (disorder) | Adjustment disorder with mixed anxiety and depressed mood [F43.23] | | |
| | | Genitourinary | SNOMED: 426135001 - Chronic | Chronic | | |

| 016 | Medical | System | prostatitis - chronic pelvic pain syndrome (disorder) | prostatitis [N41.1] | | |
| 015 | Allergies - Medication | Sulfa Drugs | RxNorm: 313134 - sulfamethoxazole 100 MG / trimethoprim 20 MG per 2.5 ML Oral Suspension; ... | | Anaphylaxis | Severe |
| 014 | Medical | Digestive System | SNOMED: 14760008 - Constipation (disorder) | Constipation, unspecified [K59.00] | | |
| 013 | Medical | Musculoskeletal / Connective | SNOMED: 299447008 - Ankle joint - painful on movement (finding) | Pain in right ankle and joints of right foot [M25.571] | | |
| 012 | Medical | Persons Encountering Health Services for Examinations | SNOMED: 427247008 - Hearing assessment (procedure) | Encntr for exam of ears and hearing w oth abnormal findings [Z01.118] | | |
| 011 | Medical | Persons Encountering Health Services for Examinations | SNOMED: 5902003 - History and physical examination, complete (procedure) | Encounter for general adult medical exam w abnormal findings [Z00.01] | | |
| 010 | Other Diagnosis | Converted ICD9 Diagnosis | | Bipolar disorder NOS [296.80] | | |
| 009 | Other Diagnosis | Converted ICD9 Diagnosis | | Drug abuse NEC-unspec [305.90] | | |
| 008 | Other Diagnosis | Converted ICD9 Diagnosis | | Alopecia [704.0] | | |
| 007 | Other Diagnosis | Converted ICD9 Diagnosis | | Anxiety state NOS [300.00] | | |
| 006 | Other Diagnosis | Converted ICD9 Diagnosis | | Esophageal reflux [530.81] | | |
| 005 | Other Diagnosis | Converted ICD9 Diagnosis | | Migrne unsp wo ntrc mgrn | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | [346.90] | | |
| 004 | Other Diagnosis | Converted ICD9 Diagnosis | | Attn deficit w hyperact [314.01] | | |
| 003 | Other Diagnosis | Converted ICD9 Diagnosis | | Tobacco use disorder [305.1] | | |
| 002 | Other Diagnosis | Converted ICD9 Diagnosis | | Alcohol abuse- unspec [305.00] | | |

### ICD-9/ICD-10 (1 - 19 of 19)

| Date | Encounter Type | Staff | ICD | Diagnosis |
|---|---|---|---|---|
| 05/05/2021 | Provider - Follow Up Care | Brown, Dannel | B17.10 | Acute hepatitis C without hepatic coma |
| 04/20/2021 | Provider - Follow Up Care | Brown, Dannel | B19.20 | Unspecified viral hepatitis C without hepatic coma |
| 03/08/2021 | Provider - Follow Up Care | Grenier, William | I10 | Essential (primary) hypertension |
| 03/08/2021 | Provider - Follow Up Care | Grenier, William | H91.93 | Unspecified hearing loss, bilateral |
| 03/08/2021 | Provider - Follow Up Care | Grenier, William | H91.92 | Unspecified hearing loss, left ear |
| 01/22/2021 | Provider - History and Physical - Intake | Grenier, William | Z01.118 | Encntr for exam of ears and hearing w oth abnormal findings |
| 01/22/2021 | Provider - History and Physical - Intake | Grenier, William | Z00.01 | Encounter for general adult medical exam w abnormal findings |
| 01/22/2021 | Provider - History and Physical - Intake | Grenier, William | N41.1 | Chronic prostatitis |
| 01/22/2021 | Provider - History and Physical - Intake | Grenier, William | M25.571 | Pain in right ankle and joints of right foot |
| 01/22/2021 | Provider - History and Physical - Intake | Grenier, William | K59.00 | Constipation, unspecified |
| 01/20/2011 | Conversion- Health Problems/Allergies | Unknown, Unknown | 296.80 | Bipolar disorder NOS |
| 01/12/2011 | Conversion- Health Problems/Allergies | Unknown, Unknown | 704.0 | Alopecia |
| 01/12/2011 | Conversion- Health Problems/Allergies | Unknown, Unknown | 305.90 | Drug abuse NEC-unspec |
| 10/03/2007 | Conversion- Health Problems/Allergies | Unknown, Unknown | 300.00 | Anxiety state NOS |
| 09/25/2007 | Conversion- Health Problems/Allergies | Unknown, Unknown | 530.81 | Esophageal reflux |
| 09/25/2007 | Conversion- Health Problems/Allergies | Unknown, Unknown | 346.90 | Migrne unsp wo ntrc mgrn |

| 09/24/2007 | Conversion- Health Problems/Allergies | Unknown, Unknown | 314.01 | Attn deficit w hyperact |
| 09/19/2007 | Conversion- Health Problems/Allergies | Unknown, Unknown | 305.1 | Tobacco use disorder |
| 09/19/2007 | Conversion- Health Problems/Allergies | Unknown, Unknown | 305.00 | Alcohol abuse-unspec |

**Current Drug Prescriptions** (1 - 9 of 9)

| Issued | Drug Classification | Dosage | Frequency | Status | Expiration Date |
|---|---|---|---|---|---|
| 05/18/2021 | Indomethacin Cap (Indocin)/50MG | 1 | BIDPRN | Received from Pharmacy | 08/15/2021 |
| 05/05/2021 | Famotidine Tab (Pepcid)/20MG | 1 | BID | Received from Pharmacy | 06/18/2021 |
| 04/25/2021 | Buspirone Hcl Tab (Buspar)/30MG | 1 | QPM | Received from Pharmacy | 10/21/2021 |
| 04/20/2021 | Lisinopril-Hctz Tab (Prinzide)/20-12.5MG | 1 | QD | Refill Ordered | 10/16/2021 |
| 03/18/2021 | Venlafaxine Cap (Effexor Xr)/75MG ER | 1 cap | QPM | Received from Pharmacy | 09/14/2021 |
| 02/15/2021 | Venlafaxine Hcl Cap (Effexor Xr)/150MG ER | 1 cap | QPM | Received from Pharmacy | 08/28/2021 |
| 04/05/2021 | Lisinopril Tab (Prinivil)/20MG | 1 tab | QD | Discontinued - Other | 10/02/2021 |
| 03/18/2021 | Buspirone Hcl Tab (Buspar)/15MG | 1 tab | BID | Discontinued - Other | 09/13/2021 |
| 02/15/2021 | Buspirone Hcl Tab (Buspar)/15MG | 0.5 tab | BID | Discontinued - Other | 08/15/2021 |

**Current OTC Medications**

| Type | Begin Date | End Date | Specify Comments |
|---|---|---|---|
| | | No Rows Found | |

**Provider Caseload**

| Assigned | Staff | Job Title |
|---|---|---|
| | No Rows Found | |

**Latest Encounters** (1 - 4 of 4)

| Category | Date | Type | Staff | Location |
|---|---|---|---|---|
| Medical Provider | 05/05/2021 | Provider - Follow Up Care | Brown, Dannel (BRODA13) | Southeast State Corr. Complex [SSCC] |
| Dental | 12/23/2020 | Dental - Intake-Exam | Moldoveanu, Andrei (MOLAN02) | Roederer Assessment Cntr [AC] |
| | | | | |

| Mental Health | 06/08/2021 | MH - Individual Counseling | Chee, Ivan (CHEIV01) | Southeast State Corr. Complex [SSCC] |
| Nursing | 06/08/2021 | Nurse - Treatment Call | Mynhier, Brittany (MYNBR01) | Southeast State Corr. Complex [SSCC] |

## Current Alerts

| Generated Date | Type | Due Date | Generated By |
|---|---|---|---|
| No Rows Found | | | |

## Last Vital Signs

Order Date: 06/08/2021    Temperature: 0.0    Pulse: 0    Respiration: 0

BP: 118 / 89    Weight:    Height: 6 ft. 7 in.

Corrected Vision:    Right: 0    Left: 0    Both: 0

## Current Treatment Orders (1 - 1 of 1)

| Category | Type | Approximate Begin Date | Approximate End Date | Status |
|---|---|---|---|---|
| Treatments | Blood Pressure Check | 04/20/2021 | 07/19/2021 | Active |

## Key Lab Test Results (1 - 4 of 4)

| Order Date | Specimen Date | Results Date | Type | Result | Value |
|---|---|---|---|---|---|
| 04/05/2021 | | | PPD Test for TB | | |
| 01/26/2021 | | 01/28/2021 | PPD Test for TB | Negative | 0 |
| 01/19/2021 | | 01/21/2021 | PPD Test for TB | Negative | 0 |
| 12/22/2020 | | 12/24/2020 | PPD Test for TB | Negative | 0 |

## Current Special Waivers/Diets (1 - 1 of 1)

| Started | Type | Expires |
|---|---|---|
| 04/05/2021 | Bottom bunk | 04/05/2022 |

## Pending Lab Tests (1 - 3 of 3)

| Ordered | Category | Type | Priority |
|---|---|---|---|
| 04/06/2021 | Nursing | Urinalysis In-House (Dipstick) | Prior to Next Clinic |
| 04/06/2021 | Nursing | Basic Metabolic Panel (8) | Prior to Next Clinic |
| 04/05/2021 | Nursing | PPD Test for TB | Routine (Draw-10days;Rslts-48hrs) |

**Pending Appointments** (1 - 7 of 7)

| Scheduled | Type | Location | Staff |
|-----------|------|----------|-------|
| 07/21/2021 | Health Services | Southeast State Corr. Complex | Henderson, Kayla (KOUKA02) |
| 07/07/2021 | Health Services | Southeast State Corr. Complex | Brown, Dannel (BRODA13) |
| 06/25/2021 | Health Services | Southeast State Corr. Complex | Generic, Lab Tech (GENLAB1) |
| 06/25/2021 | Health Services | Southeast State Corr. Complex | Generic, Lab Tech (GENLAB1) |
| 05/05/2021 | Health Services | Southeast State Corr. Complex | Generic, Lab Tech (GENLAB1) |
| 04/15/2021 | Health Services | Southeast State Corr. Complex | Generic, Lab Tech (GENLAB1) |
| 01/20/2021 | Health Services | Roederer Corr. Complex | Generic, Lab Tech (GENLAB1) |

**Current Transfer Holds**

| Placed | Type | Expires |
|--------|------|---------|
| No Rows Found | | |

**MAR Summary**



# DEPARTMENT OF CORRECTIONS

Cookie Crews
Commissioner

**Roederer Correctional Complex**
P.O. Box 69
LaGrange, Kentucky 40031
Telephone: (502) 222-0173
Fax: (502) 225-0084

Jessie Ferguson
Warden

## INFORMED CONSENT TO ACCEPT PSYCHOLOGICAL SERVICES

*You have been referred to the psychologist for the following reasons:

1. To help you receive treatment if needed.
2. To assist the classification committee in deciding your placement.

You may be asked to take some tests that will help in making these decisions. Records of your meeting with the psychologist are kept with your medical file. These files may be reviewed by staff.

Telepsychology Services (Also known as Telehealth) is a form of psychological service provided via secure internet technology. It has the same purpose as psychological sessions that are conducted face-to-face. Telepsychology involves a provider and offender communicating by computer over the internet. The laws and professional standards that apply to regular psychological services also apply to Telepsychology services. Despite best efforts to ensure high encryption and secure technology, risks specific to Telepsychology include: that the transmission could be breached and accessed by unauthorized persons; that services could be disrupted or distorted by unforeseen technical problems; or that the session could be overheard by anyone near you if you are not in a private room. Every effort will be made to ensure confidentiality.

The psychologist has to report the following to the appropriate authorities:

1. Threats to hurt yourself or others.
2. Information indicating another person is being hurt.
3. Threats to the safety or security of this institution.

My signature below indicates that I understand the above and do agree to meet with the psychologist.

_____
Inmate Signature

191746
DOC Number

_____
Witness

2|18|21
Date

*In accordance with ACA Standard 4-4371 for accredited facilities.

# Health Services Encounter

Tuesday June 08, 2021
02:36:24 PM

## Encounter Header

| | |
|---|---|
| **Date\***: | 06/08/2021 |
| **End Date\***: | 06/08/2021 |
| **Category**: | Mental Health |
| **Type\***: | MH - Individual Counseling |
| **Location\***: | Southeast State Corr. Complex  [SSCC] |
| **Setting\***: | Clinic |
| **Staff Member\***: | Chee, Ivan (CHEIV01) |
| **Title**: | Medical Svcs Manager |
| **Form Type**: | Psychological Individual Contact |

| | |
|---|---|
| **Start Time\***: | 10:14:19 AM |
| **End Time\***: | 10:17:17 AM |
| **Encounter Close Date**: | 06/08/2021 |
| **Encounter Close Time**: | 12:37:33 PM |

## Subjective

Are interpreter services needed for this inmate\*:   No

What type of interpreter services were used for the encounter\*:

Was the inmate offered the option to speak in a confidential setting\*:   Seen in private, confidential setting

### Confidential Setting Comments

Pt seen in clinic

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

Pt reports that both his sleep and appetite remain intact. Pt reports that his current MH status is stable. Pt denies any SI/HI/SIB. Pt reported that he made parole and should be released by October. Pt stated that there were no issues regarding his medication. He also stated that he would like a copy of his medical records for a filed lawsuit. Pt would like to receive a recommendation for continuing MH treatment after his release.

### Psychological Individual Contact - Subjective

**Are you having thoughts of engaging in self-injurious behavior (SIB)?**   ○ Yes   ◉ No

**If yes, have you recently engaged in self-injurious behavior (SIB)? Explain:**

**Are you having thoughts of suicide?** ○ Yes ◉ No

**If yes:**

○ Will not kill myself, but having thoughts about suicide. No plan.

○ Might kill myself if something bad happens or doesn't change soon. General contemplation.

○ Not going to kill myself today, but will likely attempt in near future. Considering specific plan and/

○ Nothing is working out for me, I would be better off dead. Have a plan.

○ Hopeless. Going to kill myself. Have a plan and waiting for opportunity to act on it.

**Are you having thoughts of harm to others; homicidal ideations?** ○ Yes ◉ No

**If yes, do you have a history of harm to others? Explain:**

**Is there a specific person you intend to harm? Explain:**

Rev #: 20

**Objective**

Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| Not Taken | | | | | | | | | | | |

Objective Notes

None

Psychological Individual Contact - Objective

**MENTAL STATUS EXAM**

**Appearance – Build:** ◉ Average ○ Thin ○ Overweight

Details:

**Appearance – Chronological age:** ◉ Consistent ○ Inconsistent

Details:

**Appearance – Grooming:** ◉ Within normal limits ○ Poor ○ Excessive

Details:

**Appearance – Dress:**  ⦿ Appropriate     ○ Inappropriate

Details:

**Demeanor:**  ☑ Within normal limits     ☑ Calm     ☑ Cooperative     ☐ Withdrawn     ☐ Preoccupied
☐ Mistrustful     ☐ Demanding     ☐ Hostile     ☐ Other

Details:

**Eye Contact:**  ⦿ Within normal limits     ○ Avoidant     ○ Intense     ○ Other

Details:

**Gait:**  ⦿ Within normal limits     ○ Other

Details:

**General Movement:**  ☑ Within normal limits     ☐ Tremors     ☐ Dystonia     ☐ Tics     ☐ Catato
☐ Echopraxia     ☐ Catalepsy     ☐ Waxy flexibility     ☐ Psychomotor agitation
☐ Psychomotor retardation     ☐ Akathisia     ☐ Stupor     ☐ Other

Details:   Pt constantly shook hands and or leg

**Mood:**  ☐ Euthymic     ☑ Neutral     ☐ Dysphoric     ☐ Euphoric     ☐ Irritable     ☐ Angry     ☐
☐ Apathetic     ☐ Alexithymic     ☐ Other

Details:

**Affect – Appropriateness:**  ⦿ Appropriate     ○ Inappropriate

Details:

**Affect – Congruence:**  ⦿ Congruent     ○ Incongruent

Details:

**Affect – Intensity:**  ⦿ Within normal limits          ○ Blunted          ○ Flattened
○ Heightened          ○ Exaggerated          ○ Other

Details:

**Affect – Range:**  ⦿ Full     ○ Constricted     ○ Other

Details:

**Speech – General:**  ⦿ Within normal limits     ○ Slurred     ○ Halting     ○ Other

Details:

**Speech – Rate:**  ⦿ Within normal limits     ○ Pressured     ○ Slowed     ○ Other

Details:

**Speech – Tone:** ⦿ Within normal limits      ◯ Other

Details:

**Speech – Volume:** ⦿ Within normal limits      ◯ Low   ◯ Loud

**Thought Process:** ☑ Within normal limits   ☐ Tangential   ☐ Loosening of associations   ☐ Fligh
☐ Circumstantial   ☐ Irrelevant   ☐ Disorganized   ☐ Derailment   ☐ Pers
☐ Poverty of thought   ☐ Inhibited   ☐ Concrete   ☐ Blocked   ☐ Other

Details:

**Thought Content:** ☑ Within normal limits   ☐ Delusional   ☐ Phobic   ☐ Paranoid   ☐ Ideas
of
reference
☐ Preoccupied   ☐ Obsessional   ☐ Other

Details:

**Type of delusions:** ☐ Paranoid   ☐ Persecutory   ☐ Grandiose   ☐ Religious   ☐ Somatic
☐ Bizarre   ☐ Nihilistic   ☐ Other

Details:

**Perception:** ☑ Within normal limits   ☐ Hallucinations   ☐ Depersonalization   ☐ Derealization

Details:

**Types of hallucinations:** ☐ Auditory   ☐ Visual   ☐ Tactile   ☐ Olfactory   ☐ Gustatory

Details:

**Cognition – Orientation:** ☑ Person   ☑ Place   ☑ Time   ☑ Situation

**Cognition – Attention:** ⦿ Within normal limits      ◯ Mild impairment
◯ Moderate impairment      ◯ Severe impairment

**Cognition – Concentration:** ⦿ Within normal limits      ◯ Mild impairment
◯ Moderate impairment      ◯ Severe impairment

**Cognition – Responsiveness to Environment:** ☑ Alert   ☐ Clouded   ☐ Drowsy   ☐ Stuporous

Details:

