```
            UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF KENTUCKY
                 LOUISVILLE DIVISION
           CIVIL ACTION NO. 3:20-CV-P627-RGJ
```

DUSTIN HOWARD RUSSELL                                            PLAINTIFF

VS.                          **MOTION TO DISMISS**

JAMIE UNDERWOOD, et al.                                          DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \*

Comes the Defendant, JAMIE UNDERWOOD, and pursuant to FRCP 41(b) hereby moves this Honorable Court to dismiss the action herein for failure of Plaintiff to comply with the Court's Scheduling Order (DN8) establishing deadlines; or alternatively, move the Court to extend the deadline for other dispositive Motions pursuant to FRCP 56. A Memorandum of Law is filled herewith in support of said Motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2021, I electronically filed the foregoing with the Clerk of the Court by using the ECF document filing system of the Western District of Kentucky, which will provide electronic service to the following:

Robert Shilts
James smith
Gazak Brown, P.S.C.
3220 Office Pointe Place, Suite 200
Louisville, KY 40220

Also Mailed the foregoing to:

Dustin Howard Russell
Southeast State Correction Complex
PO Box 1600
Wheelwright, KY 41669

                                              */s/ R. Keith Bond*_____
                                              R. KEITH BOND