UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:20-CV-P627-RGJ

DUSTIN HOWARD RUSSELL                                                                                  PLAINTIFF

VS.                           **ORDER TO DISMISS**

JAMIE UNDERWOOD, et al.                                                 DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \*

Motion having been made and the Court being otherwise sufficiently advised,

IT BE AND HEREBY IS ORDERED THAT DEFENDANT, JAMIE UNDERWOOD's, Motion to Dismiss is GRANTED as to all claims of Plaintiff's Complaint shall be dismissed with prejudice. See: FRCP 1 (b); *Stough v. Maryville County Sch.* 138 F.3d 612, 615 (6th Cir. 1998); and *Schafer v. City of Defiance Police*, 529 F.3d 731, 740 (6th Cir. 2008).

This _____ day of _____, 2021.

_____
JUDGE, UNITED STATES DISTRCIT COURT