```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF KENTUCKY
                         LOUISVILLE DIVISION
                  CIVIL ACTION NO. 3:20-CV-P627-RGJ
```

DUSTIN HOWARD RUSSELL                                              PLAINTIFF

VS.                         **ORDER TO EXTEND**

JAMIE UNDERWOOD, et al.                                            DEFENDANT

                        * * * * * * * * * * * *

Motion having been made and the Court being otherwise sufficiently advised,

IT BE AND HEREBY IS ORDERED THAT THE DEFENDANT, JAMIE UNDERWOOD's, Motion to Dismiss is DENIED and Defendant's Motion for Extension to File a Dispositive Motions pursuant to FRCP 56 is GRANTED with same to be filed on or before the _____ day of _____ 2021.

This _____ day of _____, 2021.

_____
JUDGE, UNITED STATES DISTRCIT COURT