**Insight:** ⦿ Within normal limits   ◯ Mild impairment   ◯ Moderate impairment   ◯ Severe impair

**Judgment:** ⦿ Within normal limits   ◯ Mild impairment   ◯ Moderate impairment   ◯ Severe imp

Rev #: 20

**Assessment**

Mental Health Diagnosis

| Diagnosis Code | Diagnosis Description |
|---|---|
| No Rows Found | |

Active Allergies/Health Problems/Conditions (1 - 20 of 20)

| ID Number | Category | Type | National HIE Code (s) | Diagnosis Code | Status | Status |
|---|---|---|---|---|---|---|
| 002 | Other Diagnosis | Converted ICD9 Diagnosis | | Alcohol abuse-unspec [305.00] | Assessed | 09/19/ |
| 003 | Other Diagnosis | Converted ICD9 Diagnosis | | Tobacco use disorder [305.1] | Assessed | 09/19/ |
| 004 | Other Diagnosis | Converted ICD9 Diagnosis | | Attn deficit w hyperact [314.01] | Assessed | 09/24/ |
| 005 | Other Diagnosis | Converted ICD9 Diagnosis | | Migrne unsp wo ntrc mgrn [346.90] | Assessed | 09/25/ |
| 006 | Other Diagnosis | Converted ICD9 Diagnosis | | Esophageal reflux [530.81] | Assessed | 09/25/ |
| 007 | Other Diagnosis | Converted ICD9 Diagnosis | | Anxiety state NOS [300.00] | Assessed | 10/03/ |
| 008 | Other Diagnosis | Converted ICD9 Diagnosis | | Alopecia [704.0] | Assessed | 01/12/ |
| 009 | Other Diagnosis | Converted ICD9 Diagnosis | | Drug abuse NEC-unspec [305.90] | Assessed | 01/12/ |
| 010 | Other Diagnosis | Converted ICD9 Diagnosis | | Bipolar disorder NOS [296.80] | Assessed | 01/20/ |
| | | | | Encounter | | |

| 011 | Medical | Persons Encountering Health Services for Examinations | SNOMED: 5902003 - History and physical examination, complete (procedure) | for general adult medical exam w abnormal findings [Z00.01] | Verified | 01/22/. |
| 012 | Medical | Persons Encountering Health Services for Examinations | SNOMED: 427247008 - Hearing assessment (procedure) | Encntr for exam of ears and hearing w oth abnormal findings [Z01.118] | Verified | 01/22/. |
| 013 | Medical | Musculoskeletal / Connective | SNOMED: 299447008 - Ankle joint - painful on movement (finding) | Pain in right ankle and joints of right foot [M25.571] | Verified | 01/22/. |
| 014 | Medical | Digestive System | SNOMED: 14760008 - Constipation (disorder) | Constipation, unspecified [K59.00] | Verified | 01/22/. |
| 015 | Allergies - Medication | Sulfa Drugs | RxNorm: 313134 - sulfamethoxazole 100 MG / trimethoprim 20 MG per 2.5 ML Oral Suspension; ... | | Assessed | 01/22/. |
| 016 | Medical | Genitourinary System | SNOMED: 426135001 - Chronic prostatitis - chronic pelvic pain syndrome (disorder) | Chronic prostatitis [N41.1] | Verified | 01/22/. |
| 017 | Mental Health | Mental, Behavioral and Neuro Disorders | SNOMED: 17226007 - Adjustment disorder (disorder) | Adjustment disorder with mixed anxiety and depressed mood [F43.23] | Verified | 02/15/. |
| 018 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Assessed | 03/08/. |
| 020 | Functional Limitations | Deaf | SNOMED: 15188001 - Hearing loss | Unspecified hearing loss, bilateral | Verified | 03/08/. |

| | | | | (disorder) | [H91.93] | | |
|---|---|---|---|---|---|---|---|
| 021 | Communicable Diseases | Hepatitis C | SNOMED: 235872006 - Hepatitis C carrier (finding) | Unspecified viral hepatitis C without hepatic coma [B19.20] | Verified | 04/20/ |
| 022 | Communicable Diseases | Hepatitis C | SNOMED: 235866006 - Acute hepatitis C (disorder) | Acute hepatitis C without hepatic coma [B17.10] | Verified | 05/05/ |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status D |
|---|---|---|---|---|---|---|
| | | | No Rows Found | | | |

### Assessment Notes

Medical Score updated from Unknown to because of updates made to a health encounter with an encoun 05/05/2021 and an encounter begin time of 02:07:41 PM by staff member Phillips, Shonna on 05/05/20;

### Plan

#### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| | | No Rows Found | | |

### Active Drug Prescription Orders (1 - 6 of 6)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Indomethacin Cap (Indocin)/50MG  i | RxNorm: 197818 - indomethacin 50 MG Oral Capsule; | 05/18/2021 | 1 | TWICE DAILY AS NEEDED | 08/15/2021 | Received from Pharmacy |
| Famotidine Tab (Pepcid)/20MG  i | RxNorm: 310273 - famotidine 20 MG Oral Tablet; | 05/05/2021 | 1 | TWICE DAILY | 06/18/2021 | Received from Pharmacy |
| Buspirone Hcl Tab | RxNorm: 866090 - buspirone hydrochloride | | | EVERY | | Received |

| Prescription | Medication | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| (Buspar)/30MG ⓘ | 30 MG (buspirone 27.4 MG) Oral Tablet; | 04/25/2021 | 1 | EVENING | 10/21/2021 | from Pharmacy |
| Lisinopril-Hctz Tab (Prinzide)/20-12.5MG ⓘ | RxNorm: 197886 - HCTZ 12.5 MG / lisinopril 20 MG Oral Tablet; | 04/20/2021 | 1 | EVERY DAY | 10/16/2021 | Refill Ordered |
| Venlafaxine Cap (Effexor Xr)/75MG ER ⓘ | RxNorm: 313585 - 24 HR venlafaxine 75 MG Extended Release Oral Capsule; | 03/19/2021 | 1 cap | EVERY EVENING | 09/14/2021 | Received from Pharmacy |
| Venlafaxine Hcl Cap (Effexor Xr)/150MG ER ⓘ | RxNorm: 313581 - 24 HR venlafaxine 150 MG Extended Release Oral Capsule; | 03/02/2021 | 1 cap | EVERY EVENING | 08/28/2021 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| | | No Rows Found | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| | | No Rows Found | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| | No Rows Found | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| | No Rows Found | | |

### Follow-up Appointments (1 - 4 of 4)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 06/25/2021 | 09:06:00 | Health | Generic, Lab Tech | Southeast State Corr. |

| | AM | Services | (GENLAB1) | Complex |
|---|---|---|---|---|
| 06/25/2021 | 09:16:00 AM | Health Services | Generic, Lab Tech (GENLAB1) | Southeast State Corr. Complex |
| 07/07/2021 | 10:00:00 AM | Health Services | Brown, Dannel (BRODA13) | Southeast State Corr. Complex |
| 07/21/2021 | 10:00:00 AM | Health Services | Henderson, Kayla (KOUKA02) | Southeast State Corr. Complex |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| | No Rows Found | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| | | No Rows Found | | |

### Plan Notes

Pt to be seen within 90 days for follow up appointment

### Patient Education

Patient Education Notes

None

### Health Classification

Medical:

Mental:  2-MH-2

SMI:  N-No                    Prognosis:  Improvable Condition

Dental:

Classification and Security Notes

Medical:
Dental:
Mental Health: MH-2

### Encounter Orders Review

Review Type*:  Pending Nurses Order          Review Staff:  Ratliff, Mariah (RATMA01)

Review Date: 06/08/2021          Review Time: 12:37:19 PM

Review Notes

Pt to be seen within 90 days for follow up appointment

Related Scanned Documents/Photos

| Type | Date | Title | Source |
|------|------|-------|--------|
| No Rows Found | | | |

Standard Forms

| Type | Staff |
|------|-------|
| No Rows Found | |

Department of Corrections
## Division of Local Facilities
PO Box 2400
Frankfort, KY 40602-2400

**INSPECTION REPORT FOR FULL SERVICE JAIL (1ST Inspection)**

| | | | |
|---|---|---|---|
| Facility: | LaRue County Detention Center | Address: | 209 West High Street Hodgenville, KY 42748 |
| Architect: | Peck Flannery Gream Warren INC | Jailer: | Jamie Underwood |
| Original Opening Date: | January 1986 | Current Approved Occupancy: | 152 |
| Date of Last Inspection: | 9/30/2019 | AWP for Previous Month: | 142 |
| Current Total Population: | 134 | Population of Last Population Report: | 134 |
| County Population: | 25 | State Population: | 102 |
| Federal Population: | 0 | Other Population: | 7 |
| Date of Inspection: | 3/19/2020 | Shift Inspection Conducted: | 1st |
| Date Report Completed: | 3/20/2020 | | |
| Local Facilities Staff: | Melissa Pohlman | Local Facilities Staff Signature: | |

| | | | |
|---|---|---|---|
| 1. | The jailer or jail administrator shall develop and maintain an organization chart and a policy and procedure manual which has been adopted by the governing authority and filed with the Department of Corrections. | Verification: Review organizational chart and manual approval documents. | ☒ Compliance ☐ Non-Compliance |
| 2. | The written policy and procedures manual shall be made available to employees. Employees shall sign documentation attesting that they have read and will comply with the jail's policy and procedure manual within 30 days of employment. | Verification: Employee comments and review documentation in employee files. | ☒ Compliance ☐ Non-Compliance |
| 3. | The policy and procedures manual shall include, at a minimum, the following aspects of the jail's operation: <br> a. Administration/organizational chart <br> b. Fiscal management; <br> c. Personnel; <br> d. Security and control; <br> e. Sanitation and management; <br> f. Medical services; <br> g. Food services; <br> h. Emergency and safety procedures; <br> i. Classification; <br> j. Prisoner programs; <br> k. Prisoner services; <br> l. Admission and release and <br> m. Training. | Verification: Review policy and procedures manual. | ☒ Compliance ☐ Non-Compliance |
| 4. | The policy and procedures manual shall be reviewed, updated, and any changes approved by the governing authority at least annually. All revisions shall be marked with the effective date and filed with the Department. | Verification: Review policy & procedures manual and manual approval documents. | ☒ Compliance ☐ Non-Compliance <br><br> Policy and Procedures last approved on 12/17/2019. |
| 5. | The jailer or jail administrator shall develop and implement a procedure for the dissemination of information about the jail to the public, to government agencies, and to the media. The public and prisoners shall have access to the procedure. | Verification: Review procedure and jailer/jail administrator comments. | ☒ Compliance ☐ Non-Compliance |
| 6. | With the prisoner's written consent on a form authorizing release of information, news media shall be permitted to interview a prisoner as established in the jail's policy and procedure manual except if the safety and security of the jail is affected. | Verification: Review consent form, policy on media interviews. | ☒ Compliance ☐ Non-Compliance |

| | | |
|---|---|---|
| 27. **Administrative Areas:** Administrative areas shall provide space outside the secured area of the jail for the housing of administrative offices and to accommodate the public. Administrative areas shall contain the following additional areas:<br>a. Waiting Area: This area shall provide space for the general public which is protected from inclement weather. This area shall have ADA compliant toilet facilities for both male and female persons and drinking fountains in new jails;<br>b. Visiting Area, public side: This area shall provide for private communication with prisoners and be located in close proximity to the waiting area. At least 1 ADA compliant space shall be provided.<br>c. Office Area: This area shall be of sufficient space to house the administrative function of the jail;<br>d. Entrance to security area: The purpose is to provide secure access to the security area, be penal type, and access shall be controlled from the security area. | Verification: Observe administrative areas. | ☒ Compliance  ☐ Non-Compliance |
| 28. **Booking Area:** The purpose shall be to provide a private and separate area, properly equipped to carry out admission and release procedures. All equipment shall be penal type. This area shall be designed for the different classes of prisoners. Design features for this area shall include:<br>a. Close proximity to a secure area for storage or prisoner personal property;<br>b. Close proximity to an area for photography and fingerprinting;<br>c. Close proximity to an area for showering, delousing, and strip searching a prisoner and which ensures privacy for the prisoner;<br>d. Close proximity to temporary holding and detoxification cells;<br>e. Located in a manner to be monitored by a control room | Verification: Observe administrative areas. | ☐ Compliance  ☒ Non-Compliance<br><br>The facility added a "cage" type feature to the booking area desk; however, wood was utilized and is not approved. Advised Jailer that this needs to be fixed to ensure proper penal type equipment is used. |

| 29. Detoxification Area: The purpose shall be to provide an area to separate intoxicated prisoners from the general prisoner population. Design features shall include:<br>a. A minimum of fifty (50) square feet per prisoner;<br>b. A minimum of eight (8) feet deck height including soffit;<br>c. One (1) concrete slab thirty (30) inches wide by seventy-two (72) inches long by four (4) inches high for each prisoner;<br>d. A penal commode, lavatory and a flush floor drain controlled from outside the cell;<br>e. A bubble-type drinking fountain;<br>f. The fixtures and equipment shall be penal type;<br>g. Each surface inside the area shall be smooth, flush, and free of sharp edges and protrusions;<br>h. Each horizontal surface (the bunk and the floor) shall be sloped (one fourth [1/4] of an inch to the foot) to the floor drain;<br>i. The protruding corners (except at deck) shall be coved;<br>j. Deck, walls, surfaces of the wall base and floor shall be of approved masonry, concrete or steel construction;<br>k. Each detoxification cell shall have sufficient light for the tasks being performed. | Verification: Observe detoxification areas. | ☐ Compliance ☒ Non-Compliance<br><br>Sinks in Detox 143 and Detox 146 are in need of repair; 143 has no hot water and 146 has no cold water. |
| 30. Secure Holding Area: The purpose of this area shall be for temporary detention which shall not exceed thirty (30) hours. Design features shall include:<br>a. Twenty-five (25) square feet per rated capacity; minimum size of no less than fifty (50) square feet;<br>b. Eight (8) feet deck height;<br>c. One (1) commode and lavatory for a rated capacity of ten (10) or less, two (2) commodes and lavatories for a rated capacity of eleven (11) to twenty (20), or three (3) commodes and lavatories for a rated capacity of twenty-one (21) or more;<br>d. All equipment shall be penal type;<br>e. One (1) penal type light fixture capable of providing sufficient light for the tasks being performed; and<br>f. Deck, walls, surfaces of wall bases and floor shall be of approved masonry, concrete, or steel construction. | Verification: Observe secure holding area. | ☒ Compliance ☐ Non-Compliance |

| | Verification | Compliance Status |
|---|---|---|
| 42. Confinement Areas: The purpose of these areas shall be to provide suitable living conditions for all types of prisoners lodged in the jail. Design features for all living areas shall include:<br>a. Sufficient natural or artificial light for the tasks being performed;<br>b. Ventilation to meet air exchange as required in the Kentucky Department of Correction's Jail Construction, Expansion and Renovation Guidelines;<br>c. Temperature ranges within comfort zones (65 Degrees F-85 Degrees F);<br>d. Approved masonry, concrete or steel construction;<br>e. All furnishings and equipment shall be penal type and permanently attached;<br>f. Floor drains that service each living area;<br>g. An approved securable food pass where appropriate and approved by the division jail consultants;<br>h. Electrical outlets that if provided are ground-faulted or have ground-fault circuit breakers; and<br>i. Receptacle and switch plate covers shall be penal type. | Verification: Observe confinement areas. | ☐ Compliance ☒ Non-Compliance<br>**Vents in the majority of living areas are in need of cleaning.**<br><br>**Vents need secured in Dayroom 121; vent near restroom in Dorm 111B needs secured; vent in Dorm 223 needs secured; vent in restroom of Dorm 206 needs secured; vent cover needs replaced in restroom of 205.**<br><br>**Dorm 127: Receptacle cover missing; receptacle cover pulled loose from wall.** |
| 43. All cell and housing area design features shall include:<br>a. Prisoner living areas shall be equipped with the security hardware to meet the security requirements of the prisoner(s) housed in the area;<br>b. Depending on the size of the jail, at least one living area shall be designed as high security and be equipped with a safety vestibule to enter the living area. | Verification: Observe cells and housing areas. | ☒ Compliance ☐ Non-Compliance |
| 44. Depending on the size of the jail, one (1) male, one (1) female, and one (1) medical isolation cell shall be provided. | Verification: Observe isolation cell(s). | ☒ Compliance ☐ Non-Compliance |
| 45. All cells shall open into a dayroom and no cell shall be less than seventy (70) square feet. No cell shall have more than two (2) penal type bunks. If two (2) persons are housed in a cell, they shall not be detained in the cells for longer periods than twelve (12) hours, except in emergency situations. When the vestibule is used at a cell area, at least the inner door shall be remotely operated. | Verification: Observe cells. | ☒ Compliance ☐ Non-Compliance |
| 46. Each cell shall contain:<br>a. A penal-type commode, lavatory and drinking fountain, penal type bunks secured to floor and/or wall, penal-type table with two (2) seats and penal-type storage area for personal property.<br>b. A penal type light fixture with controls inaccessible to prisoners unless it has staff override. | Verification: Observe cells. | ☐ Compliance ☒ Non-Compliance<br>**Cell 140: Sink in need of repair (water pressure).**<br>**Cell 122: Sink in need of repair.** |

| | | |
|---|---|---|
| 47. The jail shall provide living space for low security prisoners including work release and community service workers. This area shall be either cells opening into a dayroom or a combination of this and multiple occupancy dorms. If dorms are used, they shall include:<br><br>a. Forty (40) feet per prisoner;<br>b. One (1) commode/lavatory/drinking fountain per ten (10) prisoners; one (1) urinal may be substituted for each commode in male areas, if the commodes are not reduced to less than one-half (1/2) the number required.<br>c. One (1) shower per twenty (20) prisoners;<br>d. Sufficient tables and benches to handle the number of prisoners housed in the dorm;<br>e. One (1) penal type storage area for personal property per prisoner;<br>f. One (1) penal type bunk per prisoner. | Verification: Staff comments regarding current housing patterns for low security prisoners. Observe cells and/or dorms. | ☐ Compliance  ☒ Non-Compliance<br><br>Work release prisoners are housed in the restricted custody part of the jail.<br><br>Dorm 106: Hole in wall – panel needs secured. No hot water in sink.<br><br>Dorm 111A: Both sinks inoperable; one toilet inoperable; shower is in need of repair (doesn't stay on by itself); inmates reported no hot water in shower.<br><br>Dorm 111B: Shower running constantly; several leaks in the ceiling in need of repair; two sinks are in need of repair (cold water); inmates reported no hot water in shower.<br><br>Dorm 127: Shower runs constantly; sink runs constantly; microwave needs secured (currently sitting on upside down trash can).<br><br>Dorm 131: Sink inoperable<br><br>Dorm 222: one sink inoperable; one toilet inoperable; standing water in restroom area; metal plate near TV needs secured.<br><br>Dorm 223: one toilet inoperable; one sink inoperable; one sink has no cold water/water pressure issue; standing water in restroom area. |
| 48. Each dayroom area shall contain:<br><br>a. Thirty-five (35) square feet per prisoner;<br>b. One (1) commode per ten (10) prisoners; One (1) urinal may be substituted for each commode in male areas if the commodes are not reduced to less than one-half (1/2) the number required.<br>c. One (1) lavatory per ten (10) prisoners;<br>d. One (1) drinking fountain per twenty (20) prisoners; | Verification: Observe dayroom area. | ☐ Compliance  ☒ Non-Compliance<br><br>Dayroom 121: sink inoperable |

| | | |
|---|---|---|
| e. One (1) shower per twenty (20) prisoners;<br>f. Table and benches sufficient to handle the rated capacity with space twenty-four (24) inches wide and twelve (12) inches deep per prisoner. | | |

| | | |
|---|---|---|
| 50. The jailer or jail administrator shall develop a written policy and procedure governing the security aspects of the jail operations. If requested in writing, the department shall provide technical assistance to the jailer in formulating written policy and procedure. The policy and procedure shall include:<br>a. Prisoner rules;<br>b. Staffing;<br>c. Searches of prisoner and of secure areas;<br>d. Visitation;<br>e. Key and weapon control;<br>f. Prisoner head counts;<br>g. Surveillance checks;<br>h. Emergency situations;<br>i. Jail schedule; and<br>j. Administering medication. | Verification: Review current policy and procedures. | ☒ Compliance ☐ Non-Compliance |
| 51. Jail personnel shall conduct and document direct, in-person surveillance of each prisoner on an irregular schedule, at least every sixty (60) minutes. | Verification: Review documentation of prisoner surveillance for random dates/times. | ☐ Compliance ☒ Non-Compliance<br>**Documents provided indicated that in-person surveillance exceeded 60 minutes on several occasions.** |
| 52. Jail personnel shall conduct and document direct, in-person surveillance every twenty (20) minutes on the following classes of prisoners;<br>a. Suicidal;<br>b. Mentally or emotionally disturbed if housed in a single cell; or<br>c. In detox cells. | Verification: Review documentation of prisoner surveillance for random dates/time for this class of prisoners. | ☐ Compliance ☒ Non-Compliance<br>**Documents provided indicated that in-person surveillance exceeded 15 minutes (per jail policy) on multiple occasions.** |
| 53. There shall be at least three (3) documented prisoner counts every twenty-four (24) hours during which each prisoner's physical presence, by show of skin or movement shall be observed. At least one (1) count shall be conducted per shift. | Verification: Review documentation of prisoner counts for random dates/times. Staff comments regarding counts. | ☐ Compliance ☒ Non-Compliance<br>**Documentation provided didn't show that three (3) prisoner counts are conducted every twenty-four (24) hours – specifically in the JRC area.** |
| 54. Each jailer or jail administrator shall establish a procedure for weekly inspection, for contraband and physical security, of each area accessible to a prisoner.<br>a. Isolated security spot checks for contraband shall be conducted daily.<br>b. The prisoner rules, as specified in the policy and procedure manual, shall contain a clear definition of each item permitted in the jail. All other items shall be considered contraband.<br>c. There shall be a written procedure for reporting security irregularities. | Verification: Review policy and procedure for inspections. Jailer/Jail Administrator/ Staff comments regarding inspections. Review prisoner rules. | ☒ Compliance ☐ Non-Compliance |

| | | |
|---|---|---|
| 70. Each jail shall have written policy and procedures for emergency situations including:<br>a. Escape;<br>b. Hostage taking;<br>c. Riot;<br>d. Food poisoning;<br>e. Civil disturbance in the community;<br>f. Natural disaster;<br>g. Suicide;<br>h. Other death and disorder; and<br>i. Mass evacuation disaster plan. | Verification: Review current written policy and procedures for emergency situations. | ☒ Compliance  ☐ Non-Compliance |
| 71. Each exit shall be:<br>a. Distinctly and permanently marked;<br>b. Visible at all times;<br>c. Kept clear; and<br>d. Maintained in usable condition. | Verification: Observe exits. | ☒ Compliance  ☐ Non-Compliance |
| 72. Each jail shall have equipment necessary to maintain essential lights, power, HVAC, and communications in an emergency situation. | Verification: Documentation of service/maintenance/self-testing of emergency generator. | ☒ Compliance  ☐ Non-Compliance<br>Generator self-checks weekly. |
| 73. In each area where a prisoner may be confined, there shall be an emergency smoke control system activated by smoke detectors and operated by emergency power. Inspection and testing of the smoke control system shall be conducted by a qualified person at least annually. | Verification: Documentation of inspection/testing of the smoke control system. | ☐ Compliance  ☒ Non-Compliance<br>No documentation provided of inspection. This has been noted non-compliant on previous inspections. Response from jail previously is that it would be completed within 30 days (last response was December 2019); however, this has not occurred. |
| 74. Each jail shall have a fire alarm and smoke detection system. | Verification: Observe fire alarm panel and smoke detectors. | ☒ Compliance  ☐ Non-Compliance |
| 75. Each direct supervision area shall have an automatic fire extinguishing system. | Verification: Observe sprinkler system. | ☐ Compliance  ☐ Non-Compliance<br>Not applicable |

| | | |
|---|---|---|
| 76. Fire Alarm System:<br>    a. Approved (manual-automatic) fire alarm system throughout entire building which meets the Kentucky Building Code;<br>    b. Fire alarm system provides 100% coverage;<br>    c. Standby power for fire alarm system;<br>    d. Approved (heat-smoke) detection devices;<br>    e. Certification available in writing that fire alarm is in proper working order. (Yearly certification). | Verification: Documentation of fire alarm certification. | ☐ Compliance   ☒ Non-Compliance<br><br>System was inspected as required on 9/13/19 by Simplex Grinnell. However, on date of inspection, system showed a "trouble" alarm and no documentation was provided to indicate the issue is being addressed. |
| 77. Electrical:<br>    a. Branch circuits are properly fused;<br>    b. Exposed wiring in good order;<br>    c. Exposed wiring properly protected;<br>    d. Electrical outlets in good repair; | Verification: Observe electrical outlets/ equipment/wiring during. | ☒ Compliance   ☐ Non-Compliance |
| 78. Exits:<br>    a. All exit corridors a minimum one-hour fire resistance, including openings into corridors;<br>    b. Approved second means of egress;<br>    c. Exit doors hung in direction of exit travel;<br>    d. Fire door assemblies are installed properly;<br>    e. Exit doors are unobstructed;<br>    f. Approved outside stairs;<br>    g. Adequate spacing in corridors and stairways with no storage or other obstructions;<br>    h. Enclose open stairways in accordance with the Kentucky Building Code;<br>    i. Smoke Partition and door every 300 feet in exit corridor. | Verification: Observe exits | ☒ Compliance   ☐ Non-Compliance |
| 79. Exit Signs:<br>    a. Illuminated exit signs over all required exits;<br>    b. Exit signs in approved working order;<br>    c. Directional exit signs including direction of travel to exit. | Verification: Observe exit signs | ☒ Compliance   ☐ Non-Compliance |
| 80. Fire Extinguisher:<br>    a. Facility has adequate fire extinguishers in appropriate area;<br>    b. Fire extinguishers are mounted properly;<br>    c. Fire extinguishers are inspected and/or recharged as required.<br>    d. Documented checks of fire extinguishers are made monthly. | Verification: Observe fire extinguishers, documentation of inspection and monthly checks. | ☒ Compliance   ☐ Non-Compliance<br><br>Last inspected by Road Runner Fire and Safety in February 2020. |
| 81. General:<br>    a. Waste material properly stored;<br>    b. Grounds maintained free of obstruction;<br>    c. Equipment properly vented. | Verification: Observe during walk through of the facility. | ☒ Compliance   ☐ Non-Compliance |

| | | |
|---|---|---|
| 82. Hazardous Materials:<br>   a. No hazardous (combustible materials) stored in facility;<br>   b. Approved range-hood over kitchen appliance with proper ventilation and approved extinguishing system;<br>   c. Boiler inspected. Current certification available. | Verification: Observe during walk through of the facility. Documentation of range-hood and boiler inspections. | ☒ Compliance ☐ Non-Compliance<br>Facility does not have a boiler.<br>Range-hood inspected on 2/4/2020 by Johnson Controls. |
| 83. Sprinkler Systems:<br>   a. Approved sprinkler system in facility;<br>   b. Annual certification available in writing that sprinkler system is in proper working order. | Verification: Documentation of sprinkler system certification. | ☐ Compliance ☒ Non-Compliance<br>Sprinkler system last inspected by Johnson Controls on 9/3/19; however, the report identified issues and no documentation was provided indicating that issues have been resolved. |

**Sanitation/Hygiene**

| | | |
|---|---|---|
| 84. The jailer or jail administrator shall provide for the control of vermin and pests. | Verification: Observe during walk through of facility. | ☒ Compliance ☐ Non-Compliance |
| 85. The jail shall provide for both solid and liquid waste disposal. | Verification: Documentation of services, observe during walk through of facility. | ☒ Compliance ☐ Non-Compliance |
| 86. The jailer or jail administrator shall have a written preventative maintenance plan that includes:<br>   a. A cleaning schedule for various locations and items in the jail;<br>   b. A schedule for inspections by the jailer;<br>   c. A schedule for trash and garbage removal; and<br>   d. A schedule for periodic inspection and maintenance of specific mechanical equipment. | Verification: Review written preventive maintenance plan, applicable documentation of inspections/maintenance. | ☒ Compliance ☐ Non-Compliance |
| 87. The jail shall have fresh air circulating within prisoner living and activity areas. | Verification: Observe during walk through of the facility. | ☐ Compliance ☒ Non-Compliance<br>Vents throughout the facility are in need of cleaning. Note: Dorms 111A, 111B and 222 had build-up on the wall and/or ceiling from the vents. |
| 88. The jail shall furnish clean sanitized bedding to prisoners except in holding areas and unless it is determined to be detrimental to a particular prisoner. Issuance of bedding in detoxification is optional. Bedding shall include:<br>   a. One (1) mattress;<br>   b. One (1) blanket if conditions require;<br>   c. Two (2) sheets;<br>   d. One (1) pillow, if not part of the mattress; and | Verification: Observe bedding issued to prisoners, comments from prisoners/staff. | ☒ Compliance ☐ Non-Compliance<br>No issues noted by prisoners on date of inspection. |

| | | |
|---|---|---|
| e. One (1) pillowcase, if applicable. | | |
| 89. Prisoner bedding shall be cleaned on a regular basis according to the schedule established in this subsection.<br>a. Sheets, pillowcases, and mattress cover shall be cleaned at least once per week and cleaned prior to reissue to next prisoner;<br>b. Blankets shall be laundered upon reissue or quarterly, whichever is sooner.<br>c. Mattresses and pillows shall be cleaned quarterly and cleaned prior to reissue to next prisoner. | Verification: Review laundry schedule, prisoner/staff comments. | ☒ Compliance  ☐ Non-Compliance<br>No issues noted by prisoners on date of inspection. |
| 90. Each prisoner shall be issued a clean jail uniform and towel upon admission to a prisoner living area. If a prisoner does not have undergarments upon admission, then the jail shall issue them. Jail uniforms, undergarments and towels shall be laundered at least twice weekly and laundered prior to reissue to the next prisoner. Prisoners shall not be required to be without a clean uniform, undergarment or towel while laundry is being processed. | Verification: Review procedure for issuing property and laundry schedule, prisoner/staff comments. | ☒ Compliance  ☐ Non-Compliance<br>Advised jailer to update jail policy to reflect KY Jail Standard changes made effective 3/4/2016 regarding undergarments. |
| 91. All floors, toilets and sinks in the jail shall be cleaned daily or more often as necessary. | Verification: Review cleaning schedule, prisoner comments, observe floors, toilets and sinks. | ☒ Compliance  ☐ Non-Compliance |
| 92. All showers shall be cleaned on at least a weekly basis. | Verification: Review cleaning schedule, prisoner comments, observe showers. | ☐ Compliance  ☒ Non-Compliance<br>Although cleaning supplies are distributed, the majority of showers in the facility are in need of deep cleaning. |
| 93. All prisoners assigned to prisoner living areas shall be issued or permitted to obtain the following hygienic items:<br>a. Soap;<br>b. Toothbrush;<br>c. Toilet paper; and<br>d. Female sanitary supplies. (If applicable)<br>e. Indigent prisoners shall be furnished these items by the jail. | Verification: Prisoner comments, observe during walk-through. | ☒ Compliance  ☐ Non-Compliance<br>No issues noted by prisoners on date of inspection. |
| 94. All prisoners shall be permitted to shave a minimum of two (2) times per week. Communal razors shall not be used. A sanitized electric razor may be substituted with jailer approval. | Verification: Review razor schedule, prisoner comments. | ☒ Compliance  ☐ Non-Compliance |
| 95. Hair cutting services or sanitized hair cutting equipment shall be available to all prisoners. | Verification: Review hair cutting procedures, prisoner comments. | ☒ Compliance  ☐ Non-Compliance |

| | | | |
|---|---|---|---|
| 96. All prisoners shall be provided shower facilities within twenty-four (24) hours of admission. Prisoner shall be permitted to shower daily unless there is a documented security risk. | Verification: Prisoner/staff comments regarding special housing areas. | ☒ Compliance | ☐ Non-Compliance |
| 97. All prisoners in the jail shall be provided with hot and cold running water in showers and lavatories. | Verification: Observe showers and lavatories. | ☐ Compliance | ☒ Non-Compliance<br><br>**Multiple issues were noted in several living areas where sinks and/or showers are not operating correctly. Please see above in the inspection report for exact locations of all plumbing issues."** |

**Medical**

| | | | |
|---|---|---|---|
| 98. The jail's medical services shall be provided by contracting with a health care provider licensed in Kentucky. | Verification: Review medical contract. | ☒ Compliance  Medical contracted with Southern Health Partners. | ☐ Non-Compliance |
| 99. The medical authority shall be a licensed practical nurse (LPN), a higher level of licensed nurse, a licensed medical doctor, or licensed doctor of osteopathy. Telehealth services may be used, except for mental health evaluation for involuntary commitments pursuant to KRS Chapter 202A. | Verification: Review licensure of medical staff. | ☒ Compliance  Melissa Johnson LPN exp. 10/31/2020. | ☐ Non-Compliance |
| 100. The health care staff shall not be restricted by the jailer in the performance of their duties except to adhere to the jail's security requirements. | Verification: Review policy, comments from medical staff. | ☒ Compliance | ☐ Non-Compliance |
| 101. All health care staff working in the jail shall comply with state licensure and certificate requirements commensurate with similar health care personnel working elsewhere in the community. Copies of licenses and certificates for health care staff employed by the jail shall be maintained on file within the jail. | Verification: Review licensure of medical staff. | ☒ Compliance  Melissa Johnson LPN exp. 10/31/2020. | ☐ Non-Compliance |
| 102. A daily medical log shall be maintained documenting specific medical treatment rendered in the jail. This log shall be kept current to the preceding hour. | Verification: Review medical log. | ☒ Compliance | ☐ Non-Compliance |
| 103. Prisoners shall not perform any medical functions within the jail. | Verification: Review policy, comments from medical staff. | ☒ Compliance | ☐ Non-Compliance |

| | | |
|---|---|---|
| 133. Food equipment and utensils:<br>   a. Food (ice) contact surfaces designed, constructed, maintained, installed and located properly;<br>   b. Non-food contact, surfaces designed, constructed, maintained, installed and located properly;<br>   c. Dishwashing facilities designed, constructed, maintained, installed, located and operated properly;<br>   d. Accurate thermometers, chemical test kits provided, gauge cock (1/2' IPS value);<br>   e. Pre-flushed, scraped soaked;<br>   f. Wash rinse water clean, proper temperature;<br>   g. Sanitizing rinse clean, temperature, concentration, exposure time, equipment, utensils sanitized;<br>   h. Wiping clothes clean, use restricted;<br>   i. Food-contact surfaces of equipment and utensils clean, free of abrasives, detergents;<br>   j. Non-food contact surfaces of equipment/utensils clean;<br>   k. Storage, handling of clean equipment/utensils;<br>   l. Single-service articles, storage dispensing;<br>   m. No re-use of single service articles. | Verification: Observe kitchen. | ☒ Compliance     ☐ Non-Compliance |
| 134. Water: Water source, safe, hot and cold under pressure. | Verification: Observe kitchen. | ☒ Compliance     ☐ Non-Compliance |
| 135. Sewage: Sewage and waste water disposal. | Verification: Observe kitchen. | ☒ Compliance     ☐ Non-Compliance |
| 136. Plumbing:<br>   a. Installed, maintained;<br>   b. Cross-connection, back siphonage, backflow. | Verification: Observe kitchen. | ☐ Compliance     ☒ Non-Compliance<br>There are two ceiling leaks in the kitchen area that are in need of repair. One leak affects the smoke detector, as it leaks in to it and sets off the alarm. |

| | | | |
|---|---|---|---|
| 176. The jailer or designee shall ensure that an inmate has the opportunity to participate in practices of his religious faith in accordance with the Religion Reference Manual incorporated by reference in 501 KAR 6:080. For specific situations not addressed in the Religion Reference Manual, the jailer or designee may refer to department Policy and Procedure 23.1 incorporated by reference in 501 KAR 6:020. | Verification: Review religious program schedule. | ☒ Compliance | ☐ Non-Compliance |
| 177. Inmate responsibilities. Upon entry into the correctional system, an inmate's religious preference shall be recorded on the inmate I.D. form. After three (3) months, an inmate may change his religious preference by contacting the jailer or designee. | Verification: Review random prisoner files. Comments from jail staff/prisoner. | ☒ Compliance | ☐ Non-Compliance |
| 178. Written policy and procedure shall provide all prisoners with the opportunity to participate in at least one (1) hour of physical exercise per day with at least three (3) exercise periods per week outside the cell. There shall be available one (1) hour of outdoor recreation two (2) times per week if the weather permits. Prisoners who pose a threat to the safety and security of the jail shall be denied outdoor recreation. | Verification: Review written policy and recreation log. Comments from jail staff/ prisoners. | ☒ Compliance | ☐ Non-Compliance |
| 179. Leisure time and recreation programs shall be scheduled to permit prisoners to participate in board games, arts and crafts, radio and television, or other activities designed to relieve idleness and boredom. | Verification: Observe leisure/recreation during inspection. Comments from jail staff/prisoners. | ☒ Compliance | ☐ Non-Compliance |
| 180. Program for State Prisoners.<br>  1. State prisoners may be provided the opportunity to participate in work programs in accordance with KRS 441.125.<br>  2. Substance abuse programs. State prisoners shall be provided the opportunity to participate in substance abuse programs including AA or NA. State prisoners who have been determined to have substance abuse problems shall be referred to outpatient treatment, which is available in the community. State prisoners, who are in need of extensive substance abuse treatment and have been referred by the Division of Mental Health, shall be allowed to participate in the substance abuse program (SAP), when space is available or may be housed in jails offering the program, if space is available. | Verification: Review program documentation. | ☐ Compliance | ☒ Non-Compliance<br><br>37 prisoners currently participating in the Work Program. AA/NA is not currently being offered. An ADO class is offered, but only to males. |

## Training

| | Verification | Compliance / Non-Compliance |
|---|---|---|
| 205. A jail shall maintain cumulative records on the types and hours of training completed annually by jail personnel. The records shall be maintained in a manner so that all of the records for a specific employee may be readily retrieved and shall be entered into the department training records management system.<br>   a.  If the training is conducted by the department, the department shall enter and maintain records of the training for the jail personnel in the department's training records management system.<br>   b.  If training is conducted by someone other than the department, jail personnel who have been trained to enter information into the department training records management system shall enter the training information. Training information shall be entered within ten (10) days of the training being completed. A jail employee shall have access to his individual record. | Verification: Review staff training records. | ☒ Compliance     ☐ Non-Compliance<br>Training records available for review in Crimcast |
| 206. Jail personnel shall receive a minimum of twenty-four (24) hours annual in-service training. | Verification: Review staff training records. | ☐ Compliance     ☒ Non-Compliance<br>Review of training records indicated that several staff did not receive the required minimum of twenty-four (24) hours of annual training. |
| 207. The training shall include:<br>   a.  A minimum of four (4) hours of mental health training within the first year of service, and one (1) hour of additional mental health training each year thereafter. The initial four (4) hours of mental health training should be conducted by the service provider of mental health triage or mental health services to the jail, if possible;<br>   b.  Medical awareness training for jail personnel within the first thirty (30) days of employment; and<br>   c.  Communicable disease training. | Verification: Review staff training records. | ☐ Compliance     ☒ Non-Compliance<br>A) Review of training records indicated that not all staff received the required mental health training for the year.<br>B) Review of training records indicated that not all jail staff hired in 2019 received medical awareness training within the first thirty (30) days of employment. |
| 208. All jail personnel or health services staff who administer medications to prisoners shall be trained in the proper procedures as outlined in the jail's policy and procedures manual. | Verification: Review policy and staff training records. | ☒ Compliance     ☐ Non-Compliance<br>Medication pass training provided by Southern Health Partners in December 2019. |


## Larue County detention center COVID-19

Hi Aaron, I spoke to you back in April about this facility!
Larue County Detention center is experiencing an outbreak of the Coronavirus right now. Proper precautions are not being taken in this facility. Inmates from the jails that had outbreaks in the last couple of weeks have been shipped into this jail recently, no quarantine has been done at all. They go straight into regular population.
Last evening when the guys were asking for and wanting cleaning supplies because one in there cell has a fever, body aches, and headache the jailer (James Underwood) and his girlfriend who is a deputy(Mindy Tucker) came in from home very unhappy. Jailer Underwood was not recognized by a couple of the inmates because he was out of uniform. As he came into that particular cells he called the inmates a bunch of "Bitches". They told one of the inmates to pack his stuff up when they came in like they were going to take him to segregation for discipline. None of them understood what he had done wrong besides ask for cleaning supplies. I'm sorry but in my opinion asking for cleaning supplies during a worldwide pandemic is not anything wrong. Everyone has rights! These guys are packed into a cell, 25 men and only one toilet & one button to get water from to wash their hands & to drink with. Five of these men are in the floor and the toilet and shower leaks in the floor. They do receive cleaning supplies once a day, but those supplies never include a rag or towel they have to figure out who's giving up what piece of clothing each time they need a rag to clean. Another thing the jailer said to them "didn't you get cleaning supplies this morning". Inmates told him yes they did receive cleaning supplies in the morning however they now are aware that a man in there has a fever because the staff had just come around a little while prior and took temperatures. So that's why they were asking for cleaning supplies again. The jailer more or less insinuated that they were only asking for cleaning supplies to get bleach for other purposes. Inmates from Allen County, Madison County, and Nelson county were recently transported into this jail without quarantine taken place. The particular guy that has the fever in the cell I'm referring to came to this facility from the state of Indiana 15 days ago without quarantine being done. When staff was ask if they were going to remove this particular inmate from the cell for quarantine they responded no everyone has already been exposed now so this is quarantine. Word of the virus being in this facility just came about on Friday evening I, after dinner, when it was said that a kitchen employee had tested positive. Up until last week sometime, a my friend that is there had never received or even seen a face mask, and he has been a state inmate in this facility since the beginning of February.
I have made several attempts to get him help throughout this pandemic because he's older, he has breathing issues, and other health conditions. I've reached out and talked with DOC, the governors office, and several other state officials. I've gotten nowhere, he is still stuck in a high population county jail as a class B state inmate for what looks to be a death sentence at this point. Is it at all possible for you to lead me in the right direction to get him, along with these other inmates some help somehow? Thank you for your time! Sincerely, Nichole 859-757-9754


## Please help these guys are in dire need
3 messages

**Nichole Baker** <nicholebaker77@gmail.com>
To: <kchr.mail@ky.gov>

Thu, Apr 2, 2020, 9:54 PM

The above email has been sent out to several State and Government officials. I haven't been contacted back by many of them but apparently Larue County Jail and the Department of Corrections have. The retaliation has began. I'm going to continue to speak on these issues and be a voice for these guys while they can not. This morning alone four and only four of the guys, including my husband, were pulled out of that particular cell that I have been referring to and placed into another cell. The cell they were placed in is the one that they were previously using for the federal holdovers. It was empty due to the fact that there was recently a hold on transfers for them as well. So 4 state inmates were placed into a cell with 13 bunks, no kiosk, no phone, and the water situation is not much better. Without a kiosk they are not permitted to have visits, file any grievances, or send any request (to see a doctor or anything else needed) and they are not able to order canteen. I'm sure you're probably wondering how I know all of this information since he has been cut from all communication. I'm still able to communicate with him through what they call a Chirper. It's a small device, kind of like a phone or iPod, that allows them to Chirp. Chirping is basically texting. The cost is a $4 monthly fee and then $.10 for every Chirp sent and received up to 160 characters. He does still currently have his device. Those four guys that were moved together have been talking to each other and realized that their families have all recently been contacting the jail and other officials to get something done about the situation. I just received a text from my husband as I'm typing this letting me know that they do now have a phone, however it does not work or it is turned off. The way these guys are being treated is so unfair, inhumane, and morally improper especially with what the World is facing today. They are all scared for themselves and worried about their families while all along having to be treated this way. I understand that they are inmates, I understand that they have done wrong but they are still human and by no means should any human ever have to be treated this way. We are currently under a global emergency and have been for several days; and it is being overlooked or brushed aside that there are grown men being abused by officials. What kind of state do we live in and stand for while this being permitted to happen? Please help me, lead me in the right direction of someone who could help, or at the very least pray for these guys and their families during this time. Thank you so much for your attention and time! Please under all circumstances stay safe!

**KCHR Email** <KCHR.Mail@ky.gov>
To: Nichole Baker <nicholebaker77@gmail.com>

Fri, Apr 3, 2020, 8:33 AM

The Kentucky Commission on Human Rights is a state government agency charged with the enforcement of the Kentucky Civil Rights Act. The Act prohibits discrimination on the basis of race, color, religion, and national origin in the following contexts: (1) employment; (2) sale or lease of real property; (3) public accommodations; (4) financing; (5) credit transactions; and (6) housing insurance. Discrimination on the basis of race, color, religion, and national origin is uniformly prohibited in all of these contexts; however, additional protected classes are identified in the six particular contexts as follows: (1) sex – all six contexts except public accommodations; (2) age – employment and financing; (3) disability – all six contexts except credit transactions; (4) familial status – sale or lease of real property, financing, and housing insurance; and (5) smoking status - employment.

The Attorney General of Kentucky has issued an opinion that jails and prisons are not places of public accommodation, and therefore prisoner complaints as to their care and treatment of incarceration or during arrest do not fall within the purview of the enforcement jurisdiction of the Commission. If you are unable to afford a private attorney, you may wish to seek assistance from Kentucky Legal Aid, The American Civil Liberties Union or the U.S. Department of Justice.

[Quoted text hidden]

**Nichole Baker** <nicholebaker77@gmail.com>
To: KCHR Email <KCHR.Mail@ky.gov>

Fri, Apr 3, 2020, 2:42 PM

Well if you were talk to us further you would learn that he is only in jail because of race discrimination. That's the way we feel and that's the way we believe. His particular parole violation should have only been a 10 to 20 day sanction however his parole officer who is African-American decided that he should be reviewed by the parole board instead of

the normal sanction that anyone else would normally get. We have reached out to you and several other state and government officials due to the fact that my husband and other guys are being completely mistreated and forced to live in inhumane situations during a global emergency. That in itself should override any opinion of any attorney general. I'm not an attorney or lawyer specializing in human rights or civil rights either. So with that being said I would like to take this opportunity to thank you for responding to my email. Have a wonderful day and stay safe from the scribble emergency that our world is currently under.

[Quoted text hidden]


## Acknowledge: Please help these guys are in dire need (Ticket# LTK121420175797822X)

ACLU Membership Questions <jarnett@aclu.org>                                   Fri, Apr 3, 2020 at 2:54 PM
To: Nichole Russell <Nicholebaker77@gmail.com>

Dear Friend,

Thank you for contacting the ACLU.

Your comments and questions are very important to us.

Because of the high volume of feedback we receive we are unable to respond to every message.

If you have inquiries about mailings, donations or membership, please contact our Member Services department directly at membership@aclu.org or call 212-549-2585.  For Guardians Of Liberty please contact guardians@aclu.org or 212-549-2543.

Sincerely,
ACLU

=======

Subject: Please help these guys are in dire need

Hello, I hope you are well, clear, and safe of COVID-19 as well any other current world events. My name is Nichole Russell, I am a current Elsmere Kentucky resident. I am contacting you in hopes of receiving some help with a few issues. First, I would like to thank you for your time, as I know that it is very important and limited.

My husband is being held in the Larue County detention Center under a parole violation that should've been a 10-20 day sanction, stemming from January. He was transferred out of Kenton County's facility to Larue County's after being in jail for seven days. Larue is at least 2-3 hours from his hometown. I'm not by any means saying that he is a saint or that he deserves any special treatment. However, he is human and deserves to be treated as so.
At the Larue County detention Center the guys are not being treated fairly and they are living in inhumane areas. The employees are coming in sick. One was in a few nights ago sick; coughing and sneezing all over inside of the cell. They are still transferring federal inmates in and out of the facility on a regular basis for overnight holds. The state of Kentucky currently has a hold on any transfers in and out of facilities. The particular cell he is being held in with 17-18 other men has only one working toilet and one working sink with cold water only. They are not provided with any cleaning products to sanitize the area. No one comes in to sanitize either.

The parole board has told me he will just have to wait for them to review him because they are running a couple of months behind and it could take some time. He does not even have a date to be reviewed yet. At this point instead of just being overlooked, we feel like he has been given a death sentence. Our family is completely distraught over this. I suffer from critical long-term illnesses and this has got me stressed out so bad that I feel like I'm not going to survive it. I have to worry about this on top of protecting myself from getting the coronavirus, as it will absolutely kill me very fast. We understand that my husband is a Class B inmate with drug offenses but he is non-violent, he's always at a community custody level, and the only violation that he has is missing a parole report date. If he could be released he's willing to come home on the home incarceration, also I'm willing to come up with money to pay for it and fund it. He would cooperate in anyway possible so he could be home with me while I'm sick during this pandemic and be with family, Instead of being locked in a small area with 17-18 other men at close proximity at a huge risk of being attacked by the deadly coronavirus. He is going to be 45 years old this weekend and has had breathing issues in the past, this scares us for him to come in contact with this respiratory virus that has caused a global emergency. It has already reached several correctional facilities throughout the United States. At this point, Kentucky is probably one of the only states left with no confirmed cases of the coronavirus inside the correctional facilities. We need to count our blessings and let these guys out

I've contacted several offices in the past in regards to the same situation but I never got a response, an email, a voicemail, or a text; nothing. Could someone please contact me back and let me know that you received this? Thank you for your time and I hope you, your family, and all your staff/coworkers & their families are able to stay safe and completely clear of anyone that may come in contact with the coronavirus.

Thank you, Nichole
859-757-9754

The above email has been sent out to several State and Government officials. I haven't been contacted back by many of them but apparently Larue County Jail and the Department of Corrections have. The retaliation has began. I'm going to continue to speak on these issues and be a voice for these guys while they can not. This morning alone four and only four of the guys, including my husband, were pulled out of that particular cell that I have been referring to and placed into another cell. The cell they were placed in is the one that they were previously using for the federal holdovers. It was empty due to the fact that there was recently a hold on transfers for them as well. So 4 state inmates were placed into a cell with 13 bunks, no kiosk, no phone, and the water situation is not much better. Without a kiosk they are not permitted to have visits, file any grievances, or send any request (to see a doctor or anything else needed) and they are not able to order canteen. I'm sure you're probably wondering how I know all of this information since he has been cut from all communication. I'm still able to communicate with him through what they call a Chirper. It's a small device, kind of like a phone or iPod, that allows them to Chirp. Chirping is basically texting. The cost is a $4 monthly fee and then $.10 for every Chirp sent and received up to 160 characters. He does still currently have his device. Those four guys that were moved together have been talking to each other and realized that their families have all recently been contacting the jail and other officials to get something done about the situation. I just received a text from my husband as I'm typing this letting me know that they do now have a phone, however it does not work or it is turned off. The way these guys are being treated is so unfair, inhumane, and morally improper especially with what the World is facing today. They are all scared for themselves and worried about their families while all along having to be treated this way. I understand that they are inmates, I understand that they have done wrong but they are still human and by no means should any human ever have to be treated this way. We are currently under a global emergency and have been for several days; and it is being overlooked or brushed aside that there are grown men being abused by officials. What kind of state do we live in and stand for while this being permitted to happen? Please help me, lead me in the right direction of someone who could help, or at the very least pray for these guys and their families during this time. Thank you so much for your attention and time! Please under all circumstances stay safe!

 Gmail

Nichole Baker &lt;nicholebaker77@g

---

**Dustin Russell**

4 messages

---

**Nichole Baker** &lt;nicholebaker77@gmail.com&gt;
To: &lt;tim.arnold@ky.gov&gt;, &lt;jackie.knarr@ky.gov&gt;

Thu, Oct 8, 202

Hello Tim and Jackie,

I hope this finds you both safe and well. Attached you will find copies of 2 recommendation letters. I hav
mailed the originals out to you. You should receive them soon.

I wanted to ask you if you have any suggestions on anyone else I can contact in regards to Dustin's well
with the Corona out break within the jail over the last couple of weeks. I'm very concern about him becaus
point he has had exposure to and close contact with several other inmates that has tested positive. I have
contacted the ACLU but no response. I feel like I need to do something but not sure where to turn.

Thank you for all of your help and all that you do. You are greatly appreciated! Stay safe and well!

— Nichole Russell

**IMG-3084.jpg, IMG-3086.jpg, IMG-3087.jpg, IMG-3088.jpg**

---

**Arnold, Tim G (DPA)** &lt;tim.arnold@ky.gov&gt;
To: Nichole Baker &lt;nicholebaker77@gmail.com&gt;
Cc: Knarr, Jackie S (DPA) &lt;jackie.knarr@ky.gov&gt;

Mon, Oct 19, 20

Ms. Russell,

I have been trying to call Dustin since last week. When I call the jail the phone rings about 8 t
and then I get a busy signal.

If you could have Dustin call me tomorrow. I am not available between 10-11, and between 1
2:30. I am available at all other times and would be happy to take his call. I have some questi
ask him.

Thanks – Tim

**Timothy G. Arnold**, Director

Post-Trial Division

Department of Public Advocacy

5 Mill Creek Park

Frankfort, KY 40601

(502) 564-8006

(502) 545-1570 (cell)

(502) 695-6769 (fax)

Confidentiality Statement: This communication contains information which is confidential. It is for the exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any form of distribution, copying, forwarding or use of this communication or the information therein is strictly prohibited. If you have received this communication in error please return it to the sender and then delete the communication and destroy any copies.

[Quoted text hidden]

---

**Nichole Baker** <nicholebaker77@gmail.com>                          Tue, Oct 20, 2020, 1:48 AM
To: Arnold, Tim G (DPA) <tim.arnold@ky.gov>

Hello Mr. Arnold,

 I'm not sure why the jail won't answer the phone, it seems like they rarely do. I will definitely tell him to call you, I'm sure he will be happy to answer any questions you may have.

 The jail is currently full of inmates with COVID. Dustin tested negative once and then positive the second time. He's been sick with several symptoms for about a week now. They just continue to move all of the positive inmates around and it keeps spreading. The staff is still very careless with practicing any precautions or safety measures. I have been worried sick about his health and safety.

 I also wanted to let you know that if for some reason you ever need to get ahold of Dustin again and the jail won't answer, he cant send and receive text through his chirp device. I try to make sure that he always has funds available to do so. The number to text him at is 859-474-7486.

 Thank you so much for all that you do! We do greatly appreciate you!

    Nichole Russell
[Quoted text hidden]

---

**Nichole Baker** <nicholebaker77@gmail.com>                          Tue, Oct 20, 2020, 1:52 AM
To: Arnold, Tim G (DPA) <tim.arnold@ky.gov>

I'm sorry I just noticed a typo in my last message. That should have said that he CAN receive and send text messages through his chirping device.
[Quoted text hidden]


## Dustin Russell #191746

**Dustin Russell** <dhmrussell4575@gmail.com>
To: <dean.foster@ky.gov>
Cc: Nichole Baker <nicholebaker77@gmail.com>
Bcc: <dhmrussell4575@gmail.com>

Mon, May 18, 2020, 4:35 PM

Good afternoon! I am writing you in regards to my husband Dustin Russell #191746, once again.
    Upon looking at the KOOL (Kentucky Online Offender Lookup) website this morning I noticed a change in the Parole information on Dustin's file. It now shows that he had a review done by the parole board on May 17, 2020. It says that the hearing action was deferred for 15 months and his next parole eligibility date is August 14, 2021. Is this information accurate? If it is accurate, could you please let me know why a hearing took place on a Sunday? Since when is this something that happens?  Also, I was told by a Department of Probation and Parole employee that his hearing was scheduled for May 21, 2020; which is not until this Thursday. So now I'm curious as to why the hearing would've took place on the 17th and no one was notified.
My husband would like to know why he was not present, even if by video, during the hearing. It is our understanding that he has the right to be present during any and all hearings due to the fact that he is a class B inmate. He has also wrote letters to The Department of probation and parole, the Elizabethtown public advocacy, and the post trial public advocacy in Frankfort  asking for an attorney to be present during any & all hearings and the withdrawal of the waiver that he signed in January. Was his letters overlooked?  If you don't mind, would you please let me know some answers so we can make sense of what is going on. Thank you so much for your time and attention to this matter. I hope you and your family are well and safe!
Sincerely,
Nichole Russell

Nichole R. Russell Sent from my iPhone


## April 24, 2020

**Dustin Russell** <dhmrussell4575@gmail.com>
To: <support@kentucky.gov>
Bcc: <dhmrussell4575@gmail.com>

Sun, Apr 26, 20

April 24, 2020

Dear Mr. Governor Beshear,

I hope this finds you, along with your family and friends, safe and well.
My name is Nichole Russell. I'm a 42-year-old disabled native of Kenton County who currently resides in the c
Elsmere. I'm reaching out to you in hopes of some help during this very desperate time.

My husband is a 45-year-old native of Kenton County who is currently incarcerated as a state inmate in a cou
is a non-violent, class B offender with dangerous drug charges. His last criminal charge dates back to 2015,
current minimum expiration of sentence date of June 2031. He is currently being held on a parole violation ch
awaiting a review from the parole board. His violation includes missing a report date to the parole officer due
confusion of office hours during the holiday schedule. He was a low risk, community custody parolee from Ma
until being arrested in January 2020. During that time he worked 12-14 hours every day, attended NA/AA mee
maintained our home, nurtured and cared for me and our son & daughter; all while staying content and drug-f
positive outlook on life. Typically he is a model citizen and an asset to the community, but he has suffered wit
addiction issues off and on throughout times in his life. Over the last two years he has been treated for being
with acute bronchitis and chronic cough on three different occasions. He suffers from mental health disorder:
immunocompromised, and our families primary physician has treated him for diabetes. Since being in jail the
a run-in with high blood pressure on him one day. All of these medical conditions are currently going untreate
being incarcerated. About six months ago, during an emergency room visit for not being able to urinate and so
excruciating pain, he was diagnosed with chronic prostatitis and intestinal disorder. At that point he was refer
urologist and a gastroenterologist but he never had the chance to get into see either one of them before being
Seeing those two specialist is pretty important and something that needs to be done rather sooner than later.
along with the rest of our family and friends are extremely concerned about his medical conditions along with
health, and well-being during this pandemic and being in a facility. The facility staff, where he is being housec
not take too many precautions or do a very sufficient job at keeping areas clean and safe. That makes it all tha
more concerning.

While joining you at 5 PM this evening for our daily meeting, I heard you talk about the commutation of senten
another 352 inmates. I understand that my husband's name will more than likely not ever make one of those li
come before you to consider for emergency commutation, due to the fact that he's a class B inmate that still h
some time left on his sentence. However, I would like to ask you to consider looking in to this a little further an
anything can be done to get him out of such a dangerous environment.

I understand that you are a very busy man these days who has a lot in front of you to handle for our state. Witl
being said, please let me know if you need me to locate and or send you any documentation or any other infor
regards to this matter. I, myself, suffer from several incurable chronic diseases and the stress & anxiety all of
caused leaves my body very distraught and extremely ill a great amount of most days. Any and all help or reso
are able to provide me with would be wonderful. I greatly appreciate your time and all that you do for the state
Kentucky, Mr. Governor! I will keep you, your family, and staff in my thoughts & prayers throughout the rest of
especially during this global pandemic. Thank you & God Bless, Nichole

Nichole R. Russell Sent from my iPhone


## Dustin Russell

**Dustin Russell** <dhmrussell4575@gmail.com>                    Mon, May 18, 2020, 4:37 PM
To: <TaylorL.Clark@ky.gov>
Cc: Nichole Baker <nicholebaker77@gmail.com>
Bcc: <dhmrussell4575@gmail.com>

Good afternoon! I am writing you in regards to my husband Dustin Russell #191746, once again.

Upon looking at the KOOL (Kentucky Online Offender Lookup) website this morning I noticed a change in the Parole information on Dustin's file. It now shows that he had a review done by the parole board on May 17, 2020. It says that the hearing action was deferred for 15 months and his next parole eligibility date is August 14, 2021. Is this information accurate? If it is accurate, could you please let me know why a hearing took place on a Sunday? Since when is this something that happens? Also, I was told by a Department of Probation and Parole employee that his hearing was scheduled for May 21, 2020; which is not until this Thursday. So now I'm curious as to why the hearing would've took place on the 17th and no one was notified.

My husband would like to know why he was not present, even if by video, during the hearing. It is our understanding that he has the right to be present during any and all hearings due to the fact that he is a class B inmate. He has also wrote letters to The Department of probation and parole, the Elizabethtown public advocacy, and the post trial public advocacy in Frankfort asking for an attorney to be present during any & all hearings and the withdrawal of the waiver that he signed in January. Was his letters overlooked? If you don't mind, would you please let me know some answers so we can make sense of what is going on. Thank you so much for your time and attention to this matter. I hope you and your family are well and safe!

Sincerely,
Nichole Russell

Nichole R. Russell Sent from my iPhone


**Dustin Russell #191746**
2 messages

**Dustin Russell** <dhmrussell4575@gmail.com>                                      Fri, May 22, 2020, 3:54 PM
To: Tolley, Angela D (DOC) <angela.tolley@ky.gov>

Hello Ms. Tolley,
I'm contacting you in regards to Dustin Russell #191746, once again. I just wanted to reach out to you in regards to the
results of his final Parole revocation hearing. When we spoke on Monday (5/18/20)you assured me that he would
receive a copy of findings of the hearing that was conducting on Thursday 5/14/20 very soon. He did receive a copy of
the final hearing results. We feel it does contain procedural error considering it states the interview was conducted on
5/17/20, which was a Sunday. During our phone call on Monday you told me interviews were not conducted on Sundays
and you also told me what I was seeing online was an error and that was just the date it was entered into the system.
This all leaves me confused and concerned.
My husband, Mr. Dustin Russell, has wrote a request for reconsideration and mailed it to the Department of probation
and parole. He also sent me a copy of that request along with a copy of the results of the final parole revocation
hearing. I'm attaching those documents to this email for your review, just in case you have not received the postal mail
containing them. I am also going to send them by fax to ensure that you do receive them. I hope you and your family are
safe and well! God Bless!

**Thank you, Nichole Russell 859-757-9754**

[Quoted text hidden]

**Tolley, Angela D (DOC)** <angela.tolley@ky.gov>                                  Tue, May 26, 2020, 9:54 AM
To: Dustin Russell <dhmrussell4575@gmail.com>

The Parole Board shall address Mr. Russell's concerns when we receive his official
reconsideration request.

Angela D. Tolley

Director

Parole and Victim Services

275 East Main Street

PO Box 2400

Frankfort, KY 40602

Office: 502 782-2298

Fax: 502-564-8995


## Please help these guys

**Nichole Baker** <nicholebaker77@gmail.com>                                  Wed, Apr 1, 2020, 10:22 PM
To: <CHFS.Listens@ky.gov>

Hello, I hope you are well, clear, and safe of COVID-19 as well any other current world events. My name is Nichole Russell, I am a current Elsmere Kentucky resident. I am contacting you in hopes of receiving some help with a few issues. First, I would like to thank you for your time, as I know that it is very important and limited.

My husband is being held in the Larue County detention Center under a parole violation that should've been a 10-20 day sanction, stemming from January. He was transferred out of Kenton County's facility to Larue County's after being in jail for seven days. Larue is at least 2-3 hours from his hometown. I'm not by any means saying that he is a saint or that he deserves any special treatment. However, he is human and deserves to be treated as so.
At the Larue County detention Center the guys are not being treated fairly and they are living in inhumane areas. The employees are coming in sick. One was in a few nights ago sick; coughing and sneezing all over inside of the cell. They are still transferring federal inmates in and out of the facility on a regular basis for overnight holds. The state of Kentucky currently has a hold on any transfers in and out of facilities. The particular cell he is being held in with 17-18 other men has only one working toilet and one working sink with cold water only. They are not provided with any cleaning products to sanitize the area. No one comes in to sanitize either.

The parole board has told me he will just have to wait for them to review him because they are running a couple of months behind and it could take some time. He does not even have a date to be reviewed yet. At this point instead of just being overlooked, we feel like he has been given a death sentence. Our family is completely distraught over this. I suffer from critical long-term illnesses and this has got me stressed out so bad that I feel like I'm not going to survive it. I have to worry about this on top of protecting myself from getting the coronavirus, as it will absolutely kill me very fast. We understand that my husband is a Class B inmate with drug offenses but he is non-violent, he's always at a community custody level, and the only violation that he has is missing a parole report date. If he could be released he's willing to come home on the home incarceration, also I'm willing to come up with money to pay for it and fund it. He would cooperate in anyway possible so he could be home with me while I'm sick during this pandemic and be with family, Instead of being locked in a small area with 17-18 other men at close proximity at a huge risk of being attacked by the deadly coronavirus. He is going to be 45 years old this weekend and has had breathing issues in the past, this scares us for him to come in contact with this respiratory virus that has caused a global emergency. It has already reached several correctional facilities throughout the United States. At this point, Kentucky is probably one of the only states left with no confirmed cases of the coronavirus inside the correctional facilities. We need to count our blessings and let these guys out one way or another.
I've contacted several offices in the past in regards to the same situation but I never got a response, an email, a voicemail, or a text; nothing. Could someone please contact me back and let me know that you received this? Thank you for your time and I hope you, your family, and all your staff/coworkers & their families are able to stay safe and completely clear of anyone that may come in contact with the coronavirus.
Thank you, Nichole
859-757-9754


## Fwd: Please help, these guys are in dire need!

3 messages

**Dustin Russell** <dhmrussell4575@gmail.com>                    Tue, Apr 7, 2020, 3:39 PM
To: nicholebaker77@gmail.com <nicholebaker77@gmail.com>

---------- Forwarded message ----------
From: **Dustin Russell** <dhmrussell4575@gmail.com>
Date: Tue, Apr 7, 2020 at 9:13 AM
Subject: Please help, these guys are in dire need!
To: <Robin.Green2@ky.gov>

Hello, I hope you are well, clear, and safe of COVID-19 as well any other current world events. My name is Nichole Russell, I am a current Elsmere Kentucky resident. I am contacting you in hopes of receiving some help with a few issues. First, I would like to thank you for your time, as I know that it is very important and limited.

My husband is being held in the Larue County detention Center under a parole violation that should've been a 10-20 day sanction, stemming from January. He was transferred out of Kenton County's facility to Larue County's after being in jail for seven days. Larue is at least 2-3 hours from his hometown. I'm not by any means saying that he is a saint or that he deserves any special treatment. However, he is human and deserves to be treated as so.
At the Larue County detention Center the guys are not being treated fairly and they are living in inhumane areas. The employees are coming in sick. One was in a few nights ago sick; coughing and sneezing all over inside of the cell. They are still transferring federal inmates in and out of the facility on a regular basis for overnight holds. The state of Kentucky currently has a hold on any transfers in and out of facilities. The particular cell he is being held in with 17-18 other men has only one working toilet and one working sink with cold water only. They are not provided with any cleaning products to sanitize the area. No one comes in to sanitize either.

The parole board has told me he will just have to wait for them to review him because they are running a couple of months behind and it could take some time. He does not even have a date to be reviewed yet. At this point instead of just being overlooked, we feel like he has been given a death sentence. Our family is completely distraught over this. I suffer from critical long-term illnesses and this has got me stressed out so bad that I feel like I'm not going to survive it. I have to worry about this on top of protecting myself from getting the coronavirus, as it will absolutely kill me very fast. We understand that my husband is a Class B inmate with drug offenses but he is non-violent, he's always at a community custody level, and the only violation that he has is missing a parole report date. If he could be released he's willing to come home on the home incarceration, also I'm willing to come up with money to pay for it and fund it. He would cooperate in anyway possible so he could be home with me while I'm sick during this pandemic and be with family, Instead of being locked in a small area with 17-18 other men at close proximity at a huge risk of being attacked by the deadly coronavirus. He is going to be 45 years old this weekend and has had breathing issues in the past, this scares us for him to come in contact with this respiratory virus that has caused a global emergency. It has already reached several correctional facilities throughout the United States. At this point, Kentucky is probably one of the only states left with no confirmed cases of the coronavirus inside the correctional facilities. We need to count our blessings and let these guys out one way or another.
I've contacted several offices in the past in regards to the same situation but I never got a response, an email, a voicemail, or a text; nothing. Could someone please contact me back and let me know that you received this? Thank you for your time and I hope you, your family, and all your staff/coworkers & their families are able to stay safe and completely clear of anyone that may come in contact with the coronavirus.
Thank you, Nichole
859-757-9754

The above email has been sent out to several State and Government officials. I haven't been contacted back by many of them but apparently Larue County Jail and the Department of Corrections have. The retaliation has began. I'm going to continue to speak on these issues and be a voice for these guys while they can not. This morning alone four and only four of the guys, including my husband, were pulled out of that particular cell (111A) that I have been referring to and placed into another cell. The cell(223) they were placed in is the one that they were previously using for the federal

holdovers. It was empty due to the fact that there was recently a hold on transfers for them as well. So 4 state inmates were placed into a cell with 13 bunks, no kiosk, no phone, and the water situation is not much better. Without a kiosk they are not permitted to have visits, file any grievances, or send any request (to see a doctor or anything else needed) and they are not able to order canteen. I'm sure you're probably wondering how I know all of this information since he has been cut from all communication. I'm still able to communicate with him through what they call a Chirper. It's a small device, kind of like a phone or iPod, that allows them to Chirp. Chirping is basically texting. The cost is a $4 monthly fee and then $.10 for every Chirp sent and received up to 160 characters. He does still currently have his device. Those four guys that were moved together have been talking to each other and realized that their families have all recently been contacting the jail and other officials to get something done about the situation. I just received a text from my husband as I'm typing this letting me know that they do now have a phone, however it does not work or it is turned off. The way these guys are being treated is so unfair, inhumane, and morally improper especially with what the World is facing today. They are all scared for themselves and worried about their families while all along having to be treated this way. I understand that they are inmates, I understand that they have done wrong but they are still human and by no means should any human ever have to be treated this way. We are currently under a global emergency and have been for several days; and it is being overlooked or brushed aside that there are grown men being abused by officials. What kind of state do we live in and stand for while this being permitted to happen? Please help me, lead me in the right direction of someone who could help, or at the very least pray for these guys and their families during this time. Thank you so much for your attention and time! Please under all circumstances stay safe!

Nichole R. Russell Sent from my iPhone

---

**Dustin Russell** <dhmrussell4575@gmail.com>                                                      Tue, Apr 7, 2020, 3:40 PM
To: nicholebaker77@gmail.com <nicholebaker77@gmail.com>

---

---------- Forwarded message ---------
From: **Green, Robin J (DOC)** <robin.green2@ky.gov>
Date: Tue, Apr 7, 2020 at 10:22 AM
Subject: RE: Please help, these guys are in dire need!
To: Dustin Russell <dhmrussell4575@gmail.com>
CC: Willard, Kirstie R (DOC) <Kirstie.Willard@ky.gov>, Tolley, Angela D (DOC) <angela.tolley@ky.gov>

Good morning, Nicole:
I am sorry to hear of your husband's predicament at Larue County Jail. The DOC does oversee local facilities that house state inmates, and I am forwarding your letter on to the Director of Local Facilities, Kirstie Willard due to your concern that the circumstances that you describe as safety hazards and your concern of retaliation.
Your husband's parole violation will be reviewed by the Parole Board as soon as possible - but as you indicated, this will take several weeks or possibly months. People are scheduled in the order in which they were returned. Your husband was charged with Absconding, and as this was his 2nd incidence of absconding he was not eligible for a sanction (discretionary detention). He was offered a sanction on the first instance, last September, and his warrant was rescinded.
The state has no say over how county jails operate with regard to housing Federal offenders, etc. As you stated, the State of KY has shut down all movement between jails, to minimize exposure to COVID 19. And the State is taking action to release offenders early that meet certain criteria (non-violent, non-sexual, within 6 months of release and/or medically fragile) per Governor Beshear. The Parole Board does not have authority to release offenders prior to their hearing, by virtue of the KRS statutes.
I hope this answers some of your questions, but I am sure you are still concerned.

Robin Green
Administrative Specialist III
Parole Board and Victim Services
[Quoted text hidden]

---

**Dustin Russell** <dhmrussell4575@gmail.com>                                                      Tue, Apr 7, 2020, 3:40 PM
To: nicholebaker77@gmail.com <nicholebaker77@gmail.com>

---------- Forwarded message ---------
From: **Willard, Kirstie R (DOC)** <Kirstie.Willard@ky.gov>


**Please help, these guys are in dire need!**

**Willard, Kirstie R (DOC)** <Kirstie.Willard@ky.gov>                    Tue, Apr 7, 2020, 11:11 AM
To: Green, Robin J (DOC) <robin.green2@ky.gov>, Dustin Russell <dhmrussell4575@gmail.com>
Cc: Tolley, Angela D (DOC) <angela.tolley@ky.gov>

We have addressed this complaint multiple times, to include the updates provided below.  Someone provided Ms. Russell with the inspectors cell phone number, so she now simply calls the inspector if she had issues to report.
[Quoted text hidden]


**Please help, these guys are in dire need!**

**Dustin Russell** <dhmrussell4575@gmail.com>                    Tue, Apr 7, 2020, 1:07 PM
To: Willard, Kirstie R (DOC) <Kirstie.Willard@ky.gov>

Hi Kristie, I hope this finds you well and safe. Yes this complaint has been addressed multiple times and still nothing has changed. Melissa the inspector is the only person that has provided me with her for her cell phone number and I've only called her one time outside of returning her call. She has called me multiple times and we have discussed a lot of issues. However she contacts the Larue County Jail, speaks to the jailer to address all issues talked about and then more retaliation starts. At this point my husband has been moved into three different locations in one day, has been accused of destroying things and has felt threatened on numerous occasions. Please note, none of the locations he was moved into nor the cell he is currently in have hot water in the shower or sink. I have also spoke to the DOC commissioner's secretary, Jess, and I'm sure she forwarded my emails to you as well. Like I explained to Melissa last week, I'm going to continue to reach out and be a voice for my husband until something is done to satisfactory. We are currently under a global emergency and this does not seem to be of any importance to anyone on the DOC end. I seem to find it very dangerous considering he has had breathing issues in the past and I suffer from multiple long term chronic illnesses.  I am going to assume that it's time for me to contact my attorney and move forward with what legally needs to be done, as contacting all of the state and government officials I know of has done no good. Once again, I hope you're safe and well. Thank you for your time and I hope you, your family, and all your staff/coworkers & their families are able to stay safe and completely clear of anyone that may come in contact with the coronavirus.
Bless you, Mrs. Nichole Russell
859-757-9754
[Quoted text hidden]


**Inmate welfare**

**Dustin Russell** &lt;dhmrussell4575@gmail.com&gt;                                    Mon, Apr 27, 2020, 6:28 PM
To: &lt;GovOpenRecords@ky.gov&gt;
Bcc: &lt;dhmrussell4575@gmail.com&gt;

April 24, 2020
Dear Mr. Governor Beshear,
   I hope this finds you, along with your family and friends, safe and well.
My name is Nichole Russell. I'm a 42-year-old disabled native of Kenton County who currently resides in the city of
Elsmere. I'm reaching out to you in hopes of some help during this very desperate time.

My husband is a 45-year-old native of Kenton County who is currently incarcerated as a state inmate in a county jail. He
is a non-violent, class B offender with dangerous drug charges. His last criminal charge dates back to 2015, with a
current minimum expiration of sentence date of June 2031. He is currently being held on a parole violation charge,
awaiting a review from the parole board. His violation includes missing a report date to the parole officer due to
confusion of office hours during the holiday schedule. He was a low risk, community custody parolee from March 2018
until being arrested in January 2020. During that time he worked 12-14 hours every day, attended NA/AA meetings,
maintained our home, nurtured and cared for me and our son & daughter; all while staying content and drug-free with a
positive outlook on life. Typically he is a model citizen and an asset to the community, but he has suffered with
addiction issues off and on throughout times in his life. Over the last two years he has been treated for being asthmatic
with acute bronchitis and chronic cough on three different occasions. He suffers from mental health disorders, he is
immunocompromised, and our families primary physician has treated him for diabetes. Since being in jail the nurse had
a run-in with high blood pressure on him one day. All of these medical conditions are currently going untreated due to
being incarcerated. About six months ago, during an emergency room visit for not being able to urinate and severe
excruciating pain, he was diagnosed with chronic prostatitis and intestinal disorder. At that point he was referred to a
urologist and a gastroenterologist but he never had the chance to get into see either one of them before being arrested.
Seeing those two specialist is pretty important and something that needs to be done rather sooner than later. Myself,
along with the rest of our family and friends are extremely concerned about his medical conditions along with his
health, and well-being during this pandemic and being in a facility. The facility staff, where he is being housed, does not
take too many precautions or do a very sufficient job at keeping areas clean and safe. That makes it all that much more
concerning.

While joining you at 5 PM this evening for our daily meeting, I heard you talk about the commutation of sentence for
another 352 inmates. I understand that my husband's name will more than likely not ever make one of those list that
come before you to consider for emergency commutation, due to the fact that he's a class B inmate that still has quite
some time left on his sentence. However, I would like to ask you to consider looking in to this a little further and see if
anything can be done to get him out of such a dangerous environment.

I understand that you are a very busy man these days who has a lot in front of you to handle for our state. With that
being said, please let me know if you need me to locate and or send you any documentation or any other information in
regards to this matter. I, myself, suffer from several incurable chronic diseases and the stress & anxiety all of this has
caused leaves my body very distraught and extremely ill a great amount of most days. Any and all help or resources you
are able to provide me with would be wonderful. I greatly appreciate your time and all that you do for the state of
Kentucky, Mr. Governor! I will keep you, your family, and staff in my thoughts & prayers throughout the rest of my days,
especially during this global pandemic. Thank you & God Bless, Nichole


Nichole R. Russell Sent from my iPhone


___

**Inmate welfare**

___

**Cummins, Jesse A (DOC)** <jesse.cummins@ky.gov>                    Tue, Apr 28, 2020, 9:11 AM
To: dhmrussell4575@gmail.com <dhmrussell4575@gmail.com>
Cc: Dunn, John M (DOC) <JohnM.Dunn@ky.gov>, CHFS KY COVID19 <KYCOVID19@ky.gov>

Mrs. Russell,

Your email has been forwarded to the department of corrections from the cabinet from health and family services for a response.

We understand your concerns and want you to know the Justice Public Safety Cabinet is in constant communication with Governor Beshear and the Department for Public Health, and all options are being explored to safely manage the inmates in our prisons and jails. As he has with each decision during the state's preparation and response to the coronavirus, the Governor will announce any decisions when they are made and DOC will immediately share that information on its website and social media.

Unfortunately at this time if your loved one's name was not on the recent Governor's commutation list then they did not meet the requirements for the commutation.

Please know we understand your medical concerns for your loved one at this time. If you have any concerns regarding their medical status, you can always contact the facility, which they are located in and request to speak to the medical provider there.

Please keep in mind that pardons and commutations are granted only at the Governor's discretion. Attached is an application for a pardon. Your loved one may submit this to the Governor's office if they wish to do so.

I hope this answers your concerns.
[Quoted text hidden]
**pardon application.pdf**


## Dustin Russell

5 messages

---

**Nichole Baker** <nicholebaker77@gmail.com>                                    Tue, Aug 18, 2020, 1:47 PM
To: jackie.knarr@ky.gov <jackie.knarr@ky.gov>, tim.arnold@ky.gov <tim.arnold@ky.gov>

Attached you will find a new letter from the doctor with reasons for referrals. Please call me if you have any questions
or concerns at 859-757-9754. Thank you, Nichole

---

**Arnold, Tim G (DPA)** <tim.arnold@ky.gov>                                      Tue, Aug 18, 2020, 5:08 PM
To: Nichole Baker <nicholebaker77@gmail.com>, Knarr, Jackie S (DPA) <jackie.knarr@ky.gov>

Ms. Baker,


I have received your letters, and am sending them to DOC with a request that they arrange for his medical
needs.  I'll let Mr. Russell know as soon as I hear anything (if I hear anything).


Please let me know if you have any questions.  Thanks – Tim


**Timothy G. Arnold**, Director

Post-Trial Division

Department of Public Advocacy

5 Mill Creek Park

Frankfort, KY 40601

(502) 564-8006

(502) 695-6769 (fax)


Confidentiality Statement: This communication contains information which is confidential. It is for the
exclusive use of the intended recipient(s). If you are not the intended recipient(s) please note that any
form of distribution, copying, forwarding or use of this communication or the information therein is strictly
prohibited. If you have received this communication in error please return it to the sender and then delete
the communication and destroy any copies.

[Quoted text hidden]

---

**Nichole Baker** <nicholebaker77@gmail.com>                                    Tue, Aug 18, 2020, 6:41 PM
To: Arnold, Tim G (DPA) <tim.arnold@ky.gov>

On Tue, Aug 18, 2020 at 5:08 PM Arnold, Tim G (DPA) <tim.arnold@ky.gov> wrote:

Thank you! Have a great evening!
[Quoted text hidden]

---

**Nichole Baker** <nicholebaker77@gmail.com>
To: Arnold, Tim G (DPA) <tim.arnold@ky.gov>

Thu, Aug 27, 2020, 8:09 AM

Good Morning Mr. Arnold,

I hope this email finds you safe and well.  Dustin ask me to reach out to you this morning. He would like to know if you have heard anything back from DOC about his medical information or if you have information in regards to new development about anything else to do with him and/or his case. Thank you so much for all that you do! You are greatly appreciated! Have a blessed day! - Nichole Baker Russell
[Quoted text hidden]

---

**Arnold, Tim G (DPA)** <tim.arnold@ky.gov>
To: Nichole Baker <nicholebaker77@gmail.com>

Thu, Aug 27, 2020, 8:38 AM

Ms. Russell,

I have reached out to DOC as requested, and provided them the information you sent, but I have heard nothing back.

If I hear something I will let you all know.

Thanks – Tim

**Timothy G. Arnold**, Director

Post-Trial Division

Department of Public Advocacy

5 Mill Creek Park

Frankfort, KY 40601

(502) 564-8006

(502) 545-1570 (cell)

[Quoted text hidden]

 Gmail

## Attention commissioner
9 messages

**Dustin Russell** <dhmrussell4575@gmail.com>                                           Mon, Apr 27, 2020, 6:28 PM
To: <Paroleboard@ky.gov>
Bcc: <dhmrussell4575@gmail.com>

April 27, 2020
Dear Department of Corrections Commissioner,
  I hope this finds you, along with your family and friends, safe and well.
My name is Nichole Russell. I'm a 42-year-old disabled native of Kenton County who currently resides in the city of
Elsmere. I'm reaching out to you in hopes of some help during this very desperate time.

My husband is a 45-year-old native of Kenton County who is currently incarcerated as a state inmate in a county jail. He
is a non-violent, class B offender with dangerous drug charges. His last criminal charge dates back to 2015, with a
current minimum expiration of sentence date of June 2031.  He is currently being held on a parole violation charge,
awaiting a review from the parole board.  His violation includes missing a report date to the parole officer due to
confusion of office hours during the holiday schedule. He was a low risk, community custody parolee from March 2018
until being arrested in January 2020. During that time he worked 12-14 hours every day, attended NA/AA meetings,
maintained our home, nurtured and cared for me and our son & daughter; all while staying content and drug-free with a
positive outlook on life. He is a model citizen and an asset to the community, but he has suffered with
addiction issues off and on throughout times in his life. Over the last two years he has been treated for being asthmatic
with acute bronchitis and chronic cough on three different occasions. He suffers from mental health disorders, he is
immunocompromised,  and our families primary physician has treated him for diabetes. Since being in jail the nurse had
a run-in with high blood pressure on him one day. All of these medical conditions are currently going untreated due to
being incarcerated. He has requested and been denied mental health treatment. His grievance in that matter has been
ignored and never answered. About six months ago, during an emergency room visit for not being able to urinate and
severe excruciating pain, he was diagnosed with chronic prostatitis and intestinal disorder. At that point he was
referred to a urologist and a gastroenterologist but he never had the chance to get into see either one of them before
being arrested. Seeing those two specialist is pretty important and something that needs to be done rather sooner than
later. Myself, along with the rest of our family and friends are extremely concerned about his medical conditions along
with his health, and well-being during this pandemic and being in a facility. The facility staff, where he is being housed,
does not take too many precautions or do a very sufficient job at keeping areas clean and safe. That makes it all that
much more concerning.
I understand the governor has been granting commutation for some state inmates. I'm sure that my husbands name will
more than likely probably never see one of the list that is brought before the governor for emergency commutation, due
to the fact that he's a class B inmate that still has quite some time left on his sentence. However, I would like to ask you
to consider looking in to this a little further and see if anything can be done to get him out of such a dangerous
environment.

I understand that you are a very busy man these days who has a lot in front of you to handle. With that being said,
please let me know if you need me to locate and or send you any documentation or any other information in regards to
this matter.  I, myself, suffer from several incurable chronic diseases and the stress & anxiety all of this has caused
leaves my body very distraught and extremely ill a great amount of most days. Any and all help or resources you are
able to provide me with would be wonderful. I greatly appreciate your time and all that you do, Mr. Commissioner.  I will
keep you, your family, and staff in my thoughts & prayers throughout the rest of my days, especially during this global
pandemic. Thank you & God Bless, Nichole


Nichole R. Russell Sent from my iPhone

**Tolley, Angela D (DOC)** <angela.tolley@ky.gov>                                      Tue, Apr 28, 2020, 11:00 AM
To: Dustin Russell <dhmrussell4575@gmail.com>

Hello Nichole R. Russell,
For clarification purposes you have reached the KY Parole Board.  If there is a specific Commissioner you want to reach
please give me a name and I can forward this correspondence to him/her.

We understand your concerns and want you to know the Justice and Public Safety Cabinet is in constant communication with Governor Beshear and the Department for Public Health and all options are being explored to safely manage the inmates in our prisons and jails. As he has with each decision during the state's preparation and response to the coronavirus, the Governor will announce any decisions when they are made and DOC will immediately share that information on its website and social media and we shall proceed according. The Governor is releasing the medically fragile however, at this time, Mr. Russell is currently not listed as medically fragile but that does not mean he will not be added at a later time. The most recent list was generated on 04/24/2020. This information has been placed in his record for review by the Board during the revocation process and you are welcomed to email me any other documentation that you wish to include. Thank you

Angela D. Tolley
Director
Parole and Victim Services
275 East Main Street
PO Box 2400
Frankfort, KY 40602
Office: 502 782-2298
Fax: 502-564-8995

Confidentiality Notice:

This e-mail message, including any attachment, is for the sole use of the intended recipient(s)and may contain confidential information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by e-mail and destroy all copies of the original message.
[Quoted text hidden]

---

**Dustin Russell** <dhmrussell4575@gmail.com>
To: Tolley, Angela D (DOC) <angela.tolley@ky.gov>

Thu, Apr 30, 2020, 12:54

Hello Ms. Tolley,
First and for most I would like to take this opportunity to thank you for always taking the time to respond to any correspondence or communication I've had with you. Also, I would like to apologize that my letter ended up being sent to you, as it was intended to go to the commissioners.
I wrote the letter to the commissioner of probation and parole, as well as the commissioner of the department of corrections. I am assuming that deputy commissioner Randy White is still the acting commissioner of the department of corrections. Obviously, I do not have the proper email address for him nor do I have a physical postal mailing address. I am not exactly sure who the commissioner of probation and parole is, nor do I have addresses for that deputy commissioner. If you would not mind letting me know this information so I can send my letter to both of them, I would greatly appreciate it.
I am attaching 14
documents, to this email, that are from my husband's medical records that show some of the medical conditions he's been treated for.
I hope you and your family remain safe and well. Again thank you so much for your time and attention.
Sincerely,
Nichole Russell

## REQUEST TO TALK

INMATE NAME: DUSTIN                          DATE: 03/17/2020

CELL NUMBER: 111a                            D.O.C. #_____

could we plaease have maitence fix our water on the sinks we only have 1 water
button between both of the sinks and its cold water

Gmail - Request to talk 944107 {944107}

Larue Detention <lcdcrtt@gmail.com>

M Gmail

## Request to talk 944107 {944107}

2 messages

DUSTIN RUSSELL <wu9grxsj@cpcvisit.com>                   Tue, Mar 17, 2020 at 5:36 PM
To: lcdcrtt@gmail.com

Request to talk
Date Submitted:3/17/2020 5:36:11 PM
Print Form: Click here
-
SubjectId: 475062245
Inmate: DUSTIN RUSSELL
Housing: 111A
Facility: LaRue KY

Larue Detention <lcdcrtt@gmail.com>                      Fri, Mar 20, 2020 at 8:48 AM
To: DUSTIN RUSSELL <wu9grxsj@cpcvisit.com>

I'll add it to his list of things to fix.

#38
[Quoted text hidden]

JAILER JAMIE UNDERWOOD

## GRIEVANCE FORM

*ALL REQUIRED INFORMATION MUST BE COMPLETED BEFORE THIS FORM CAN BE PROCESSED.*

*PRINT LEGIBLY.*

NAME: DUSTIN _____ CELL #: 106 _____ DATE: 04/26/2020 CTRL 191746

CLASSIFICATION: (CIRCLE ONE) KY STATE  COUNTY  FEDERAL  OTHER STATE  OTHER COUNTY  HEALTH CARE

IN THE SPACE PROVIDED **PRINT** EACH GRIEVANCE (LIMIT THREE PER FORM)

would like to speak to LT McCoy in person

INMATES SIGNITURE: DustinRussell _____     INTAKE DEPUTY'S SIGNITURE:_____

STAFF RESPONSE

REFER ITO:_____     DATE ANSWERD:_____

RE-ROUTE FROM:_____ TO _____

## REQUEST TO TALK

INMATE NAME: DUSTIN

DATE: 09/21/2020

CELL NUMBER: 111b

D.O.C. # 191746

has been many grievances filed over th toilet leaking and it being tracked through the dorm no one has attempted to look at the problem please send maitnce in here

## ACCOUNTS REQUEST TO TALK

INMATE NAME: DUSTIN

CELL NUMBER: 111b

DATE: 08/31/2020

D.O.C. # 191746

could we please get water to drink

## ACCOUNTS REQUEST TO TALK

INMATE NAME: DUSTIN

DATE: 04/25/2020

CELL NUMBER: 106

D.O.C. # 191746

could i please have copies of all request to talk except for accouts sick calls and grievances sent and returned thank you for all your time with this i understand its 10 cents a copy and have funds on my account thanks

## REQUEST TO TALK

INMATE NAME: DUSTIN             DATE: 06/10/2020

CELL NUMBER: 111b             D.O.C. # 191746

toilet button broke please send a plummer thank you

# REQUEST TO TALK

INMATE NAME: DUSTIN                   DATE: 07/30/2020

CELL NUMBER: 111b                     D.O.C. # 191746

could we please get a broom to clean our cell

## REQUEST TO TALK

INMATE NAME: DUSTIN

CELL NUMBER: 111b

DATE: 10/20/2020

D.O.C. # 191746

can we please have cleaning supplies

 Gmail

Larue Detention <lcdcrtt@gmail.com>

## Request to talk 1649810 {1649810}
2 messages

**DUSTIN RUSSELL** <wu9grxsj@cpcvisit.com>            Mon, Sep 21, 2020 at 12:22 PM
To: lcdcrtt@gmail.com

Request to talk
Date Submitted:9/21/2020 12:21:14 PM
Print Form: Click here
-
SubjectId: 475062245
Inmate: DUSTIN RUSSELL
Housing: 111B
Facility: LaRue KY

**Larue Detention** <lcdcrtt@gmail.com>            Mon, Sep 21, 2020 at 5:18 PM
To: DUSTIN RUSSELL <wu9grxsj@cpcvisit.com>

MR RUSSELL, MAINTENANCE HAS BEEN NOTIFIED AND THEY ARE WORKING TO GET THIS PROBLEM FIXED.

SGT HOBACK
[Quoted text hidden]

## ACCOUNTS REQUEST TO TALK

INMATE NAME: DUSTIN

DATE: 08/31/2020

CELL NUMBER: 111b

D.O.C. # 191746

could we please get water to drink

## REQUEST TO TALK

INMATE NAME: DUSTIN

CELL NUMBER: 111b

DATE: 06/11/2020

D.O.C. # 191746

we need hand soap we have been out for 3 days now could we please get some thank you

Effective date January 7, 2019

LARUE COUNTY DETENTION CENTER

JAILER JAMIE UNDERWOOD

## REQUEST TO TALK

INMATE NAME: DUSTIN                    DATE: 07/07/2020

CELL NUMBER: 111b                      D.O.C. # 191746

could we please get water to drink with our meals maitnce worked on 111a toilet
now we have no drinking water

## REQUEST TO TALK

INMATE NAME: DUSTIN

DATE: 04/22/2020

CELL NUMBER: 106

D.O.C. # 191746

could i please have a copy of my medical records obtained from little sandy correctional complex thank you very much for your time with this matter



 **MASTERS'** SUPPLY, INC    *Creative* KITCHEN & BATH

**STATEMENT**

**Date:** 02/29/2020
**Customer ID:** 15742

P.O. Box 34337
LOUISVILLE, KY 40232
www.masterssupply.net
RETURN SERVICE REQUESTED
Phone: (502) 459-2900
Fax: (502) 456-6049

*Remit Payment to:*

*MASTERS' SUPPLY, INC.*
*P.O. BOX 34337*
*LOUISVILLE, KY 40232*

**BILL TO:**
366 1 AB 0.419    E0366X  I0401 D5904762135 S2 P7187987 0001:0001

॥।।॥।।॥.।।.॥।.।।।।॥।।.।॥।।.।।॥।।.।।।.।॥।।।।।।॥।।॥।

LARUE COUNTY FISCAL COURT
209 W HIGH ST STE 3
HODGENVILLE KY 42748-1543

| INVOICE NUMBER | INVOICE DATE | DUE DATE | PURCHASE ORDER NUMBER | AMOUNT DUE |
|---|---|---|---|---|
| 4685491 | 02/14/2020 | 03/15/2020 | 26874 | 253.96 |
| 4689807 | 02/21/2020 | 03/22/2020 | 26880 | 75.02 |

ACCT. NO. 3-5101-334
DATE PAID 3-10-20
CHECK NO. 5582
AMOUNT $328.98

| | Total Amount Due: | 328.98 |
|---|---|---|
| | | U.S.Dollars |

------------ Invoice Age in Days ------------

| CURRENT | <= 30 | 31 to 60 | 61 to 90 | OVER 90 |
|---|---|---|---|---|
| 328.98 | 0.00 | 0.00 | 0.00 | 0.00 |

**A Service Charge of 2% per month will be made on past due balances (24% annual)**

 **MASTERS' SUPPLY, INC** *Creative*

P.O. Box 34337
LOUISVILLE, KY 40232
www.masterssupply.net
RETURN SERVICE REQUESTED


ACCT. NO. 35101-334
DATE PAID
CHECK NO.
AMOUNT $ 75.02

**PLEASE REMIT TO:**
MASTERS' SUPPLY, INC.
P.O. BOX 34337
LOUISVILLE, KY 40232

**BILL TO:**
944 1 AB 0.419   E0300X I0586 D5875877535 S2 P7163329 0001:0002

LARUE COUNTY FISCAL COURT
209 W HIGH ST STE 3
HODGENVILLE KY 42748-1543

**SHIP TO:**
Larue County Fiscal Court
209 W High St
Hodgenville, KY 42748

Customer ID: 15742

| PO Number | Terms Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|
| 26880 | Net 30 | 03/22/2020 | | |

| Order Date | Pick Ticket No | Primary Salesrep Name | Taker |
|---|---|---|---|
| 02/20/2020 | 3799629 | Elizabethtown PHAC House Account | TEM |

| Ordered QTY | Shipped QTY | Remaining QTY | Item ID | Item Description | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| | | | | Carrier: EWC - E-Town Will Call | | | |
| 1 | 1 | 0 | 8795960 | 10IN LENOX ALUMINUM PIPE WRENCH | EA | 35.5655 | 35.57 |
| | | | | Ordered As:  WRENCH | | | |
| 2 | 2 | 0 | 9335560 | 1/2  LF PROCHANNEL BALL VLV FPT | EA | 5.8725 | 11.75 |
| | | | | Ordered As:  PCBV | | | |
| 2 | 2 | 0 | 5479860 | 1-1/2X6   IMP STD GALV NIPPLE | EA | 6.2244 | 12.45 |
| | | | | Ordered As:  GN 112 | | | |
| 1 | 1 | 0 | 4788850 | 1-1/2  IMP STD GAL STEEL COUP | EA | 4.4100 | 4.41 |
| | | | | Ordered As:  GCOUP | | | |
| 1 | 1 | 0 | 4608150 | 1-1/2  IMP STD GM 90 ELL | EA | 4.9896 | 4.99 |
| | | | | Ordered As:  G90 | | | |
| 1 | 1 | 0 | 5476560 | 1-1/2X3-1/2 IMP STD GALV NIPPLE | EA | 4.5927 | 4.59 |
| | | | | Ordered As:  GN 112 | | | |
| 1 | 1 | 0 | 9095320 | 1-1/2 SLIP JOINT NUT L/ GASKET | EA | 1.2600 | 1.26 |
| | | | | Ordered As:  NUT | | | |

 MASTERS' SUPPLY, INC · Creative

P.O. Box 34337
LOUISVILLE, KY 40232
www.masterssupply.net
RETURN SERVICE REQUESTED

# INVOICE 

| | |
|---|---|
| Invoice Number: | 4689807 |
| Invoice Date: | 02/21/2020 |
| Order Number: | 2176693 |

PLEASE REMIT TO:

MASTERS' SUPPLY, INC.
P.O. BOX 34337
LOUISVILLE, KY 40232

| Ordered QTY | Shipped QTY | Remaining QTY | Item ID | Item Description | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|

**Total Lines: 7**

| | |
|---|---|
| SUB-TOTAL: | 75.02 |
| TAX | 0.00 |
| AMOUNT DUE: | 75.02 |

| TO VIEW AND PAY ONLINE GO TO: | http://masterssupply.billtrust.com | USE THIS ENROLLMENT CODE: | LHD FVZ FZX |
|---|---|---|---|

ANY CLAIM FOR SHORTAGES MUST BE MADE WITHIN 10 DAYS FROM RECEIPT OF GOODS. NO CREDIT WILL BE ISSUED ON ANY MATERIAL RETURNED 90 DAYS AFTER DATE OF PURCHASE. NO CREDIT WILL BE ALLOWED FOR GOODS RETURNED WITHOUT OUR APPROVAL WHEN ORDERS HAVE BEEN FILLED CORRECTLY. ALL RETURNS MUST INCLUDE OUR INVOICE NUMBER AND DATE. A MINIMUM 15% RESTOCKING CHARGE PLUS FREIGHT CHARGES ARE APPLICABLE ON RETURNS. A SERVICE CHARGE OF 2% PER MONTH WILL BE MADE ON PAST DUE BALANCES (24% ANNUAL). IN THE EVENT OF NON PAYMENT REASONABLE ATTOURNEY FEES WILL BE CHARGED. NO WARRANTIES EITHER EXPRESSED OR IMPLIED ARE MADE OR WILL BE DEEMED TO HAVE BEEN MADE BY MASTERS SUPPLY INC, TO ANY PURCHASER, SUBSEQUENT PURCHASER, USER OR ANYONE. SUCH PERSONS OR ORGANIZATIONS ARE HEREBY NOTIFIED THAT THEY SHOULD REFER DIRECTLY TO THE EXPRESS OR IMPLIED WARRANTIES OF ANY OF THE PARTICULAR MANUFACTURERS OF THE PRODUCTS PURCHASED. THIS DISCLAIMER OF WARRANTIES INCLUDES, BUT IS NOT LIMITED TO, ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS. THIS DISCLAIMER ALSO EXCLUDES CONSEQUENTIAL DAMAGES.



# MASTERS' SUPPLY, INC
*Employee Owned*

1839 S. Dixie Hwy
Elizabethtown, KY 42701
US
270-737-7000

RECEIVED MAR 02 2020

## PICK TICKET

| Pick Ticket Number | |
|---|---|
| 3799629 | |
| Pick Date | Page |
| 2/20/2020 11:31:51 | 1 of 1 |
| Order Number | |
| 2176693 | |

**Bill To:**
Larue County Fiscal Court
209 W High St
Hodgenville, KY 42748
US
270-358-9876

**Ship To:**
Larue County Fiscal Court
209 W High St
Hodgenville, KY 42748
US

**Customer ID:** 15742

| Required Date | Order Date | PO Number | Route | Carrier | Taker |
|---|---|---|---|---|---|
| 02/19/2020 | 2/20/2020 | 26880 | | EWC - E-Town Will Call | TEM |

| Ordered | To Pick | Picked | Disp. | On Hand | Item ID | Item Description | UOM |
|---|---|---|---|---|---|---|---|
| 1 | 1 | / | | 1 | 8795960 | 10IN LENOX ALUMINUM PIPE WRENCH | EA |
| 2 | 2 | 2 | | 32 | 9335560 | 1/2 LF PROCHANNEL BALL VLV FPT | EA |
| 2 | 2 | 2 | | 26 | 5479860 | 1-1/2X6 IMP STD GALV NIPPLE | EA |
| 1 | 1 | / | | 16 | 4788850 | 1-1/2 IMP STD GAL STEEL COUP | EA |
| 1 | 1 | / | | 1 | 4608150 | 1-1/2 IMP STD GM 90 ELL | EA |
| 1 | 1 | / | | 10 | 5476560 | 1-1/2X3-1/2 IMP STD GALV NIPPLE | EA |
| 1 | 1 | / | | 23 | 9095320 | 1-1/2 SLIP JOINT NUT L/ GASKET | EA |

**Shipment Accepted By:** ACCOUNTS PAYABLE

A Handling charge is made on all Returns. A service charge of 2% per month will be made on past due balance (24% annual). In the event of non-payment, reasonable attorney fees will be charged.

No warranties, either expressed or implied, are made, or will be deemed to have been made by Masters' Supply, Inc. to any purchaser, subsequent purchaser, user or anyone. Such persons or organizations are hereby notified that they should refer directly to the express or implied warranties, if any, of the particular manufacturers of the products purchased. This disclaimer of warranties includes, but is not limited to, all implied warranties of merchantability and fitness. This disclaimer also excludes consequential charges. The good or services covered by the invoice are furnished in compliance with the requirements of the Fair Labor Standards Act of 1938 as amended.

| Total Lines: 7 | Total Pieces: 9 | Total Weight: 0 |
|---|---|---|

Any claim for shortages must be made within 10 days from receipt of goods. No credit will be issued on any material returned 90 days after date of purchase. No credit will be allowed for goods returned without our approval when orders have been filled correctly. All returns must include our invoice number and date. A minimum 15% restocking charge plus freight charges are applicable on returns. Special ordered material is subject to NO refund.

*American Standard*
Style That Works Better

**BRADFORD WHITE**
WATER HEATERS

**CHARLOTTE**
PIPE AND FOUNDRY COMPANY

**NIBCO**
AHEAD OF THE FLOW

Picked by: _____    Packing Slip: _____    **\* Complete Order \***

12-13-1494 - 06/0

# LaRUE COUNTY FISCAL COURT

LaRue County Courthouse  209 W. High St., Ste. 4
HODGENVILLE, KY 42748
(270) 358-4400 or (270) 358-9903

**Jail**
**(270) 358-9876**

**TO** Masters Supply

**SHIP TO**

| DATE ORDERED | DATE WANTED | SHIP VIA | TERMS | F.O.B. |
|---|---|---|---|---|
| 2/20/20 | | | | |

### PLEASE ENTER OUR ORDER FOR THE FOLLOWING TO BE SHIPPED AS DIRECTED.

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | Shower Valves | | 11 95 |
| 1 | 8 foot section of pipe | | 13 71 |
| 1 | 90° degree elbow | | 4 99 |
| 1 | small pipe wrench | | 35 57 |
| 2 | Couplings | | 9 70 |
| | | | |
| | | | |
| | | | 75 02 |

**CONDITIONS**
GOODS ARE SUBJECT TO OUR INSPECTION AND APPROVAL.
IF SHIPMENT WILL BE DELAYED FOR ANY REASON, ADVISE US IMMEDIATELY, STATING ALL THE
NECESSARY FACTS.
TO AVOID ERRORS, NOTE SPECIFICATIONS CAREFULLY AND IF UNABLE TO COMPLETE ORDERS AS
WRITTEN NOTIFY US PROMPTLY.

BY _Olivia Reed_

PURCHASING AGENT




**MASTERS' SUPPLY, INC**  *Creative KITCHEN & BATH*

P.O. Box 34337
LOUISVILLE, KY 40232
www.masterssupply.net
RETURN SERVICE REQUESTED

ACCT. NO. 3-5101-334
DATE PAID _____ MSC DT.
CHECK NO. _____
AMOUNT $253.96


RECEIVED FEB 24 2020

# INVOICE

| | |
|---|---|
| Invoice Number: | 4685491 |
| Invoice Date: | 02/14/2020 |
| Order Number: | 2171176 |

PLEASE REMIT TO:
MASTERS' SUPPLY, INC.
P.O. BOX 34337
LOUISVILLE, KY 40232

**BILL TO:**
1345 1 AB 0.419  E0267X I0503 D5855227181 S2 P7149581 0001:0002

LARUE COUNTY FISCAL COURT
209 W HIGH ST STE 3
HODGENVILLE KY 42748-1543

**SHIP TO:**

Larue County Fiscal Court
209 W High St
Hodgenville, KY 42748

Customer ID: 15742

| PO Number | | Terms Description | Net Due Date | Disc Due Date | Discount Amount |
|---|---|---|---|---|---|
| 26874 | | Net 30 | 03/15/2020 | | |

| Order Date | Pick Ticket No | Primary Salesrep Name | | Taker |
|---|---|---|---|---|
| 02/13/2020 | 3794726 | Elizabethtown PHAC House Account | | DEV |

| Ordered QTY | Shipped QTY | Remaining QTY | Item ID | Item Description | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| | | | | Carrier: EWC - E-Town Will Call | | | |
| 1 | 1 | 0 | 5479860 | 1-1/2X6  IMP STD GALV NIPPLE | EA | 6.2244 | 6.22 |
| | | | | Ordered As: GN112 | | | |
| 1 | 1 | 0 | 4788850 | 1-1/2  IMP STD GAL STEEL COUP | EA | 4.4100 | 4.41 |
| | | | | Ordered As: GCOUP | | | |
| 1 | 1 | 0 | 5477880 | 1-1/2X4-1/2 IMP STD GALV NIPPLE | EA | 5.5440 | 5.54 |
| | | | | Ordered As: GN112 | | | |
| 1 | 1 | 0 | 4608150 | 1-1/2  IMP STD GM 90 ELL | EA | 4.9896 | 4.99 |
| | | | | Ordered As: G90 | | | |
| 1 | 1 | 0 | 5474580 | 1-1/2X2  IMP STD GALV NIPPLE | EA | 3.2697 | 3.27 |
| | | | | Ordered As: GN112 | | | |
| 1 | 1 | 0 | 1688180 | F-5-AT SLOAN 1-1/2 SPUD COUPLING | EA | 14.5740 | 14.57 |
| | | | | Ordered As: 0306146 | | | |
| 4 | 4 | 0 | 1686350 | B-50-A SLOAN HANDLE REPAIR | EA | 3.6960 | 14.78 |
| | | | | Ordered As: 5302305 | | | |
| 3 | 3 | 0 | 8522555 | 1/2X1429  BLUE MONSTER TEF TAPE | EA | 3.7260 | 11.18 |
| | | | | Ordered As: MONSTER | | | |
| 5 | 5 | 0 | 1693670 | A-38-A SLOAN 3.5 CLOSET REP KIT | EA | 15.7080 | 78.54 |
| | | | | Ordered As: A38A | | | |
| 1 | 1 | 0 | 1676595 | 111-XL 1.6 CLOSET 1-1/2 FL VLV | EA | 110.4600 | 110.46 |
| | | | | Ordered As: 3080053 | | | |
| | | | | 2 on PO. | | | |

0001:0002

Page 1 of 2

 **MASTERS' SUPPLY, INC** *Creative*

P.O. Box 34337
LOUISVILLE, KY 40232
www.masterssupply.net
RETURN SERVICE REQUESTED



# INVOICE

| Invoice Number: | 4685491 |
| Invoice Date: | 02/14/2020 |
| Order Number: | 2171176 |

PLEASE REMIT TO:

MASTERS' SUPPLY, INC.
P.O. BOX 34337
LOUISVILLE, KY 40232

| Ordered QTY | Shipped QTY | Remaining QTY | Item ID | Item Description | UOM | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|

**Total Lines:** 10

|  |  |
|---|---|
| SUB-TOTAL: | 253.96 |
| TAX | 0.00 |
| AMOUNT DUE: | 253.96 |

**TO VIEW AND PAY ONLINE GO TO:** http://masterssupply.billtrust.com **USE THIS ENROLLMENT CODE:** LHD FVZ FZX

ANY CLAIM FOR SHORTAGES MUST BE MADE WITHIN 10 DAYS FROM RECEIPT OF GOODS. NO CREDIT WILL BE ISSUED ON ANY MATERIAL RETURNED 90 DAYS AFTER DATE OF PURCHASE. NO CREDIT WILL BE ALLOWED FOR GOODS RETURNED WITHOUT OUR APPROVAL WHEN ORDERS HAVE BEEN FILLED CORRECTLY. ALL RETURNS MUST INCLUDE OUR INVOICE NUMBER AND DATE. A MINIMUM 15% RESTOCKING CHARGE PLUS FREIGHT CHARGES ARE APPLICABLE ON RETURNS. A SERVICE CHARGE OF 2% PER MONTH WILL BE MADE ON PAST DUE BALANCES (24% ANNUAL). IN THE EVENT OF NON PAYMENT REASONABLE ATTOURNEY FEES WILL BE CHARGED. NO WARRANTIES EITHER EXPRESSED OR IMPLIED ARE MADE OR WILL BE DEEMED TO HAVE BEEN MADE BY MASTERS SUPPLY INC. TO ANY PURCHASER, SUBSEQUENT PURCHASER, USER OR ANYONE. SUCH PERSONS OR ORGANIZATIONS ARE HEREBY NOTIFIED THAT THEY SHOULD REFER DIRECTLY TO THE EXPRESS OR IMPLIED WARRANTIES OF ANY OF THE PARTICULAR MANUFACTURERS OF THE PRODUCTS PURCHASED. THIS DISCLAIMER OF WARRANTIES INCLUDES, BUT IS NOT LIMITED TO, ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS. THIS DISCLAIMER ALSO EXCLUDES CONSEQUENTIAL DAMAGES.




MASTERS' SUPPLY, INC
Employee Owned

1839 S. Dixie Hwy
Elizabethtown, KY 42701
US
270-737-7000

RECEIVED MAR 02 2020

| Pick Ticket Number | |
|---|---|
| 3794726 | |
| Pick Date | Page |
| 2/13/2020 09:49:06 | 1 of 2 |
| Order Number | |
| 2171176 | |

**Bill To:**
Larue County Fiscal Court
209 W High St
Hodgenville, KY 42748
US
270-358-9876

**Ship To:**
Larue County Fiscal Court
209 W High St
Hodgenville, KY 42748
US

Customer ID: 15742

| Required Date | Order Date | PO Number | Route | Carrier | Taker |
|---|---|---|---|---|---|
| 02/13/2020 | 2/13/2020 | 26874 | | EWC - E-Town Will Call | DEV |

| Ordered | To Pick | Picked | Disp. | On Hand | Item ID | Item Description | UOM |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | | 25 | 5479860 | 1-1/2X6 IMP STD GALV NIPPLE | EA |
| 1 | 1 | | | 17 | 4788850 | 1-1/2 IMP STD GAL STEEL COUP | EA |
| 1 | 1 | | | 10 | 5477880 | 1-1/2X4-1/2 IMP STD GALV NIPPLE | EA |
| 1 | 1 | | | 30 | 4608150 | 1-1/2 IMP STD GM 90 ELL | EA |
| 1 | 1 | | | 10 | 5474580 | 1-1/2X2 IMP STD GALV NIPPLE | EA |
| 1 | 1 | | | 16 | 1688180 | F-5-AT SLOAN 1-1/2 SPUD COUPLING | EA |
| 4 | 4 | | | 16 | 1686350 | B-50-A SLOAN HANDLE REPAIR | EA |
| 3 | 3 | | | 54 | 8522555 | 1/2X1429 BLUE MONSTER TEF TAPE | EA |
| 5 | 5 | | | 28 | 1693670 | A-38-A SLOAN 3.5 CLOSET REP KIT | EA |
| 1 | 1 | | | 15 | 1676595 | 111-XL 1.6 CLOSET 1-1/2 FL VLV | EA |

Any claim for shortages must be made within 10 days from receipt of goods. No credit will be issued on any material returned 90 days after date of purchase. No credit will be allowed for goods returned without our approval when orders have been filled correctly. All returns must include our invoice number and date. A minimum 15% restocking charge plus freight charges are applicable on returns. Special ordered material is subject to NO refund.





Picked by: _____     Packing Slip: _____     **\* Complete Order \***

12.13 1494 - 06/07



MASTERS'
SUPPLY, INC
Employee Owned

1839 S. Dixie Hwy
Elizabethtown, KY 42701
US
270-737-7000

PICK TICKET



| Pick Ticket Number | |
|---|---|
| 3794726 | |
| Pick Date | Page |
| 2/13/2020 09:49:06 | 2 of 2 |
| Order Number | |
| 2171176 | |

| Ordered | To Pick | Picked | Disp. | On Hand | Item ID | Item Description | UOM |
|---|---|---|---|---|---|---|---|

Shipment Accepted By:   ACCOUNTS PAYABLE

A Handling charge is made on all Returns   A service charge of 2% per month will be made
on past due balance (24% annual).  In the event of non-payment, reasonable attorney fees
will be charged.

No warranties, either expressed or implied, are made, or will be deemed to have been made by Masters' Supply, Inc. to any purchaser, subsequent purchaser, user or anyone.  Such persons or
organizations are hereby notified that they should refer directly to the express or implied warranties, if any, of the particular manufacturers of the products purchased.  This disclaimer of
warranties includes, but is not limited to, all implied warranties of merchantability and fitness.  This disclaimer also excludes consequential charges.
The good or services covered by the invoice are furnished in compliance with the requirments of the Fair Labor Standards Act of 1938 as amended.

| Total Lines: 10 | Total Pieces: 19 | Total Weight: 0 |
|---|---|---|

Any claim for shortages must be made within 10 days from receipt of goods.  No credit will be issued on any material returned 90 days after date of purchase.  No credit will be
allowed for goods returned without our approval when orders have been filled correctly.  All returns must include our invoice number and date.  A minimum 15% restocking charge
plus freight charges are applicable on returns.   Special ordered material is subject to NO refund.





Style That Works Better       WATER HEATERS       PIPE AND FOUNDRY COMPANY

Picked by: _____       Packing Slip: _____       * Complete Order *

12.15.1494 - 06/06

# LaRUE COUNTY FISCAL COURT

LaRue County Courthouse   209 W. High St., Ste. 4
HODGENVILLE, KY 42748
(270) 358-4400 or (270) 358-9903

**Jail**
**(270) 358-9876**

## PURCHASE ORDER

J 26874

THIS NUMBER MUST APPEAR ON
ALL CORRESPONDENCE, INVOICES
SHIPPING PAPERS AND PACKAGES

**TO** | **SHIP TO**

Master's Supply

| DATE ORDERED | DATE WANTED | SHIP VIA | TERMS | F.O.B. |
|---|---|---|---|---|
| 11/3/20 | | | | |

### PLEASE ENTER OUR ORDER FOR THE FOLLOWING TO BE SHIPPED AS DIRECTED.

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 5 | Flushometer Repair Kit / A-38-A | | 48.54 |
| 4-8 | Handle Repair Kit / B-50-A | | 14.78 |
| 1 3 | Flushometer assembly / 111 XL | | 110.46 |
| 3 | plumbers tape | | 11.18 |
| 3 | ~~plumbers~~ ~~shoes~~ | | |
| 1 | 90° Galvanized elbow | | 4.99 |
| 1 | 2 foot Section galvanized pipe | | 15.2 |
| 2 | 2" couplings | | 18.98 |
| | | | 253.91 |

### CONDITIONS
GOODS ARE SUBJECT TO OUR INSPECTION AND APPROVAL.
IF SHIPMENT WILL BE DELAYED FOR ANY REASON, ADVISE US IMMEDIATELY, STATING ALL THE
NECESSARY FACTS.
TO AVOID ERRORS, NOTE SPECIFICATIONS CAREFULLY AND IF UNABLE TO COMPLETE ORDERS AS
WRITTEN NOTIFY US PROMPTLY.

BY Olivia Reed     PURCHASING AGENT

**Remit To:** **Winsupply**
OF ELIZABETHTOWN
PLUMBING

WINSUPPLY ELIZABETHTOWN KY CO.
434 S MULBERRY
ELIZABETHTOWN, KY 42701

To Reorder Contact Us At
Phone No. : (270)769-2339
Fax No .. : (270) 765-6210        DB# 16

**Sold To:**

**LARUE CO FISCAL COURT**
**JAIL**
**209 W HIGH ST**
**HODGENVILLE, KY 42748-1543**

**Ship To:**

LARUE CO FISCAL COURT
434 S Mulberry St

Elizabethtown, KY 42701-3086
J26882 LARUE CO FISCAL CT

| Customer Number | Customer Purchase Order | Salesman | Type Shipment | Ship VIA | Date Shipped |
|------|------|------|------|------|------|
| 00155-005025 | J26882 | 024-BRADLEY GOODMA | Stock | | 2/24/20 |

WE APPRECIATE YOUR BUSINESS.   THANK YOU!

| Units Ordered | U/M | Item Description | Units Shipped | B/C | Price | Per | Discount | Extended | Tax |
|------|------|------|------|------|------|------|------|------|------|
| 1 | EA | 0013-MSSF1-IFC CI CIRCULATOR | 1 | | 493.5897 | | .00 | 493.59 | N |
| 1 | EA | 0015-MSSF3-IFC RECIRC PUMP | 1 | | 325.0000 | | .00 | 325.00 | N |

ACCT. NO. 3-5101-334
DATE PAID 3-10-20
CHECK NO. 85589
AMOUNT 818.59

Terms: Monthly Service Charge May Be Applied To Past Due Accounts.
NET 20TH

Pay full balance by 3/20/20

| Tax Area ID: | | Net Sales | 818.59 |
|------|------|------|------|
| KY -180935426 | | Freight | .00 |
| State Tax % | .000 | State Tax | .00 |
| Local Tax % | .000 | Local Tax | .00 |
| | | Invoice Amount | 818.59 |



When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries please call (270) 769-2339.
T&C: You agree that the sale of these products/services is subject to all of our standard terms and conditions of sale located at www.winsupplyinc.com/tcsale.

INVOICELP : Laser Invoice

ELIZABETHTOWN, KY 42701                    Fax: 270-765-6210

Sold To - LARUE CO FISCAL COURT          Ship To - LARUE CO FISCAL COURT      * * * * * * *      Date    -   2/24/20
          JAIL                                     434 S Mulberry St           PACKING LIST        Page    -          1
          209 W HIGH ST                                                       * * * * * * *        Time    -   12.04.25
          HODGENVILLE, KY  42748-1543              Elizabethtown, KY  42701-3086    BKGOOD          Customer No. -  005025
          270-358-4400
                                                                                                  Order No.  -  194271-01
        PICK ____ CHECK ____ #BOXES ____ PIPE IN ____ PIPE OUT ____

--------------------------------------------------------------------------------------------------------------------
Date Shipped - 2/24/20              Date Ordered  - 2/24/20              Date Requested - 2/24/20 Date Printed - 2/24/20
Filled By    -                      Ordered By    - AUSTIN              Cust. Order #  - J26882
Ship Via     -                      Salesman #    - 024                 Job Name       - J26882 LARUE CO FISCAL CT
Freight      -        .00           Taken By      - BKGOODMA            Payment Terms  - NET 20TH

   Original          In                                     Line   Bin                           Extended  Extended Fr No. of
   Order  Shipped On B/O Hold UM Description/Stock Number   No.  Location   Unit Price   Price    Price     Weight Cl Package
-------------------------------------------------------------------------------------------------------------------------------
     1      1              EA 0015-MSSF3-IFC RECIRC PUMP    2.0  AE1604      325.0000     325.00
                             2816 0015MSSF3IF
     1      1              EA 0013-MSSF1-IFC CI CIRCULATOR  1.0  AE1605      493.5897     493.59
                             2816 0013MSSF1IFC

                             END OF PACKING LIST                                     Subtotal--->       818.59
                                                                                     Order Total-->      818.59

T&C:You agree that the sale of  these products/services is subject to all of our standard terms and conditions of sale
    located at www.winsupplyinc.com/tcsale

    Customer Signature: _____              ** MATERIAL RECEIVED IN GOOD CONDITION **

**LaRUE COUNTY FISCAL COURT**
LaRue County Courthouse   209 W. High St., Ste. 4
HODGENVILLE, KY 42748
(270) 358-4400 or (270) 358-9903

**Jail**
**(270) 358-9876**



**PURCHASE ORDER**
J 26002

THIS NUMBER MUST APPEAR ON
ALL CORRESPONDENCE, INVOICE
SHIPPING PAPERS AND PACKAGE

| TO | Winn Supply | SHIP TO | Pickup |
|----|-------------|---------|--------|

| DATE ORDERED | DATE WANTED | SHIP VIA | TERMS | F.O.B. |
|--------------|-------------|----------|-------|--------|
| 2-24-20 | | | | |

PLEASE ENTER OUR ORDER FOR THE FOLLOWING TO BE SHIPPED AS DIRECTED.

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|----------|-------------|------------|--------|
| 2 | Recirculation pumps (hot water heater) | | 318.89 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**CONDITIONS**
GOODS ARE SUBJECT TO OUR INSPECTION AND APPROVAL.
IF SHIPMENT WILL BE DELAYED FOR ANY REASON, ADVISE US IMMEDIATELY, STATING ALL THE NECESSARY FACTS.
TO AVOID ERRORS, NOTE SPECIFICATIONS CAREFULLY AND IF UNABLE TO COMPLETE ORDERS AS WRITTEN NOTIFY US PROMPTLY.

BY _Bessie_

PURCHASING AGENT



**Performance Plumbing LLC**
1250 Old Elizabethtown Rd
PO Box 87
Hodgenville, KY 42748
Phone: (270) 358-2200
Fax: (270) 358-0095

# Invoice

| Invoice Number |
| --- |
| SD2813 |
| Invoice Date |
| 12/28/2020 |

Bill To: Larue Co Detention Center
209 W High Street

Hodgenville, KY 42748

Re: Larue Co Detention Center
209 W High Street

Hodgenville, KY 42748

| Our Job No | Customer Job No | Customer PO | Payment Terms |
| --- | --- | --- | --- |
| L021393 | | | Due upon receipt |

| Description | Price |
| --- | --- |
| 12/9/20: REPLACED RECIRCULATING PUMP ON HOT WATER LINE IN THE BACK MECHANICAL ROOM. | 812.40 |

ACCT. NO. 3-5101-334
DATE PAID 1-12-21
CHECK NO. 5852
AMOUNT $812.40

Total Due $ 812.40

Thank you for your business!

2% PER MONTH (APR 24%) FINANCE CHARGE ADDED ON ALL INVOICES 30 DAYS AFTER INVOICE DATE.

# LaRUE COUNTY FISCAL COURT

LaRue County Courthouse   209 W. High St., Ste. 4
HODGENVILLE, KY 42748
(270) 358-4400 or (270) 358-9903

**Jail**
**(270) 358-9876**

## PURCHASE ORDER

J 27064

THIS NUMBER MUST APPEAR ON
ALL CORRESPONDENCE, INVOICE
SHIPPING PAPERS AND PACKAGE

| TO | Performance Plumbing | SHIP TO | |
|---|---|---|---|

| DATE ORDERED | DATE WANTED | SHIP VIA | TERMS | F.O.B. |
|---|---|---|---|---|
| 2/10/20 | | | | |

PLEASE ENTER OUR ORDER FOR THE FOLLOWING TO BE SHIPPED AS DIRECTED.

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Change Recirculation Pump | | 212.10 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**CONDITIONS**
GOODS ARE SUBJECT TO OUR INSPECTION AND APPROVAL.
IF SHIPMENT WILL BE DELAYED FOR ANY REASON, ADVISE US IMMEDIATELY, STATING ALL THE
NECESSARY FACTS.
TO AVOID ERRORS, NOTE SPECIFICATIONS CAREFULLY AND IF UNABLE TO COMPLETE ORDERS AS
WRITTEN NOTIFY US PROMPTLY.

BY Ollivia Reed

PURCHASING AGENT

# LARUE COUNTY JAIL
## WORK ORDER

Date <mark>02-24-2020</mark>

Issued To: Winn Supply

Work to be performed

Replace Recirculation Pumps

2- Recirculation Pumps.

Approved By: Jamie Underwood

P.O. # J26882

COUNTY FISCAL COURT
...ty Courthouse    209 W. High St., Ste. 4
...VILLE, KY 42748
...8-4400 or (270) 358-9903

Jail
(270) 358-9876

# PURCHASE
# ORDER
J ......

THIS NUMBER MUST APPEAR ON
ALL CORRESPONDENCE, INVOICES,
SHIPPING PAPERS AND PACKAGES.

T O    *Winn Supply*

S H I P   T O    *pickup*

| DATE ORDERED | DATE WANTED | SHIP VIA | TERMS | F.O.B. |
|---|---|---|---|---|

**PLEASE ENTER OUR ORDER FOR THE FOLLOWING TO BE SHIPPED AS DIRECTED.**

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | *Industrial size pumps / hot water heater* | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CONDITIONS
GOODS ARE SUBJECT TO OUR INSPECTION AND APPROVAL.
IF SHIPMENT WILL BE DELAYED FOR ANY REASON, ADVISE US IMMEDIATELY, STATING ALL THE
NECESSARY FACTS.
TO AVOID ERRORS, NOTE SPECIFICATIONS CAREFULLY AND IF UNABLE TO COMPLETE ORDERS AS
WRITTEN NOTIFY US PROMPTLY.

BY _____
PURCHASING AGENT

Approved By: *Jamie Underwood*

P.O. # J26882

# LARUE COUNTY JAIL
## WORK ORDER

Date 02-20-2020

Issued To: Masters Supply

Work to be performed

2 - Shower Valves
1 - 2 Foot Section of Pipe
1 - 90° degree Elbow
1 - Small Pipe Wrench
? - Couplings

Approved By: Jamie Underwood

P.O. # J26880

THIS NUMBER MUST APPEAR ON ALL CORRESPONDENCE, INVOICES, SHIPPING PAPERS AND PACKAGES.

SHIP TO

TO: Masters Supply

| DATE ORDERED | DATE WANTED | SHIP VIA | | TERMS | F.O.B. |
|---|---|---|---|---|---|
| 3/30/00 | | | | | |

PLEASE ENTER OUR ORDER FOR THE FOLLOWING TO BE SHIPPED AS DIRECTED.

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 2 | Shower valves | | |
| 1 | 2 foot iron of pipe | | |
| 1 | 90 degree elbow | | |
| 1 | Small pipe wrench | | |
| 2 | Couplings | | |

**CONDITIONS**
GOODS ARE SUBJECT TO OUR INSPECTION AND APPROVAL.
IF SHIPMENT WILL BE DELAYED FOR ANY REASON, ADVISE US IMMEDIATELY, STATING ALL THE NECESSARY FACTS.
TO AVOID ERRORS, NOTE SPECIFICATIONS CAREFULLY AND IF UNABLE TO COMPLETE ORDERS AS WRITTEN NOTIFY US PROMPTLY.

BY _Glenn Reed_    PURCHASING AGENT

Approved By: _Jamie Underwood_

P.O. # _J26880_

# LARUE COUNTY JAIL
## WORK ORDER

Date 2·13·2020

Issued To: Master Supply

Work to be performed

5: Flushometer Repair Kit /A-38·A/
5: Handle Repair Kit /B-32-A
3: Flushometer assembly /111 xL
3- Plumbers Tape
2- Pair Plumber Gloves
1- 90° Galvanized Elbow
1- 2 Foot section Galvanized pipe
2- 2" couplings

Approved By: Jamie Underwood

P.O. # J26874



**E COUNTY FISCAL COURT**
e County Courthouse   209 W. High St., Ste. 4
DGENVILLE, KY 42748
270) 358-4400 or (270) 358-9903

**Jail**
**(270) 358-9876**

# PURCHAS
# ORDER
J

THIS NUMBER MUST APPEAR C
ALL CORRESPONDENCE, INVOIC
SHIPPING PAPERS AND PACKAG

TO

SHIP TO

Moore's Supply

| DATE ORDERED | DATE WANTED | SHIP VIA | TERMS | F.O.B. |
|---|---|---|---|---|

**PLEASE ENTER OUR ORDER FOR THE FOLLOWING TO BE SHIPPED AS DIRECTED.**

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 5 | Flushometer Repair Kit / A-38-A | | |
| 5 | Handle Repair Kit / B-35-A | | |
| 3 | Flush meter Assembly / in XL | | |
| 3 | Thread tape | | |
| 3 | Pvc Plumbers glue | | |
| 1 | 14 coil cord / Red | | |
| 1 | Short section insulized pipe | | |
| 2 | 3" couplings | | |

**CONDITIONS**
GOODS ARE SUBJECT TO OUR INSPECTION AND APPROVAL.
IF SHIPMENT WILL BE DELAYED FOR ANY REASON, ADVISE US IMMEDIATELY, STATING ALL THE
NECESSARY FACTS.
TO AVOID ERRORS, NOTE SPECIFICATIONS CAREFULLY AND IF UNABLE TO COMPLETE ORDERS AS
WRITTEN NOTIFY US PROMPTLY.

BY _Olivia Ross_

PURCHASING AGENT

Approved By: _Jamie Underwood_

P.O. # _J24874_

# LARUE COUNTY JAIL
## WORK ORDER

Date 12-9-2020

Issued To: Performance plumbing

Work to be performed

Change Recirculation pump

Approved By: Jamie Underwood

P.O. # J27064

OUNTY FISCAL COURT      Jail
nty Courthouse   209 W. High St., Ste. 4   (270) 358-9876
.VILLE, KY 42748
8-4400 or (270) 358-9903

# PURCHASE ORDER

J

THIS NUMBER MUST APPEAR ON ALL CORRESPONDENCE, INVOICES, SHIPPING PAPERS AND PACKAGES.

TO

SHIP TO

Performance Plumbing

| DERED | DATE WANTED | SHIP VIA | TERMS | F.O.B. |
|---|---|---|---|---|

**PLEASE ENTER OUR ORDER FOR THE FOLLOWING TO BE SHIPPED AS DIRECTED.**

| ITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Charge Re-plumber Drop | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**CONDITIONS**
E SUBJECT TO OUR INSPECTION AND APPROVAL.
NT WILL BE DELAYED FOR ANY REASON, ADVISE US IMMEDIATELY, STATING ALL THE
Y FACTS.
ERRORS, NOTE SPECIFICATIONS CAREFULLY AND IF UNABLE TO COMPLETE ORDERS AS
OTIFY US PROMPTLY.

BY _____

PURCHASING AGENT

Approved By: _Jamie Underwood_

P.O. # _J27064_